**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy       12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Adam<br>First name<br><br>Edward<br>Middle name<br><br>Mallas<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7451 |  |

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5.** Where you live | **7510 BROOKWOOD AVENUE**<br>**LAS VEGAS, NV 89131**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** Why you are choosing *this district* to file for bankruptcy | *Check one:*<br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Adam Edward Mallas**                                        Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)* _____

---

**Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Adam Edward Mallas** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Adam Edward Mallas**
_____          _____
**Adam Edward Mallas**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on  **April 27, 2017**                            Executed on _____
                      MM / DD / YYYY                                                MM / DD / YYYY

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Matthew L. Johnson**                                    Date    **April 27, 2017**
Signature of Attorney for Debtor                                      MM / DD / YYYY

**Matthew L. Johnson**
Printed name

**JOHNSON & GUBLER, P.C.**
Firm name

**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 471-0065**          Email address      **mjohnson@mjohnsonlaw.com**

**6004**
Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

Certificate Number: 16199-NV-CC-028977460



16199-NV-CC-028977460

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 25, 2017</u>, at <u>2:56</u> o'clock <u>PM EDT</u>, <u>Adam Edward Mallas</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Nevada</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>March 25, 2017</u>          By:    <u>/s/Adam Bradberry</u>

Name:  <u>Adam Bradberry</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

> domestic support obligations,
>
> most student loans,
>
> certain taxes,
>
> debts for fraud or theft,
>
> debts for fraud or defalcation while acting in a fiduciary capacity,
>
> most criminal fines and restitution obligations,
>
> certain debts that are not listed in your bankruptcy papers,
>
> certain debts for acts that caused death or personal injury, and
>
> certain long-term secured debts.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

|  |  | **Your assets** |
|---|---|---|
|  |  | Value of what you own |
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
|  | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $    398,594.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $    80,075.68 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $    478,669.68 |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities** |
|---|---|---|
|  |  | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|  | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    411,564.52 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|  | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    156,043.95 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    1,269,014.47 |
|  | **Your total liabilities** | $    1,836,622.94 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
|  | Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $    4,489.29 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
|  | Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $    5,374.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 156,043.95 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 156,043.95 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

**1.1**

**7510 BROOKWOOD AVENUE**

Street address, if available, or other description

**LAS VEGAS          NV      89131-0000**

City                    State      ZIP Code

**Clark**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Current Value is an estimate from zillow.com.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$398,594.00** | **$398,594.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

**$398,594.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Mustang GT** | ■ Debtor 1 only | |
| | Year: **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: **67000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | value is based on Kelley Blue Book trade in value | ☐ Check if this community property (see instructions) | $4,704.00 / $4,704.00 |

| | | | |
|---|---|---|---|
| 3.2 | Make: **Hyundai** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Azera** | ■ Debtor 1 only | |
| | Year: **2013** | ☐ Debtor 2 only | |
| | Approximate mileage: **31277** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | current value is estimated - vehicle is leased | ☐ Check if this community property (see instructions) | $18,975.00 / $18,975.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 4.1 | Make: **Nordic boat and trailer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Heat** | ■ Debtor 1 only | |
| | Year: **2004** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | Value obtained from NADAguides.com | ☐ Check if this community property (see instructions) | $31,655.00 / $31,655.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>**     $55,334.00

**Part 3:    Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Miscellaneous Appliances including two refrigerators, microwave, dishwasher, washer, dryer, stove, oven, etc. Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131 | $625.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

| | |
|---|---:|
| **Miscellaneous household goods and furnishings including couch, tables, end tables, dishes, beds, dressers, chest of drawers, miscellaneous kitchen applicances, knick knacks, armoire, etc. Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $1,250.00 |
| **Miscellaneous linens, etc. Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $200.00 |

7. **Electronics**

> *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---:|
| **TVs Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $400.00 |
| **two stereos with speakers Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $100.00 |
| **two game consoles Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $100.00 |
| **cell phones, iPad, iPod, tablet Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $300.00 |

8. **Collectibles of value**

> *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| | |
|---|---:|
| **Miscellaneous knick knacks/football photos, etc. Value is estimated** | $100.00 |

9. **Equipment for sports and hobbies**

> *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| | |
|---|---:|
| **Pool table Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $200.00 |
| **Ping-pong table Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | $75.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**

Case number *(if known)*

| | |
|---|---|
| **Treadmill**<br>**Current Value is estmiated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | **$150.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Miscellaneous Clothing**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | **$500.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Wedding rings**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | **$3,000.00** |

| | |
|---|---|
| **Miscellaneous costume jewelry including necklaces, earrings,**<br>**bracelets, etc.** | **$500.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Three small dogs**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131** | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ............................................................................

    | |
    |---|
    | **$7,500.00** |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the**<br>**portion you own?**<br>Do not deduct secured<br>claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes..................................................................................................

| Debtor 1 | **Adam Edward Mallas** | Case number *(if known)* |
|---|---|---|

**17.  Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
        institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Checking Account ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS,**<br>**NEVADA 89149** | **$2,381.68** |
| 17.2. | **Savings** | **Savings Account Ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS,**<br>**NEVADA 89149** | **$3,000.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................        Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
      joint venture**

☐ No

■ Yes.  Give specific information about them...................

Name of entity:                                                    % of ownership:

| | | |
|---|---|---|
| **100% A&E Auto Wholesale LLC dba A&E Auto Sales**<br>**3871 South Valley View Blvd, Suite 1, Las Vegas, Nevada 89103**<br>**(mailing address is 6440 Sky Point Drive #140-286, Las Vegas, Nevada 89131)**<br>**Debtor was operating company through April 2017**<br>**Business is no longer operating - Liabilities far exceed assets and therefore value is estimated at $0** | **100**     % | **$0.00** |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
                                Issuer name:

**21.  Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
              Type of account:              Institution name:

**22.  Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................        Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............        Issuer name and description.

---

Official Form 106A/B                          Schedule A/B: Property                          page 5

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Tax Refund (amount is estimated) | Federal | $11,860.00 |
|---|---|---|

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Non-filing spouse's term life insurance policy through her employer (value is estimated at $0 - no value unless non-filing spouse passess away. Debtor believes that face value is $100,000. No cash value)** | **Debtor** | **$0.00** |

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                                    Case number *(if known)*

☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Possible claims against Tron Slade for misappropriation of funds from A&E Auto/mismanagement -1865 Granemore, Las Vegas, NV 89135 [value is unknown]** | Unknown |
| **Possible Claims against Nextgear for tortious interference with contractual relationship. Claims primarily belong to A&E Auto Sales, but because debtor has personal guarantees, these claims would affect Debtor's liability to Nextgear and others. Nextgear began contacting various banks that provided financing for A&E's customers and told them not to fund vehicle contracts. This caused significant financial problems with the business and ultimately contributed to the business' failure.** | Unknown |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................      **$17,241.68**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................      **$0.00**

Debtor 1    **Adam Edward Mallas**

Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | **$398,594.00** |
| 56. | **Part 2: Total vehicles, line 5** | $55,334.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $7,500.00 |
| 58. | **Part 4: Total financial assets, line 36** | $17,241.68 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |

62.  **Total personal property.** Add lines 56 through 61...          **$80,075.68**     Copy personal property total ▶    **$80,075.68**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62

|  |
|---|
| **$478,669.68** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **7510 BROOKWOOD AVENUE LAS VEGAS, NV 89131  Clark County** Current Value is an estimate from zillow.com.<br>Line from *Schedule A/B*: **1.1** | $398,594.00 | ■          $47,488.45<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. §§ 21.090(1)(l) and 115.050** |
| **2003 Ford Mustang GT 67000 miles** value is based on Kelley Blue Book trade in value<br>Line from *Schedule A/B*: **3.1** | $4,704.00 | ■          $4,704.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **2004 Nordic boat and trailer Heat** Value obtained from NADAguides.com<br>Line from *Schedule A/B*: **4.1** | $31,655.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Miscellaneous Appliances including two refrigerators, microwave, dishwasher, washer, dryer, stove, oven, etc.** Current Value is estimated. Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131<br>Line from *Schedule A/B*: **6.1** | $625.00 | ■          $625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous household goods and furnishings including couch, tables, end tables, dishes, beds, dressers, chest of drawers, miscellaneous kitchen applicances, knick knacks, armoire, etc.**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS**<br>Line from *Schedule A/B*: **6.2** | $1,250.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Miscellaneous linens, etc.**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **6.3** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **TVs**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **two stereos with speakers**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **7.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **two game consoles**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **7.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **cell phones, iPad, iPod, tablet**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **7.4** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **cell phones, iPad, iPod, tablet**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **7.4** | $300.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Miscellaneous knick knacks/football photos, etc.**<br>**Value is estimated**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Miscellaneous knick knacks/football photos, etc.**<br>**Value is estimated**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Adam Edward Mallas** | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pool table**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Pool table**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.1** | $200.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Ping-pong table**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.2** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Ping-pong table**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.2** | $75.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Treadmill**<br>**Current Value is estmiated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.3** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Treadmill**<br>**Current Value is estmiated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **9.3** | $150.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Miscellaneous Clothing**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Wedding rings**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **12.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Miscellaneous costume jewelry including necklaces, earrings, bracelets, etc.**<br>Line from *Schedule A/B*: **12.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Three small dogs**<br>**Current Value is estimated.**<br>**Location: 7510 BROOKWOOD**<br>**AVENUE, LAS VEGAS NV 89131**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Adam Edward Mallas** | | | Case number (if known) |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: Checking Account ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS, NEVADA 89149**<br>Line from *Schedule A/B*: **17.1** | $2,381.68 | ■                   75%<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Checking: Checking Account ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS, NEVADA 89149**<br>Line from *Schedule A/B*: **17.1** | $2,381.68 | ■          $250.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Savings: Savings Account Ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS, NEVADA 89149**<br>Line from *Schedule A/B*: **17.2** | $3,000.00 | ■                   75%<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(g)** |
| **Savings: Savings Account Ending in 6530**<br>**America First Credit Union**<br>**Current Value is estimated.**<br>**7130 NORTH DURANGO DRIVE, LAS VEGAS, NEVADA 89149**<br>Line from *Schedule A/B*: **17.2** | $3,000.00 | ■          $750.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Federal: Tax Refund**<br>**(amount is estimated)**<br>Line from *Schedule A/B*: **28.1** | $11,860.00 | ■          $0.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **Non-filing spouse's term life insurance policy through her employer**<br>**(value is estimated at $0 - no value unless non-filing spouse passess away. Debtor believes that face value is $100,000. No cash value)**<br>**Beneficiary: Debtor**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(k)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No
        ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1  AMERICA FIRST CREDIT UNION**<br>Creditor's Name | Describe the property that secures the claim: | $36,967.19 | $31,655.00 | $5,312.19 |

**2004 Nordic boat and trailer Heat Value obtained from NADAguides.com**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. BOX 9199
OGDEN, UT 84409
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Purchase Money Security**

Date debt was incurred    2014        Last 4 digits of account number    6530

| | | | | |
|---|---|---|---|---|
| **2.2  BANK OF AMERICA**<br>Creditor's Name | Describe the property that secures the claim: | $351,105.55 | $398,594.00 | $0.00 |

**7510 BROOKWOOD AVENUE LAS VEGAS, NV 89131  Clark County Current Value is an estimate from zillow.com.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. BOX 650070
DALLAS, TX 75265-0070
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**

First Name      Middle Name      Last Name

Case number (if know) _____

| Date debt was incurred | _____ | Last 4 digits of account number | **0417** |
|---|---|---|---|

| 2.3 | **HYUNDAI MOTOR FINANCE** | Describe the property that secures the claim: | **$23,491.78** | **$18,975.00** | **$4,516.78** |
|---|---|---|---|---|---|

Creditor's Name

**2013 Hyundai Azera 31277 miles current value is estimated - vehicle is leased**

**PO BOX 660891**
**DALLAS, TX 75266-0891**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Automobile Lease**

| Date debt was incurred | _____ | Last 4 digits of account number | **3108** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$411,564.52** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$411,564.52** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **NEVADA DEPARTMENT OF TAXATION** | $156,043.95 | $156,043.95 | $0.00 |

Priority Creditor's Name
**1550 COLLEGE PKWY STE 115**
**CARSON CITY, NV 89706**
Number Street City State Zip Code

Last 4 digits of account number  **6001**

When was the debt incurred?  **06/2016 - current**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Sales Taxes related to operation of A&E Auto (Debtor believes that Tron Slade is responsible party and not debtor)**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          31884          Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                                              Case number (if know) _____

| | | |
|---|---|---|
| 4.1 | **#1 TRANSMISSION SHOP AND AUTO REPAIR** | |

**Nonpriority Creditor's Name**
**3855 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | | |
|---|---|---|
| 4.2 | **1ST RESPONSE AUTO** | |

**Nonpriority Creditor's Name**
**4215 BERTSOS DRIVE**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | | |
|---|---|---|
| 4.3 | **700 CREDIT, LLC** | |

**Nonpriority Creditor's Name**
**27777 FRANKLIN RD STE 1850**
**SOUTHFIELD, MI 48034**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                          Case number (*if know*)

---

| 4.4 | **777 AUTO GLASS** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**600 BOND STREET**
**ELIZABETH, NJ 07206**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.5 | **A TO Z TRANSPORT LLC** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**16821 W MAGNOLIA ST**
**GOODYEAR, AZ 85338**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.6 | **A&E AUTO SERVICE** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3871 S VALLEY VIEW BLVD STE 1**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                          Case number (if know) _____

| 4.7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.8 | **AAA FIRE PROTECTION CORPORATION** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 43334**
**LAS VEGAS, NV 89116-1334**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.9 | **AAMCO TRANSMISSION COMPLETE CAR CARE** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**23121 ORANGE AVE STE F**
**LAKE FOREST, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

**4.10**

**ABC HYUNDAI**
Nonpriority Creditor's Name
**6825 S REDWOOD ST**
**LAS VEGAS, NV 89118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

**4.11**

**ABS AUTO AUCTIONS**
Nonpriority Creditor's Name
**341 CORPORATE TERRACE**
**CORONA, CA 92879**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

**4.12**

**ABS AUTO FINANCIAL**
Nonpriority Creditor's Name
**341 CORPORATE TERRACE**
**CORONA, CA 92879**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **A&E**        $150,000.00

When was the debt incurred?    **various**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guarantee of Flooring Agreement for A&E Auto Sales**

---

Debtor 1   **Adam Edward Mallas**

Case number (*if know*)

---

**4.1 3**

**ACE TECH, INC.**

Nonpriority Creditor's Name

**261 WELCH AVE**
**UNION SPRINGS, AL 36089**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

**4.1 4**

**ACTION PRINTING SERVICE**

Nonpriority Creditor's Name

**4855 W DESERT INN RD STE 103**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

**4.1 5**

**ADAM DRAKE ROSLING**

Nonpriority Creditor's Name

**5890 RIVER ROAD NORTH**
**KEIZER, OR 97303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                      Case number *(if know)*

---

**4.1 6**

**ADT SECURITY SERVICES**                    Last 4 digits of account number                                      **Unknown**
Nonpriority Creditor's Name
**P.O. BOX 371878**                          When was the debt incurred?
**PITTSBURGH, PA 15250-7878**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **Notice only / Business debt - A&E Auto**

---

**4.1 7**

**ADVANCE MUFFLERS &**                       Last 4 digits of account number                                      **$0.00**
**CATALYTIC CONVERTER**
Nonpriority Creditor's Name                  When was the debt incurred?
**7035 W SAHARA AVE STE 200**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **Notice only / Business debt**

---

**4.1 8**

**ADVANSTAFF HR**                            Last 4 digits of account number                                      **$0.00**
Nonpriority Creditor's Name
**8925 W RUSSELL RD STE 100**                When was the debt incurred?
**LAS VEGAS, NV 89148**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                             Case number (if know) _____

---

**4.19**

| | |
|---|---|
| **AHERN RENTALS** | **Last 4 digits of account number** _____  $0.00 |
| Nonpriority Creditor's Name | |
| **5915 DEAN MARTIN DR** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89118** | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

**4.20**

| | |
|---|---|
| **AJAY GERALD DAYAL** | **Last 4 digits of account number** _____  $0.00 |
| Nonpriority Creditor's Name | |
| **3659 BUFFLE HEAD ST** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89122** | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.21**

| | |
|---|---|
| **ALEJANDRO GARCIA** | **Last 4 digits of account number** _____  $0.00 |
| Nonpriority Creditor's Name | |
| **8440 WESTCLIFF DR, APT 2125** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89145** | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                           Case number (if know) _____

---

| 4.2 2 | **ALEXANDER ANATOLY IOFFE** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3218 CAMBRIDGE HOLLOWS CT**
**LAS VEGAS, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 3 | **ALEXIA GONZALEZ GODINEZ** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2137 E SAINT LOUIS AVE**
**LAS VEGAS, NV 89104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 4 | **ALEXIS ROGERS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3708 STEINBECK DR**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**                                         Case number (if know) _____

| 4.2 5 | **ALFRED SEEI TUIA** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4485 PENNWOOD AVE, APT 134**
**LAS VEGAS, NV 89103**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 6 | **ALPHA WARRANTY SERVICES** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**P.O. BOX 580**
**RIVERTON, UT 84065**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business vendor**

---

| 4.2 7 | **ALYSSA SWEET** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2388 VALISSA ST**
**HENDERSON, NV 89044**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

---

**4.2 8**    **AMANDA AGUILAR**

Nonpriority Creditor's Name

**7001 W CHARLESTON BLVD, #2010**
**LAS VEGAS, NV 89117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

**4.2 9**    **AMANDA VILLAROS**

Nonpriority Creditor's Name

**1308 WINTERGREEN DR**
**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 0**    **AMAZON FULFILLMENT CENTER**

Nonpriority Creditor's Name

**410 TERRY AVE N**
**SEATTLE, WA 98109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| | | |
|---|---|---|
| **4.3 1** | **AMBER KANANI NASARIO** | Last 4 digits of account number _____ $0.00 |

Nonpriority Creditor's Name
**9501 W SAHARA AVE, APT 1222**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| **4.3 2** | **AMERICA FIRST CREDIT UNION** | Last 4 digits of account number 5303 $4,592.00 |

Nonpriority Creditor's Name
**P.O. BOX 9199**
**OGDEN, UT 84409**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases - Personal Debt**

---

| | | |
|---|---|---|
| **4.3 3** | **ANA LETICIA CRUZ** | Last 4 digits of account number _____ $0.00 |

Nonpriority Creditor's Name
**2801 REYNOLDS AVE**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know)    _____

| 4.3 4 | **ANDREW JAMES BENJAMIN ARCHER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5050 TAMARUS ST, APT 220**
**LAS VEGAS, NV 89119**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 5 | **ANDREW JAMES EDWARDS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3603 PENEDOS DR**
**LAS VEGAS, NV 89147**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.3 6 | **ANDREW MICHAEL MERIDA** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3512 CASA ALOT AVE**
**NORTH LAS VEGAS, NV 89031**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Adam Edward Mallas**                                    Case number *(if know)*

| 4.37 | | | |
|---|---|---|---|

**Angel Vargas**

Nonpriority Creditor's Name

**8333 North Saphire Drive**
**Saint George, UT 84770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **Road**                          **$255,000.00**

**When was the debt incurred?**    **February 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guarantee of lease for 4085 Blue Diamond Road, Las Vegas for A&E Auto Sales**

---

| 4.38 | | | |
|---|---|---|---|

**ANGELA ELAINE GARDNER**

Nonpriority Creditor's Name

**5318 SPRING CANYON ST**
**NORTH LAS VEGAS, NV 89081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                               **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.39 | | | |
|---|---|---|---|

**ANTHONY ESPINOZA**

Nonpriority Creditor's Name

**8000 SPRING MOUNTAIN RD, #2124**
**LAS VEGAS, NV 89117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                               **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

| 4.4 0 | **ANTOINE CLIFFON HALL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5113 LOST CANYON DR**
**NORTH LAS VEGAS, NV 89031**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 1 | **ANY & ALL LOCK & KEY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5230 ITHACA AVE**
**LAS VEGAS, NV 89122**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business vendor**

---

| 4.4 2 | **APRIL CHRISTINE BUTLER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1904 SPANGLE DR**
**LAS VEGAS, NV 89108**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| Debtor 1 | Adam Edward Mallas | | Case number (if know) | |

**4.4 3**

**APRIL TUIA**

Nonpriority Creditor's Name

**4485 PENNWOOD AVE, APT 134**
**LAS VEGAS, NV 89103**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 4**

**AQUANDRA WILLIAMS**

Nonpriority Creditor's Name

**4181 BEECH FAMILY ST**
**LAS VEGAS, NV 89115**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 5**

**ARAMARK**

Nonpriority Creditor's Name

**P.O. BOX 101179**
**PASADENA, CA 91189-1179**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only - Business Debt**

---

Debtor 1   **Adam Edward Mallas**                                    Case number *(if know)*

| | |
|---|---|
| **4.4 6** | |

**ARLENE P SAMPSON**                          Last 4 digits of account number _____        **$0.00**
Nonpriority Creditor's Name
**7855 DEER SPRINGS WAY, APT**               When was the debt incurred? _____
**1009**
**LAS VEGAS, NV 89131**
Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 7** | |

**ARLEY CUETO**                              Last 4 digits of account number _____        **$0.00**
Nonpriority Creditor's Name
**7348 QUEEN PALM DR**                        When was the debt incurred? _____
**LAS VEGAS, NV 89128**
Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 8** | |

**ARMANDO FLORES**                           Last 4 digits of account number _____        **$0.00**
Nonpriority Creditor's Name
**4911 W VEGAS DR**                           When was the debt incurred? _____
**LAS VEGAS, NV 89108**
Number Street City State Zip Code            **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                              Case number *(if know)* _____

---

| 4.4 9 | **ARTHUR AMBANTA CATUBAY** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3204 CRYSTAL POOL DR**
**LAS VEGAS, NV 89117**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR** _____

---

| 4.5 0 | **ASBURY ENVIRONMENTAL SERVICES** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 843021**
**LOS ANGELES, CA 90084-3021**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Notice only / Business debt** _____

---

| 4.5 1 | **ASHLEY JENEEN HARPER** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6033 DRAFT HORSE DR**
**NORTH LAS VEGAS, NV 89081**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR** _____

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

---

| 4.5<br>2 | **ASHTON VILLIA JR** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1581 FOXGLOVE DR**
**LAS VEGAS, NV 89142**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5<br>3 | **AUDI LAS VEGAS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6335 W SAHARA AVE**
**LAS VEGAS, NV 89146**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.5<br>4 | **AUTO CREDIT EXPRESS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**DEPT LA 24583**
**PASADENA, CA 91185**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

**4.5 5**

**AUTO PEARSON TRANSPORT**

Nonpriority Creditor's Name

**1126 E RODEO RD**
**WILLIAMS, AZ 86046**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                        **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

**4.5 6**

**AUTO TRADER**

Nonpriority Creditor's Name

**3003 SUMMIT BLVD NE STE 200**
**ATLANTA, GA 30319**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                        **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

**4.5 7**

**AUTO ZONE**

Nonpriority Creditor's Name

**3455 S DECATUR BLVD**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                        **$0.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    __Adam Edward Mallas__

Case number (if know) _____

| 4.5 8 | **AUTOBYTEL** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**18872 MACARTHUR BLVD, #200**
**IRVINE, CA 92612**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.5 9 | **AUTONATION NISSAN** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5800 W SAHARA AVE**
**LAS VEGAS, NV 89146**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.6 0 | **AVIS RENT A CAR** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3400 E SKY HARBOR BLVD**
**PHOENIX, AZ 85034**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (*if know*)

---

**4.6 1**

**AVRIA LYNETTE HAYES**
Nonpriority Creditor's Name
**3505 LACEBARK PINE ST**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.6 2**

**B&R AUTO WRECKING**
Nonpriority Creditor's Name
**P.O. BOX 640**
**CORVALLIS, OR 97339**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice only / Business debt**

---

**4.6 3**

**BARBARA ANN WHITFIELD KING**
Nonpriority Creditor's Name
**3260 FOUNTAIN FALLS WAY, #2184**
**NORTH LAS VEGAS, NV 89032**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____     $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| Debtor 1 | **Adam Edward Mallas** | Case number (if know) | |

---

**4.6 4**

**BARBARA SIMMONS**
Nonpriority Creditor's Name
**28620 PACIFIC HWY, APT F67**
**FEDERAL WAY, WA 98003**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00
When was the debt incurred? _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

**4.6 5**

**BARCLAYCARD**
Nonpriority Creditor's Name
**2280 CORPORATE CIR**
**HENDERSON, NV 89074**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00
When was the debt incurred? _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only / Business debt**

---

**4.6 6**

**BARRY HENDERSON**
Nonpriority Creditor's Name
**5005 LOSEE RD, #2089**
**NORTH LAS VEGAS, NV 89081**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00
When was the debt incurred? _____
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                      Case number (if know) _____

---

| 4.6 7 | | | |
|---|---|---|---|

**BARRY JAY HENDERSON JR**

Nonpriority Creditor's Name
**5005 LOSEE RD, #2089**
**NORTH LAS VEGAS, NV 89081**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.6 8 | | | |
|---|---|---|---|

**BHFC FINANCIAL SERVICES**

Nonpriority Creditor's Name
**7017 N 56TH AVE**
**GLENDALE, AZ 85301**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **A&E Auto Sales**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

| 4.6 9 | | | |
|---|---|---|---|

**BIANCA ECHOLE SANDERS**

Nonpriority Creditor's Name
**6760 DIAMOND CARE DR**
**LAS VEGAS, NV 89122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                     Case number (if know) _____

---

**4.70**

**BOBBY'S MOTOR WORKS, LLC**
Nonpriority Creditor's Name
**3863 S VALLEY VIEW BLVD STE 21**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.71**

**BRADLEY JOHN DEGROAT**
Nonpriority Creditor's Name
**4300 N LAMONT ST, APT 271**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

**4.72**

**BRADLEY WEINSTEIN**
Nonpriority Creditor's Name
**7800 BROOKFIELD COVE AVE**
**LAS VEGAS, NV 89131**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                          Case number (if know) _____

| 4.7 3 | **BRANDEE LEE KALEIOKALANI CABAG** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4760 E CHARLESTON BLVD, #6**
**LAS VEGAS, NV 89104**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.7 4 | **BRANDON LEON CHAPMOND** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**9999 W KATIE AVE, UNIT 1355**
**LAS VEGAS, NV 89147**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.7 5 | **BRANSON SANTANA** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**10650 CLIFF RIDGE AVE**
**LAS VEGAS, NV 89129**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                   Case number (if know) _____

---

| 4.7 6 | **BREANA ESTELE BELANGER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4801 E TROPICANA, APT 22**
**LAS VEGAS, NV 89120**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.7 7 | **BRELAND HANEY II** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1025 E DESERT INN RD**
**LAS VEGAS, NV 89109**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.7 8 | **BRESHA DEANN GRAHAM** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4022 SILVER DOLLAR AVE, APT 201**
**LAS VEGAS, NV 89102**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.7 9 | **BRIAN JEFFREY BROOKS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**3751 S NELLIS BLVD, UNIT 132**
**LAS VEGAS, NV 89121**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.8 0 | **BRIANA MARY-RENEE BRANCH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5005 LOSEE RD, #2089**
**NORTH LAS VEGAS, NV 89081**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.8 1 | **BRITTANICA CHUNTAY BRANCH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**154 FRAPUCCINO AVE**
**NORTH LAS VEGAS, NV 89084**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

---

| 4.8 2 | **BRITTNY RAELYNN KAISER** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1308 WINTERGREEN DR**
**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.8 3 | **BUSY BEE TIRE SHOP** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3890 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.8 4 | **CALIFORNIA REPUBLIC BANK AUTO** | Last 4 digits of account number   **A&E Auto Sales** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**18400 VON KARMAN AVE, STE 1100**
**IRVINE, CA 92612**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt- possible personal guaranty**

---

Debtor 1   **Adam Edward Mallas**                                    Case number (if know)

---

**4.8 5**

**CALIFORNIA REPUBLIC BANK AUTO FINANCE**

Nonpriority Creditor's Name

**2500 PASEO VERDE PKWY, STE 100**
**HENDERSON, NV 89074**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt- possible personal guaranty**

---

**4.8 6**

**CAMEO CHERIE STANCLIFF**

Nonpriority Creditor's Name

**1676 DUARTE DR**
**HENDERSON, NV 89014**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

**4.8 7**

**CAMILLE ANN-MARIE MANYAN**

Nonpriority Creditor's Name

**3150 S NELLIS BLVD, APT 1170**
**LAS VEGAS, NV 89121**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.8 8 | **CAPITAL ONE BANK** | Last 4 digits of account number | **1349** | **$1,986.71** |

Nonpriority Creditor's Name
**PO BOX 60599**
**CITY OF INDUSTRY, CA 91766-0599**

When was the debt incurred?    **various**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases - personal**

---

| 4.8 9 | **CAPITAL ONE BANK** | Last 4 digits of account number | **0756** | **$955.14** |

Nonpriority Creditor's Name
**PO BOX 60599**
**CITY OF INDUSTRY, CA 91766-0599**

When was the debt incurred?    **various**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases- personal**

---

| 4.9 0 | **CAPITAL ONE BANK** | Last 4 digits of account number | **0310** | **$3,574.41** |

Nonpriority Creditor's Name
**PO BOX 60599**
**CITY OF INDUSTRY, CA 91766-0599**

When was the debt incurred?    **various**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases- personal**

---

| Debtor 1 | **Adam Edward Mallas** | Case number *(if know)* | |

---

**4.9 1**

**CAPITAL ONE BANK**
Nonpriority Creditor's Name
**PO BOX 60599**
**CITY OF INDUSTRY, CA 91766-0599**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9823**                    **$3,050.10**

When was the debt incurred?   **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases- personal**

---

**4.9 2**

**CAPITAL ONE BANK**
Nonpriority Creditor's Name
**PO BOX 60599**
**CITY OF INDUSTRY, CA 91766-0599**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6674**                    **$5,082.91**

When was the debt incurred?   **various**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases- personal**

---

**4.9 3**

**CAPITAL PREMIUM FINANCING**
Nonpriority Creditor's Name
**12235 S 800 E**
**DRAPER, UT 84020**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                               **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| 4.9 4 | **CAR KEY** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5840 W CRAIG RD, STE 120-123**
**LAS VEGAS, NV 89130**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only / Business debt**

---

| 4.9 5 | **CAR.COM INC.** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**DEPT LA 24583**
**PASADENA, CA 91185-4583**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only / Business debt**

---

| 4.9 6 | **CARDINALEWAY MAZDA** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6950 W SAHARA AVE**
**LAS VEGAS, NV 89117**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only / Business debt**

---

Debtor 1     **Adam Edward Mallas**                                    Case number (if know) _____

| 4.9 7 | **CARFAX, INC.** | | **Last 4 digits of account number** _____ | $0.00 |

**CARFAX, INC.**
Nonpriority Creditor's Name
**16630 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.9 8 | **CARGURUS, INC.** |

**CARGURUS, INC.**
Nonpriority Creditor's Name
**2 CANAL PARK, 4TH FLOOR**
**CAMBRIDGE, MA 02141**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.9 9 | **CARMAX AUTO FINANCE** |

**CARMAX AUTO FINANCE**
Nonpriority Creditor's Name
**12800 TUCKAHOE CREEK PKWY**
**RICHMOND, VA 23238**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know)

---

| 4.1 00 | **CASH LOGISTIC** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**22218 RAMONA AVE**
**APPLE VALLEY, CA 92307**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.1 01 | **CASSANDRA LASHA MCCLAIN** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**82 DOW JONES ST, APT 2**
**HENDERSON, NV 89074**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 02 | **CECILIA LEPOLO-MUASAU** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**5113 LOST CANYON DR**
**NORTH LAS VEGAS, NV 89031**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.1 03 | **CECILIA LUNA** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5524 MERRIWEATHER DR**
**LAS VEGAS, NV 89113**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 04 | **CEDRIC DEMETRIUS HENDERSON** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1750 KAREN AVE, APT 336**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 05 | **CELESTINE TURNER** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4300 N LAMONT ST, #202**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                        Case number (if know) _____

| | |
|---|---|
| **4.1 06** | |

**CENTRAL DISPATCH**
Nonpriority Creditor's Name
**26387 NETWORK PLACE**
**CHICAGO, IL 60673**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| **4.1 07** | |

**CHANTEL KLINGER**
Nonpriority Creditor's Name
**1921 ALPINE FALLS CT**
**Las Vegas, NV 89134**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.1 08** | |

**CHAPMAN DODGE**
Nonpriority Creditor's Name
**3175 E SAHARA AVE**
**LAS VEGAS, NV 89104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.1 09 | | | |
|---|---|---|---|

**CHARLES HALL III**

Nonpriority Creditor's Name

**951 LAS PALMAS ENTRADA AVE, 1021**
**HENDERSON, NV 89012**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 10 | | | |
|---|---|---|---|

**CHASE AUTO FINANCE**

Nonpriority Creditor's Name

**14800 FRYE RD**
**FORT WORTH, TX 76155**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.1 11 | | | |
|---|---|---|---|

**CHASE CARD SERVICES**

Nonpriority Creditor's Name

**P.O. BOX 94014**
**PALATINE, IL 60094-4014**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    8842    $3,450.51

**When was the debt incurred?**    various

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases - personal**

---

Debtor 1    **Adam Edward Mallas**                                         Case number (if know) _____

| 4.1 12 | **CHASE VISA** | | **Last 4 digits of account number** _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**6001 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89146**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

| 4.1 13 | **CHOICE MEDIA** | | **Last 4 digits of account number** _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**11805 INTERSTATE 27**
**AMARILLO, TX 79119**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

| 4.1 14 | **CHRISTINA NICOLE GEIGER** | | **Last 4 digits of account number** _____ | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**367 KEATING ST**
**HENDERSON, NV 89074**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1  **Adam Edward Mallas**                                    Case number *(if know)*

| | |
|---|---|
| **4.1 15** | **CHRISTINE M WHITE** |

Nonpriority Creditor's Name

**4446 ELK POINT CIR**
**LAS VEGAS, NV 89147**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.1 16** | **CHRISTINE MARIE CRUZ** |

Nonpriority Creditor's Name

**4545 PENNWOOD AVE, APT 139**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.1 17** | **CHRISTOPHER ALAN BROWNWOOD JR** |

Nonpriority Creditor's Name

**2184 N MICHAEL WAY**
**LAS VEGAS, NV 89108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                            Case number (if know)

---

| 4.1 18 | **CHRISTOPHER MARTINEZ** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt. Advanstaff HR employee.**

---

| 4.1 19 | **CHRISTOPHER TORRES** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2137 E SAINT LOUIS AVE**
**LAS VEGAS, NV 89104**

When was the debt incurred?

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 20 | **CIERRA INTRIGUE GILMORE-WITHER** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1212 N JONES BLVD, APT A**
**LAS VEGAS, NV 89108**

When was the debt incurred?

_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                           Case number (if know) _____

---

| 4.1 21 | **CIG FINANCIAL** | | **A&E Auto Sales** | |
|---|---|---|---|---|

| | |
|---|---|
| **CIG FINANCIAL** | Last 4 digits of account number _____ |
| Nonpriority Creditor's Name | **A&E Auto Sales** |
| **6 EXECUTIVE CIRCLE** | **Unknown** |
| **IRVINE, CA 92614** | |
| Number Street City State Zip Code | When was the debt incurred? _____ |

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt- possible personal guaranty**

---

| 4.1 22 | **CINDY LORENE BROUSSARD** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**2205 DEMETRIUS AVE**

**LAS VEGAS, NV 89101**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 23 | **CINTAS CORPORATION #59** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. BOX 29059**

**PHOENIX, AZ 85038**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    __Adam Edward Mallas__                                    Case number (if know) _____

| 4.1 24 | **CITY OF LAS VEGAS** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
P.O. BOX 748031
LOS ANGELES, CA 90074-8031

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts arising out of pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.1 25 | **CLARA CECILIA MARIA** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
5419 W TROPICANA AVE, APT 909
LAS VEGAS, NV 89103

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 26 | **CLARE BIRMINGHAM** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
7836 BLUE CHARM AVE
LAS VEGAS, NV 89149

**When was the debt incurred?** _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    Adam Edward Mallas                                               Case number (if know) _____

| 4.1 27 | CLARK COUNTY BUSINESS LICENSE | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

**CLARK COUNTY BUSINESS LICENSE**
Nonpriority Creditor's Name
**500 S GRAND CENTRAL PKWY, 3RD FL**
**LAS VEGAS, NV 89155**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

$0.00

| 4.1 28 | CLAUDIA A SARABIA RANGEL |
|---|---|

**CLAUDIA A SARABIA RANGEL**
Nonpriority Creditor's Name
**1050 WHITNEY RANCH DR, #1313**
**HENDERSON, NV 89014**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

$0.00

| 4.1 29 | CLEVELAND D MITCHELL |
|---|---|

**CLEVELAND D MITCHELL**
Nonpriority Creditor's Name
**1808 PRESTON ST, APT C**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

$0.00

Debtor 1    **Adam Edward Mallas**                                      Case number (if know) _____

---

| | | |
|---|---|---|
| **4.1 30** | **CMS OF HOLLAND, INC** | |

Nonpriority Creditor's Name

**P.O. BOX 819**
**HOLLAND, OH 43528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Notice only / Business debt** _____

---

| | | |
|---|---|---|
| **4.1 31** | **COAST HOTELS & CASINOS INC** | |

Nonpriority Creditor's Name

**4000 W FLAMINGO RD**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Notice only / Business debt** _____

---

| | | |
|---|---|---|
| **4.1 32** | **COLTON JON WILLIFORD** | |

Nonpriority Creditor's Name

**4860 CONTENTO DIR**
**NORTH LAS VEGAS, NV 89031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **NOTICE ONLY / BUSINESS VENDOR** _____

---

Debtor 1    **Adam Edward Mallas**

Case number (if know)

---

| 4.1<br>33 | **COMMERCIAL EQUIPMENT REPAIR** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2109 N DECATUR BLVD**
**LAS VEGAS, NV 89108**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt**

---

| 4.1<br>34 | **CONSTANT F YOUNG** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3940 SCOTT ROGINSON BLVD,**
**#1111**
**NORTH LAS VEGAS, NV 89032**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1<br>35 | **CORINTHIANS JAMES HEATH** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4212 LENTIL CT**
**LAS VEGAS, NV 89129**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.1 36 | **COX COMMUNICATION, INC** | | Last 4 digits of account number ____ ____ ____ ____ | **Unknown** |
|---|---|

Nonpriority Creditor's Name
**PO BOX 53262**
**PHOENIX, AZ 85072-3262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Cable TV/Internet/Phone - A&E Auto Sales**

---

| 4.1 37 | **COX COMMUNICATIONS, INC.** | | Last 4 digits of account number | **A&E Auto Sales** | **$0.00** |
|---|---|

Nonpriority Creditor's Name
**6205-B PEACHTREE DUNWOODY RD NE**
**ATLANTA, GA 30328**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.1 38 | **CRAIGSLIST** | | Last 4 digits of account number | **$0.00** |
|---|---|

Nonpriority Creditor's Name
**1381 9TH AVE**
**SAN FRANCISCO, CA 94122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know)  _____

| 4.1 39 | **CREDIT ACCEPTANCE CORPORATION** | Last 4 digits of account number _____ | **A&E Auto Sales** | **Unknown** |

Nonpriority Creditor's Name

**2460 PASEO VERDE PKWY, STE 110**
**HENDERSON, NV 89074**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

| 4.1 40 | **CROSSCHECK, INC** | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**P.O. BOX 6008**
**PETALUMA, CA 94955-6008**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.1 41 | **CSB TECHNOLOGIES** | Last 4 digits of account number _____ | | **$0.00** |

Nonpriority Creditor's Name

**14260 GARDEN RD**
**POWAY, CA 92064**

Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

| 4.1 42 | **CYLE JOSEPH BRISTER** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**250 E FLAMINGO, APT 235**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 43 | **CYNTHIA DOMINGUEZ** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**6311 FELICITAS AVE**
**LAS VEGAS, NV 89122**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 44 | **CYNTHIA MARIA FISHER** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**325 N GIBSON RD**
**HENDERSON, NV 89014**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**                                            Case number (if know) _____

---

| 4.1 45 | **D & D CAR COMPANY** | Last 4 digits of account number | **A&E Auto** | $0.00 |

Nonpriority Creditor's Name

**2018 E BROOKWOOD CT**
**PHOENIX, AZ 85048**

When was the debt incurred?    **various**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice Only - Business Debt - A&E Auto**

---

| 4.1 46 | **DALI TRANSPORTATION** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**129 FOSTER LANE**
**PALM COAST, FL 32164**

When was the debt incurred? _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Notice only / Business debt**

---

| 4.1 47 | **DAMAURYION TERRELL WALLS** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**10192 S MARYLAND PKWY, #2081**
**LAS VEGAS, NV 89183**

When was the debt incurred? _____

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

| | | |
|---|---|---|
| 4.1 48 | **DAMEON VARNELL JACKSON** | **$0.00** |

**DAMEON VARNELL JACKSON**
Nonpriority Creditor's Name
**3326 HILLSIDE GARDEN DR**
**LAS VEGAS, NV 89135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.1 49 | **DANIEL PETER CONFROY ALDWELL** | **$0.00** |

**DANIEL PETER CONFROY ALDWELL**
Nonpriority Creditor's Name
**999 S LAS VEGAS BLVD, #2805**
**LAS VEGAS, NV 89118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.1 50 | **DANIELA V MARTINEZ MELCHOR** | **$0.00** |

**DANIELA V MARTINEZ MELCHOR**
Nonpriority Creditor's Name
**9901 W SAHARA AVE, APT 2038**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    **Adam Edward Mallas**

Case number (if know)

---

| 4.1 51 | **DARBY BRAD SANDERS** | Last 4 digits of account number | $0.00 |
|--------|------------------------|--------------------------------|-------|

Nonpriority Creditor's Name

**98 S MARTIN LUTHER KING, #194**
**LAS VEGAS, NV 89106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 52 | **DARNELLA MARIA BIRD** | Last 4 digits of account number | $0.00 |
|--------|-------------------------|--------------------------------|-------|

Nonpriority Creditor's Name

**3900 DALECREST DR, APT 1020**
**LAS VEGAS, NV 89129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 53 | **DARRYL LORENZ** | Last 4 digits of account number | $0.00 |
|--------|-------------------|--------------------------------|-------|

Nonpriority Creditor's Name

**1020 E DESERT INN RD, APT 1104**
**LAS VEGAS, NV 89109**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Adam Edward Mallas**                                                    Case number (if know) _____

| 4.1 54 | **DARYL CHASE PASSANANTE** | | **$0.00** |

**DARYL CHASE PASSANANTE**
Nonpriority Creditor's Name
**501 E LAKE MEAD PKWY, APT 1117**
**HENDERSON, NV 89015**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 55 | **DATASPHERE** | | **$0.00** |

**DATASPHERE**
Nonpriority Creditor's Name
**3350 161ST AVE SE**
**BELLEVUE, WA 98008**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business vendor**

---

| 4.1 56 | **DAVID CASE** | | **$0.00** |

**DAVID CASE**
Nonpriority Creditor's Name
**2325 HOLLOW OAK AVE**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                                   **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.1 57 | **DAVID CHRISTOPHER EARL** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

**DAVID CHRISTOPHER EARL**
Nonpriority Creditor's Name
**5816 POST MOUNTAIN ST**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 58 | **DAVID FISHER** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

**DAVID FISHER**
Nonpriority Creditor's Name
**325 N GIBSON RD**
**HENDERSON, NV 89014**
Number Street City State Zip Code

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 59 | **DEALER CAR SEARCH** | | Last 4 digits of account number _____ | $0.00 |
|---|---|

**DEALER CAR SEARCH**
Nonpriority Creditor's Name
**12912 SHELBYVILLE RD**
**LOUISVILLE, KY 40243**
Number Street City State Zip Code

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                      Case number (if know) _____

| | |
|---|---|
| **4.1 60** | |

**DEALER SUPPLY COMPANY**
Nonpriority Creditor's Name
**9613 PONDEROSA SKYE CT**
**LAS VEGAS, NV 89166**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| | |
|---|---|
| **4.1 61** | |

**DEALER TRACK**
Nonpriority Creditor's Name
**1111 MARCUS AVE, SUITE M04**
**LAKE SUCCESS, NY 11042**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| | |
|---|---|
| **4.1 62** | |

**DEALERTRACK**
Nonpriority Creditor's Name
**2110 LOS FELIZ ST, UNIT 2004**
**LAS VEGAS, NV 89156-8016**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| 4.1 63 | **DEALERTRACK CENTRAL DISPATCH, INC.** | | Last 4 digits of account number _____ | | $0.00 |

**DEALERTRACK CENTRAL DISPATCH, INC.**

Nonpriority Creditor's Name

**26387 NETWORK PLACE**
**CHICAGO, IL 60673**

Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**DEALERTRACK, INC.**

Nonpriority Creditor's Name

**P.O. BOX 6129**
**NEW YORK, NY 10249-6129**

Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**DELEANER RAJKA CALVIN**

Nonpriority Creditor's Name

**2201 E SAINT LOUIS AVE**
**LAS VEGAS, NV 89104**

Number Street City State Zip Code

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

---

| 4.1 66 | **DEMARCO WOODS** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**500 VINCENT WAY**
**LAS VEGAS, NV 89145**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 67 | **DENISE MCCULLOUGH** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**6573 WOODSWORTH AVE**
**LAS VEGAS, NV 89108**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business vendor**

---

| 4.1 68 | **DENISE ROCHELLE CHARRETT-MCCU** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**6573 WOODSWORTH AVE**
**LAS VEGAS, NV 89108**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

---

| | |
|---|---|
| **4.1 69** | |

**DENNIS CASES CRUZADA**
Nonpriority Creditor's Name
**4050 PACIFIC HARBORS DR, #115**
**LAS VEGAS, NV 89121**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.1 70** | |

**DENNIS DARIO PRECIOSO**
Nonpriority Creditor's Name
**2 RED RAIL LN**
**LADERA RANCH, CA 92694**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.1 71** | |

**DENNIS PRECIOSO**
Nonpriority Creditor's Name
**2 RED RAIL LN**
**LADERA RANCH, CA 92694**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                                          Case number (if know) _____

---

| 4.1 72 | **DEREK J GOYEAU** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**10612 PRIMROSE ARBOR AVE**
**LAS VEGAS, NV 89144**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 73 | **DEREK MICHAEL LAWRENCE** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**9745 GREEN TETON DR**
**LAS VEGAS, NV 89166**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 74 | **DESERT 215 SUPERSTORE** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**8030 RAFAEL RIVERA WAY**
**LAS VEGAS, NV 89113**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (*if know*) _____

| | |
|---|---|
| 4.1 75 | |

**DESHALLA MARIE HARRIS**
Nonpriority Creditor's Name
**1108 PLANTATION CT, APT B**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.1 76 | |

**DESIRE KUU LEO NAHINAHI EVANS**
Nonpriority Creditor's Name
**3500 BROADWAY AVE**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

| | |
|---|---|
| 4.1 77 | |

**DESTINY RAE OBRIEN**
Nonpriority Creditor's Name
**1333 HILLSWAY DR**
**LAS VEGAS, NV 89110**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

---

**4.1 78**

**DEVIN CREIGHTON BAILEY**
Nonpriority Creditor's Name
**9650 ENSWORTH ST, APT 213**
**LAS VEGAS, NV 89123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.1 79**

**DIANA BARRIE-IOFFE**
Nonpriority Creditor's Name
**3218 CAMBRIDGE HOLLOWS CT**
**LAS VEGAS, NV 89135**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.1 80**

**DIAZ OIL DISTRIBUTORS**
Nonpriority Creditor's Name
**1931 SILVER CREST CT**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                    Case number (if know)

---

| | |
|---|---|
| 4.1<br>81 | **DINGMAN TRANSPORT LLC** |

Nonpriority Creditor's Name

**117 CENTER POINT RD**
**ELKLAND, MO 65644**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| 4.1<br>82 | **DIONNE APRIL TSUNETA** |

Nonpriority Creditor's Name

**1505 BREEZE CANYON DR**
**LAS VEGAS, NV 89117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.1<br>83 | **DIRECTV** |

Nonpriority Creditor's Name

**2230 E IMPERIAL HWY**
**EL SEGUNDO, CA 90245**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                        Case number (if know) _____

| 4.1 84 | **DISCOUNT TIRE COMPANY** | | **Last 4 digits of account number** _____ | **$0.00** |

**DISCOUNT TIRE COMPANY**
Nonpriority Creditor's Name
**24350 N 20TH DR**
**BLDG C, STE 134**
**PHOENIX, AZ 85085**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

| 4.1 85 | **DISCOVER** |

**DISCOVER**
Nonpriority Creditor's Name
**P.O. BOX 51908**
**LOS ANGELES, CA 90051-6208**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **6795** _____          **$5,235.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases - personal** _____

---

| 4.1 86 | **DIXIE ANN GASKELL** |

**DIXIE ANN GASKELL**
Nonpriority Creditor's Name
**1996 GRANEMORE ST**
**LAS VEGAS, NV 89135**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR** _____

---

Debtor 1    **Adam Edward Mallas**                                         Case number (if know) _____

| | | |
|---|---|---|
| 4.1 87 | **DOMINIQUE SHOREESE LEE** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3825 CRAIG XING DR, APT 3101**
**NORTH LAS VEGAS, NV 89032**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.1 88 | **DORIS JUANITA EARL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1100 MADISON AVE**
**LAS VEGAS, NV 89106**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.1 89 | **DOROTHY EISENBEIS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**277 BOULD LN, #6A**
**INDIAN SPRINGS, NV 89018**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.1 90 | **DOUGLAS CHRISOPHER TROWBRIDGE** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**7051 SOMERA WAY**
**LAS VEGAS, NV 89113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

| | | | |
|---|---|---|---|
| 4.1 91 | **DR. VINYL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**4613 EL CAMINO CABOS DR**
**LAS VEGAS, NV 89147**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only / Business debt**

---

| | | | |
|---|---|---|---|
| 4.1 92 | **DR. VINYL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1350 SE HAMBLEN RD**
**LEES SUMMIT, MO 64081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.1 93 | | |
|---|---|---|

**DRAKE ROSLING**
Nonpriority Creditor's Name
**5890 RIVER RD N**
**KEIZER, OR 97307**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.1 94 | | |
|---|---|---|

**DRIVE IT AUTO GROUP**
Nonpriority Creditor's Name
**2475 N TUSTIN ST**
**ORANGE, CA 92865**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **A&E Auto Sales**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

| 4.1 95 | | |
|---|---|---|

**DYANTA B JONES**
Nonpriority Creditor's Name
**7950 FLAMINGO RD, UNIT 2119**
**LAS VEGAS, NV 89147**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

| | |
|---|---|
| **4.1 96** | |

**E BIZ AUTOS**
Nonpriority Creditor's Name
**P.O. BOX 841706**
**DALLAS, TX 75284-1706**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| **4.1 97** | |

**E-Z LETTERING SERVICE**
Nonpriority Creditor's Name
**723 OHMS WAY**
**COSTA MESA, CA 92627**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| **4.1 98** | |

**EDITHA KOFF**
Nonpriority Creditor's Name
**321 REDSTONE ST**
**LAS VEGAS, NV 89145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

| 4.1 99 | **EDMONDS.COM, INC.** | |
|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 783531**
**PHILADELPHIA, PA 19178-3531**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 00 | **EDMUNDS** | |
|---|---|---|

Nonpriority Creditor's Name
**2401 COLORADO AVE**
**SANTA MONICA, CA 90404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 01 | **EL MUNDO** | |
|---|---|---|

Nonpriority Creditor's Name
**760 N EASTERN AVE STE 110**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.2 02 | **ELEAD ONE** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

**ELEAD ONE**

Nonpriority Creditor's Name

**P.O. BOX 2585**
**VALDOSTA, GA 31604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | | | |
|---|---|---|---|
| 4.2 03 | **ELEAD1ONE** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

**ELEAD1ONE**

Nonpriority Creditor's Name

**4001 COLEMAN ROAD**
**NORTH VALDOSTA, GA 31602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | | | |
|---|---|---|---|
| 4.2 04 | **ELLY T MANIFFA** | Last 4 digits of account number ___ ___ ___ ___ | $0.00 |

**ELLY T MANIFFA**

Nonpriority Creditor's Name

**6725 BLUEBELL GARDEN ST**
**LAS VEGAS, NV 89149**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                          Case number (if know) _____

| 4.2 05 | **EMERG ROOM PHYSICIANS SOUTH** | Last 4 digits of account number | **2999** | $1,029.00 |

Nonpriority Creditor's Name
**P.O. BOX 8145**
**FORTH WORTH, TX 76124-0145**
Number Street City State Zip Code

When was the debt incurred?   **03/11/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Healthcare services for Bailee R Davis**

---

| 4.2 06 | **EMPYRE AUTO PARTS** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2041 W STONEHURST DR**
**RIALTO, CA 92377**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.2 07 | **ENEMORIO ARZATE PENALOZA** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**2117 BASSLER ST, APT B**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                          Case number *(if know)*

| | | |
|---|---|---|
| **4.2 08** | **ENRIQUE ALBERTO PADILLA** | |

Nonpriority Creditor's Name

**5809 EXPEDITION WAY**
**PALMDALE, CA 93552**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | | |
|---|---|---|
| **4.2 09** | **ENTERPRISE CAR RENTAL** | |

Nonpriority Creditor's Name

**5120 S DECATUR BLVD, STE 104**
**LAS VEGAS, NV 89118**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business vendor**

| | | |
|---|---|---|
| **4.2 10** | **ENTRAVISION COMMUNICATIONS CORP** | |

Nonpriority Creditor's Name

**500 PILOT RD, STE D**
**LAS VEGAS, NV 89119**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                      Case number *(if know)*

| 4.2<br>11 | **EQUIFAX WORKFORCE SOLUTIONS** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**11432 LACKLAND RD**
**SAINT LOUIS, MO 63146**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2<br>12 | **ERICA LEE LYNCH** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4255 W VIKING RD, APT 818**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2<br>13 | **ERICK ANTHONY SEWELL** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7075 W GOWAN RD, #1105**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                          Case number *(if know)*

| 4.2 14 | **ERIK RICHARD CLAUSON** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**4 HOGENMILLER CIR**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 15 | **ERNESTO ALONSO RENTERIA-PEREZ** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**610 W 6TH ST**
**WINNEMUCCA, NV 89445**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 16 | **EUMEKA DENISE THOMAS** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3675 CAMBRIDGE ST, APT 224**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                              Case number (if know) _____

| 4.2 17 | **EVAN MICHAEL MYNATT** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2388 VALISSA ST**
**HENDERSON, NV 89044**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 18 | **EVOLUTION MOTOR SPORTS** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3859 S VALLEY VIEW BLVD, UNIT 27**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 19 | **FAIRWAY CHEVROLET** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3100 E SAHARA AVE**
**LAS VEGAS, NV 89104**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1   **Adam Edward Mallas**

Case number (if know) _____

| | | |
|---|---|---|

**4.2 20**

**FEDEX**
Nonpriority Creditor's Name
**P.O. BOX 7221**
**PASADENA, CA 91109**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

**4.2 21**

**FEDLOAN SERVICING**
Nonpriority Creditor's Name
**P.O. BOX 530210**
**ATLANTA, GA 30353-0210**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3785**    **$62,955.58**
When was the debt incurred?   **09/03/2013**
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guarantee of Student Loans for Debtor's two step-daughters**

**4.2 22**

**FELICIA JACKSON**
Nonpriority Creditor's Name
**3326 HILLSIDE GARDEN DR**
**LAS VEGAS, NV 89135**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

| 4.2<br>23 | **FES PROTECTION PLAN** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. BOX 417**
**FARMINGTON, MI 48332**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.2<br>24 | **FINANCIAL GAP ADMINISTRATORS** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1670 FENPARK DR**
**FENTON, MO 63026**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.2<br>25 | **FLM EXPRESS** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**190 TROTTERS RDG**
**CAMILLUS, NY 13031**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Adam Edward Mallas**                                  Case number *(if know)*

---

| 4.2 26 | **FMP - Factory Motor Parts** | | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**1380 CORPORATE CENTER CURVE, STE 200**
**SAINT PAUL, MN 55121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 27 | **FRANCHISE TAX BOARD** | | **Last 4 digits of account number** | | **$8,272.81** |

Nonpriority Creditor's Name

**BANKRUPTCY SECTION, MS A340**
**PO BOX 2952**
**SACRAMENTO, CA 95812-2952**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2001**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Claim for overpayment of unemployment compensation from State of California from 2001**

---

| 4.2 28 | **FRANCIS R VIVACQUA** | | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**7027 SHADOW CREST DR**
**LAS VEGAS, NV 89119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

| 4.2 29 | **FRAZER** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6196 US HWY 11**
**P.O. BOX 569**
**CANTON, NY 13617**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 30 | **FRONTIER COMMUNICATIONS** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. BOX 5157**
**Cincinnati, OH 45274-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 31 | **FRY'S ELECTRONIC** | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6845 S LAS VEGAS BLVD**
**LAS VEGAS, NV 89119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**

Case number (if know)

---

| 4.2 32 | **GABRIAL SALAZAR** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**4809 LINKWOOD DR**
**LAS VEGAS, NV 89110**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 33 | **GARY JAMES BROWN JR** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**5625 GRANVILLE LAKE ST**
**NORTH LAS VEGAS, NV 89031**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 34 | **GARY STEVEN CAPONE** | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3715 LOYOLA ST**
**NORTH LAS VEGAS, NV 89030**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| 4.2 35 | | | |
|---|---|---|---|

**GARY THOMAS**
Nonpriority Creditor's Name
**1750 KAREN AVE, APT 66**
**LAS VEGAS, NV 89169**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| 4.2 36 | | | |
|---|---|---|---|

**GATEWAY ONE LENDING AND FINANCE**
Nonpriority Creditor's Name
**160 N RIVERVIEW DR, STE 100**
**ANAHEIM, CA 92808**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**A&E Auto**
Last 4 digits of account number **Sales**    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

| 4.2 37 | | | |
|---|---|---|---|

**GAUDIN FORD**
Nonpriority Creditor's Name
**6625 ROY HORN WAY**
**LAS VEGAS, NV 89118**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.2<br>38 | **GILA EXPRESS AUTO TRANSPORT** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**945 E PINA STREET**
**GILA BEND, AZ 85337**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

| | | | |
|---|---|---|---|
| 4.2<br>39 | **GMT DESIGNS LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5012 SCHUSTER ST**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

| | | | |
|---|---|---|---|
| 4.2<br>40 | **GOLDFINGER GOLDFINGER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**920 SIERRA VISTA DR, APT A8**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

Debtor 1   **Adam Edward Mallas**                                                    Case number (if know) _____

| 4.2 41 | **GPS SOLUTIONS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1320 PEARL STREET, STE 310**
**BOULDER, CO 80302**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.2 42 | **GUEST CONCEPTS, INC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3203 E WARM SPRINGS RD, #100**
**LAS VEGAS, NV 89120**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.2 43 | **GUILLERMO ROJAS OCAMPO** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**10151 DORRELL LN, UNIT 1053**
**LAS VEGAS, NV 89166-1029**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                           Case number *(if know)*

---

| 4.2 44 | **HARBOR FREIGHT TOOLS** | **Last 4 digits of account number** ___ ___ ___ ___ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4740 S DECATUR BLVD**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 45 | **HECTOR ARTEAGA** | **Last 4 digits of account number** ___ ___ ___ ___ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**7065 DE PAZ WAY**
**LAS VEGAS, NV 89113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 46 | **HERTZ EQUIPMENT RENTAL** | **Last 4 digits of account number** ___ ___ ___ ___ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4555 WYNN ROAD**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

| | |
|---|---|
| **4.2 47** | |

**HILDA M MOYA**
Nonpriority Creditor's Name
**5250 ITHACA AVE**
**LAS VEGAS, NV 89122**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.2 48** | |

**HO'OLULANI EMMALENE AO'LAHIKO**
Nonpriority Creditor's Name
**9745 GRAND TETON DR, APT 1046**
**LAS VEGAS, NV 89166**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.2 49** | |

**HONOR FINANCE, LLC**
Nonpriority Creditor's Name
**2451 S BUFFALO DR, #130**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **A&E Auto Sales**                           **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt-possible personal guaranty**

---

Debtor 1  **Adam Edward Mallas**                                        Case number (if know) _____

| | | |
|---|---|---|
| **4.2 50** | **HUGO OLIVARES PONCE** | $0.00 |

Nonpriority Creditor's Name
**338 SWEETSPICE ST**
**HENDERSON, NV 89014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | | |
|---|---|---|
| **4.2 51** | **HYUNDAI MOTOR FINANCE** | $749.89 |

Nonpriority Creditor's Name
**PO BOX 660891**
**DALLAS, TX 75266-0891**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2229

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease "Turn In" fees for Hyundai Elantra.**

| | | |
|---|---|---|
| **4.2 52** | **IDA GORDON** | $0.00 |

Nonpriority Creditor's Name
**633 TWILIGHT BLUE AVE**
**NORTH LAS VEGAS, NV 89032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1   **Adam Edward Mallas**                                         Case number (if know)

| 4.2 53 | |
|---|---|

**IHEART RADIO**
Nonpriority Creditor's Name
**32 AVENUE OF AMERICAS**
**NEW YORK, NY 10013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.2 54 | |
|---|---|

**IN TOUCH CREDIT UNION**
Nonpriority Creditor's Name
**P.O. BOX 250169**
**PLANO, TX 75025-0169**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **A&E Auto Sales** _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt - possible personal guaranty**

---

| 4.2 55 | |
|---|---|

**INSURANCE EXPRESS**
Nonpriority Creditor's Name
**3035 E TROPICANA AVE**
**LAS VEGAS, NV 89121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    Adam Edward Mallas

Case number *(if know)*

| 4.2 56 | **INSURED SERVICES** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2600 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 57 | **INTUIT QUICKBOOKS** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2700 COAST AVE**
**MOUNTAIN VIEW, CA 94043**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 58 | **IRMA PADILLA** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5809 EXPEDITION WAY**
**PALMDALE, CA 93552**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.2 59 | |
|---|---|

**IRVIN STEPHEN GRAY**

Nonpriority Creditor's Name

**1000 AMERICAN PACIFIC DR, #1821**

**HENDERSON, NV 89074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 60 | |
|---|---|

**ITS**

Nonpriority Creditor's Name

**7251 W. LAKE MEAD BLVD, STE 300**

**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only / Business debt**

---

| 4.2 61 | |
|---|---|

**J & S DIESEL**

Nonpriority Creditor's Name

**5155 DEAN MARTIN DR**

**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| 4.2 62 | **J T IGLESIA** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**6421 RAVEN HALL ST**
**NORTH LAS VEGAS, NV 89084**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 63 | **JAGUAR LAND ROVER OF LAS VEGAS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5255 W SAHARA AVE**
**LAS VEGAS, NV 89146**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.2 64 | **JAMAR RASHAN GROVNER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**4437 DOVER STRAIGHT ST, UNIT 303**
**LAS VEGAS, NV 89115**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| | | |
|---|---|---|
| 4.2<br>65 | **JAMES FRANCIS KERRIGAN** | |

Nonpriority Creditor's Name

**5568 MONCINNA ST**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.2<br>66 | **JAMES URI SAYLES** | |

Nonpriority Creditor's Name

**1225 GOLD AVE**
**LAS VEGAS, NV 89106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.2<br>67 | **JAMES WILSON STEWART DORTCH** | |

Nonpriority Creditor's Name

**6760 DIAMOND CARE DR**
**LAS VEGAS, NV 89122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                    Case number *(if know)*

---

| 4.2 68 | | |
|---|---|---|

**JAMIE CORVELL ROBERTS**
Nonpriority Creditor's Name
**517 PRINCESS AVE**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                 **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 69 | | |
|---|---|---|

**JAMIE LYNN HAMMOND**
Nonpriority Creditor's Name
**8020 LAS VEGAS BLVD, #41**
**LAS VEGAS, NV 89123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                 **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 70 | | |
|---|---|---|

**JANEIQUA ELIZABETH CARTER**
Nonpriority Creditor's Name
**3913 GOLDFIELD ST**
**NORTH LAS VEGAS, NV 89032**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                                 **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| 4.2 71 | **JARED BROUSSARD** |

**JARED BROUSSARD**
Nonpriority Creditor's Name
**2205 DEMETRIUS AVE**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.2 72 | **JARED FULLER** |

**JARED FULLER**
Nonpriority Creditor's Name
**7700 SANDRIDGE CT**
**LAS VEGAS, NV 89149**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.2 73 | **JASON THOMAS VOWELL** |

**JASON THOMAS VOWELL**
Nonpriority Creditor's Name
**340 N COUNTRY LANE DRI, APT 29**
**SAINT GEORGE, UT 84770**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| | |
|---|---|
| 4.2 74 | |

**JATHIYAH CLARK**

Nonpriority Creditor's Name

**5568 MONCINNA ST**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.2 75 | |

**JB AUTO BODY PARTS**

Nonpriority Creditor's Name

**1735 N NELLIS BLVD**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| 4.2 76 | |

**JDT MARKETING INC**

Nonpriority Creditor's Name

**31 APPLE BLOSSOM LANE**
**PATCHOGUE, NY 11772**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.2 77 | **JEFFREY MARTIN** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7604 CORVINA AVE**
**LAS VEGAS, NV 89113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 78 | **JEREMY MARTIN WADSWORTH** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3055 GARNETT CT**
**LAS VEGAS, NV 89121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 79 | **JEROME OVERTON** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1709 STEMBOAT DR**
**HENDERSON, NV 89014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| 4.2 80 | **JERRY BUTLER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1904 SPANGLE DR**
**LAS VEGAS, NV 89108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 81 | **JERRY RAY VARELA** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**4300 N LAMONT ST, #202**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 82 | **JESSE JAMES GORDON-BEST** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**6234 NAHA PORT AVE**
**LAS VEGAS, NV 89110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                     Case number (if know) _____

| 4.2 83 | **JESSE MAHMOUD ISMAIL SBAIH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**178 INVERARAY**
**HENDERSON, NV 89074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 84 | **JESSEE TOUCH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1135 SAGE VALLEY LN**
**LAS VEGAS, NV 89110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 85 | **JESSICA ADRIANNA PEREZ** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5600 E RUSSELL RD, UNIT 311**
**LAS VEGAS, NV 89122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

---

| 4.2 86 | **JESSICA ANN LORENZ** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**1020 E DESERT INN RD, APT 1104**
**LAS VEGAS, NV 89109**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 87 | **JESUS MENDIOLA-VALDIVIEZO** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**920 ROCKVIEW DR, UNIT 202**
**LAS VEGAS, NV 89128**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 88 | **JILLIAN ALEXIS THOMPSON** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**3232 OCEAN SPRAY CT**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**            Case number *(if know)*

---

**4.2 89**

**JMD PROFESSIONAL AUTO DETAIL**
Nonpriority Creditor's Name
**1651 AMERICAN PACIFIC DR**
**HENDERSON, NV 89074**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____       **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.2 90**

**JOE TOLEFREE JR**
Nonpriority Creditor's Name
**2708 CORNCOB CACTUS CT**
**LAS VEGAS, NV 89106**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____       **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.2 91**

**JOHN C ALLEN**
Nonpriority Creditor's Name
**12930 GROVER AVE**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____       **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.2 92 | **JOHN FRAZIER MCINTOSH** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**5196 HEDDELL CT, APT D**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 93 | **JOHN LEE THOMAS** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**4332 SILVER DOLLAR AVE, #6**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.2 94 | **JOHN PRIAN** | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**2105 W DATE DREEK RD**
**WICKENBURG, AZ 85390**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                           Case number *(if know)*

| | |
|---|---|
| **4.2 95** | |

**JOHN ROBERT PENA JR**
Nonpriority Creditor's Name
**609 WEALDSTON CT**
**LAS VEGAS, NV 89178**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.2 96** | |

**JOHN STEVE PASHALES**
Nonpriority Creditor's Name
**2330 TEDESCA DR**
**HENDERSON, NV 89052**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.2 97** | |

**JOHN STEVEN NELSON**
Nonpriority Creditor's Name
**3808 COUNTRY LIGHTS ST**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                                      Case number *(if know)* _____

| | | |
|---|---|---|
| 4.2 98 | **JOHN TIMOTHY HERRERA** | |

Nonpriority Creditor's Name

**1438 SILVER FALLS AVE**
**LAS VEGAS, NV 89123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.2 99 | **JOHN WHITNEY JONES** | |

Nonpriority Creditor's Name

**1101 DUMONT BLVD, APT 120**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.3 00 | **JOHNNY DOLSTRA** | |

Nonpriority Creditor's Name

**3437 SEQUOIA COURT**
**PERRIS, CA 92570**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

---

| 4.3 01 | **JONATHAN NEIL & ASSOCIATES** | | | **$0.00** |

Nonpriority Creditor's Name

**18321 VENTURA BLVD, #1000**
**TARZANA, CA 91356**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.3 02 | **JONATHAN NEIL & ASSOCIATES, INC** | | | **$0.00** |

Nonpriority Creditor's Name

**71 W MAIN ST, STE 304**
**FREEHOLD, NJ 07728**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.3 03 | **JONATHAN ROMERO-DURAN** | | | **$0.00** |

Nonpriority Creditor's Name

**5084 NEWPORT COVE DR, UNIT B**
**LAS VEGAS, NV 89119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1 **Adam Edward Mallas**                                      Case number (if know) _____

| | |
|---|---|
| **4.3 04** | **JORDAN TAYLOR JOHNSON** |

Nonpriority Creditor's Name

**981 WHITNEY RANCH DR, APT 1125**
**HENDERSON, NV 89014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.3 05** | **JORGE A DELRIO** |

Nonpriority Creditor's Name

**3792 ANGEL FLIGHT DR**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.3 06** | **JORGE PARRA-MEZA** |

Nonpriority Creditor's Name

**3500 BROADWAY AVE**
**NORTH LAS VEGAS, NV 89030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**                                    Case number *(if know)*

| 4.3 07 | **JORGE SARABIA** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1050 WHITNEY RANCH DR, #1313**
**HENDERSON, NV 89014**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| 4.3 08 | **JOSE ARMANDO AGUILAR MARTINEZ** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**9501 W SAHARA AVE, APT 1036**
**LAS VEGAS, NV 89117**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| 4.3 09 | **JOSEPH DEWITT WELCH ESQ** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1405 S NELLIS BLVD, APT 1104**
**LAS VEGAS, NV 89104**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| 4.3 10 | **JOSEPH MICHAEL LANE** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**811 E BRIDGER AVE, APT 248**
**LAS VEGAS, NV 89101**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 11 | **JOSEPH P DEPHILLIPS II** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**720 TWILIGHT BLUE AVE**
**NORTH LAS VEGAS, NV 89032**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 12 | **JOSHUA BUNGCAYAO** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5154 S JONES BLVD, UNIT 101**
**LAS VEGAS, NV 89118**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

| 4.3 13 | **JOSHUA TATSU KEACH** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**924 WILSON CLIFFS RD**
**LAS VEGAS, NV 89128**

When was the debt incurred? _____

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 14 | **JW COMPANY** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**819 W MAIN STREET**
**ZANESVILLE, OH 43701**

When was the debt incurred? _____

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.3 15 | **KAREN RAYE CECI** | | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**661 INDIAN CORN AVE**
**HENDERSON, NV 89015**

When was the debt incurred? _____

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                     Case number *(if know)* _____

| | | |
|---|---|---|

**4.3 16**

**KARON LETHER**
Nonpriority Creditor's Name
**8816 SPINNING WHEEL AVE**
**LAS VEAGS, NV 89143**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                 **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

**4.3 17**

**KATHERINNE ESTEFANIA FRANCO**
Nonpriority Creditor's Name
**2602 RIM PACIFIC CIR**
**LAS VEGAS, NV 89146**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                 **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 18**

**KATRINA ALINA GROVES**
Nonpriority Creditor's Name
**1547 SUNRISE CIR**
**BOULDER CITY, NV 89005**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                 **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    __Adam Edward Mallas__    Case number *(if know)* _____

---

| 4.3 19 | **KEELI DEANA WOODS-BEDELL** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3640 LAS VEGAS BLVD N**
**LAS VEGAS, NV 89115**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 20 | **KEEP ON ROLING TRANSPORTATION** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4055 TUSCAN SHORES DRIVE**
**MISSOURI CITY, TX 77459**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt**

---

| 4.3 21 | **KEIKO CUBIT** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**200 MISSION LAGUNA LN, APT 102**
**LAS VEGAS, NV 89107**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                       Case number (if know) _____

| 4.3 22 | **KEMP BROADCASTING** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3999 S LAS VEAGS BLVD, STE K**
**LAS VEGAS, NV 89119**

When was the debt incurred?        _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

**Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify    **Notice only / Business debt**

---

| 4.3 23 | **KENSINGTON MOTOR CARS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**3062 SHERIDAN ST**
**LAS VEGAS, NV 89102**

When was the debt incurred?        _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

**Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify    **Notice only / Business debt**

---

| 4.3 24 | **KEVANTE MILLS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**16 FRAD AVE**
**NORTH LAS VEGAS, NV 89031**

When was the debt incurred?        _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

■ At least one of the debtors and another            ☐ Disputed

**Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**
                                                     ☐ Student loans
**Is the claim subject to offset?**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                 report as priority claims

☐ Yes                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                     ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

| 4.3 25 | **KEVIN KENNETH HOMER** | | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2280 IRON AVE**
**SANDY VALLEY, NV 89019**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 26 | **KIERRA DESIREE PRINGLE** | | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4200 S VALLEY VIEW, APT 1102**
**LAS VEGAS, NV 89103**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 27 | **KIFAH NIDHAL MARGOLIS** | | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1826 VACCARO PL**
**HENDERSON, NV 89074**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

---

| 4.3 28 | **KIMBERLY ANN KEITH** | | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| **KIMBERLY ANN KEITH** | **Last 4 digits of account number** _____ |
| Nonpriority Creditor's Name | |
| **3955 SWENSON ST, APT 369** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89119** | |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR** |

---

| 4.3 29 | **KIMBERLY ESTALA** | | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| **KIMBERLY ESTALA** | **Last 4 digits of account number** _____ |
| Nonpriority Creditor's Name | |
| **7027 SHADOW CREST DR** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89119** | |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR** |

---

| 4.3 30 | **KIMBERLY LYNN MCCOVERY** | | **$0.00** |
|---|---|---|---|

| | |
|---|---|
| **KIMBERLY LYNN MCCOVERY** | **Last 4 digits of account number** _____ |
| Nonpriority Creditor's Name | |
| **5850 SKY POINT DR, APT 2068** | **When was the debt incurred?** _____ |
| **LAS VEGAS, NV 89130** | |
| Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR** |

---

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| **4.3 31** | |

**KIMBERLY NICOLE WALLACE**
Nonpriority Creditor's Name
**3762 ROYAL CREST ST, APT 9**
**LAS VEGAS, NV 89119**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.3 32** | |

**KIRK SPARKS**
Nonpriority Creditor's Name
**10741 CATHER AVE**
**LAS VEGAS, NV 89166**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.3 33** | |

**KURSTIN DIANE SULLIVAN**
Nonpriority Creditor's Name
**9100 W FLAMINGO RD, UNIT 1149**
**LAS VEGAS, NV 89147**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____                            $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| 4.3 34 | **KURUKULASURIYA AUSTIN PERIES** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6304 SESPE ST**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 35 | **LAKEISHA MONIQUE GRAY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1750 KAREN AVE, APT 66**
**LAS VEGAS, NV 89169**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 36 | **LANCE SURETY BOND ASSOCIATES, INC** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**4387 W SWAMP RD # 287**
**DOYLESTOWN, PA 18902-1039**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No



☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Personal Guarantee of Surety Bond for A&E Auto - bond is up to $100,000. It is currently unknown how many claims, if any, will be made against bond.**
■ Other. Specify

---

Debtor 1    **Adam Edward Mallas**                                              Case number (if know) _____

| | | |
|---|---|---|
| **4.3 37** | **LARRY PORTER** | |

Nonpriority Creditor's Name

**4975 DUNEVILLE ST, APT 235**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| **4.3 38** | **LAS VEGAS CONSTABLE** | |

Nonpriority Creditor's Name

**301 E CLARK AVE, STE 100**
**LAS VEGAS, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | | |
|---|---|---|
| **4.3 39** | **LAS VEGAS REVIEW JOURNAL** | |

Nonpriority Creditor's Name

**111 W BONANZA RD**
**P.O. BOX 70**
**LAS VEGAS, NV 89125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____            **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                    Case number (if know) _____

---

**4.3 40**

**LAS VEGAS WHEEL WORKS**
Nonpriority Creditor's Name
**10620 SOUTHERN HIGHLAND PKWY**
**# 110-390**
**LAS VEGAS, NV 89141**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Notice only / Business debt**

---

**4.3 41**

**LAWRENCE HYMAN EPSTEIN**
Nonpriority Creditor's Name
**3645 METTER ST**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 42**

**LEA NORA RENEE THOMPSON**
Nonpriority Creditor's Name
**10741 CATHER AVE**
**LAS VEGAS, NV 89166**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                  Case number (if know) _____

---

| 4.3 43 | **LENDING CLUB** | Last 4 digits of account number | **3384** | **$22,741.89** |

Nonpriority Creditor's Name
**71 STEVENSON ST, STE 300**
**SAN FRANCISCO, CA 94105**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt Consolidation Loan**

---

| 4.3 44 | **LEO GAMBOA** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**2424 ELLIS ST, APT A**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 45 | **LEXUS OF LAS VEGAS** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**6600 W SAHARA AVE**
**LAS VEGAS, NV 89146**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

**4.3 46**

**LILLIE MARIE DAVIS-ADAMS**
Nonpriority Creditor's Name
**8060 TWAIN HARTE ST**
**LAS VEGAS, NV 89139**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 47**

**LISA CARPENTER**
Nonpriority Creditor's Name
**1818 BALZAR AVE, APT 206**
**LAS VEGAS, NV 89106**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 48**

**LISTING ALL CARS**
Nonpriority Creditor's Name
**SHELBYVILLE RD**
**LOUISVILLE, KY 40243**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

**4.3 49**

**LKQ OF NEVADA**
Nonpriority Creditor's Name
**3370 E LONE MOUNTAIN RD**
**NORTH LAS VEGAS, NV 89081**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.3 50**

**LOBEL FINANCIAL**
Nonpriority Creditor's Name
**777 N RAINBOW BLVD, STE 175**
**LAS VEGAS, NV 89107**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **A&E Auto Sales**   **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt- possible personal guaranty**

---

**4.3 51**

**LORI JEAN POOLE**
Nonpriority Creditor's Name
**2753 STRUAN AVE**
**HENDERSON, NV 89044**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                                    Case number (if know)

---

| 4.3 52 | **LORRYANN BULTEDAOB** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**8101 W FLAMINGO, APT 1106**
**LAS VEGAS, NV 89147**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 53 | **LOUISE MIYUKI DEPIERO** | | Last 4 digits of account number | | | $0.00 |

Nonpriority Creditor's Name

**1037 WARSAW AVE**
**HENDERSON, NV 89015**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 54 | **LOWE'S** | | Last 4 digits of account number | **8684** | | $3,096.85 |

Nonpriority Creditor's Name

**P.O. BOX 530914**
**ATLANTA, GA 30353-0914**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

Debtor 1    **Adam Edward Mallas**                                     Case number (if know) _____

| 4.3 55 | **LUIS ALFO GUTIERREZ-GUTIERREZ** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**505 PALMHURST DR**
**LAS VEGAS, NV 89145**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 56 | **LUIS ALFREDO ROBLES** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2504 BUCKTHORN CIR**
**LAS VEGAS, NV 89108**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 57 | **LUIS ARMANDO AGUILAR VILLEGAS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**7001 W CHARLESTON BLVD, #2010**
**LAS VEGAS, NV 89117**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1     **Adam Edward Mallas**

Case number (if know)

---

| 4.3 58 | **LURETHA ROBINSON** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**517 PRINCESS AVE**
**NORTH LAS VEGAS, NV 89030**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 59 | **LV AUTO CARE** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**3111 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89102**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt - A&E Auto**

---

| 4.3 60 | **LV AUTO GROUP** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**2201 N COMMERCE ST**
**NORTH LAS VEGAS, NV 89030**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt - A&E Auto**

---

Debtor 1    **Adam Edward Mallas**                                             Case number *(if know)*

| 4.3 61 | | | |

**MA ROSALBA RUBIO PALMOERA**                     Last 4 digits of account number                                    $0.00
Nonpriority Creditor's Name
**4536 PRINCE CARY CT**                            When was the debt incurred?
**LAS VEGAS, NV 89110**
Number Street City State Zlp Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 62 | | | |

**MANHEIM - DALLAS**                               Last 4 digits of account number                                    $0.00
Nonpriority Creditor's Name
**5333 KIEST BLVD**                                When was the debt incurred?
**DALLAS, TX 75236**
Number Street City State Zlp Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **Notice only / Business debt**

---

| 4.3 63 | | | |

**MANHEIM - FORT LAUDERDALE**                      Last 4 digits of account number                                    $0.00
Nonpriority Creditor's Name
**5353 S STATE ROAD 7**                            When was the debt incurred?
**DAVIE, FL 33314-6403**
Number Street City State Zlp Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

---

| 4.3 64 | **MANHEIM - NEVADA** | | **$0.00** |

**MANHEIM - NEVADA**
Nonpriority Creditor's Name
**6600 AUCTION LANE**
**LAS VEGAS, NV 89165**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

| 4.3 65 | **MANHEIM - RIVERSIDE** | | **$0.00** |

**MANHEIM - RIVERSIDE**
Nonpriority Creditor's Name
**6446 FREMONT ST**
**RIVERSIDE, CA 92504-1437**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt** _____

---

| 4.3 66 | **MARGARET BELCNER EDWARDS** | | **$0.00** |

**MARGARET BELCNER EDWARDS**
Nonpriority Creditor's Name
**5809 REITER AVE**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR** _____

---

Debtor 1    **Adam Edward Mallas**                                      Case number *(if know)*

---

**4.3 67**

**MARIA LYNN DEVON-SHEPARD**
Nonpriority Creditor's Name
**522 RELIANCE AVE**
**HENDERSON, NV 89002**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                              $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 68**

**MARIA SABRINA GODINO**
Nonpriority Creditor's Name
**3320 BEACH PORT DR**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                              $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 69**

**MARITES CRUZADA**
Nonpriority Creditor's Name
**4050 PACIFIC HARBORS DR, #115**
**LAS VEGAS, NV 89121**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                              $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                      Case number (if know) _____

| 4.3 70 | **MARK GREGORY SMITH** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**2240 TIMBER ROSE**
**LAS VEGAS, NV 89134**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 71 | **MARKIE SAMUEL PRATER** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**709 MILLER AVE**
**NORTH LAS VEGAS, NV 89030**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 72 | **MARQUITA RE BARNETT** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**4701 LAWRENCE ST, UNIT 2168**
**NORTH LAS VEGAS, NV 89081**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

| | |
|---|---|
| 4.3 73 | |

**MARVIN DOMINGUEZ**
Nonpriority Creditor's Name
**6311 FELICITAS AVE**
**LAS VEGAS, NV 89122**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.3 74 | |

**MATHEW DRESDEN**
Nonpriority Creditor's Name
**3330 COAL AVE**
**SANDY VALLEY, NV 89019**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.3 75 | |

**MAUALEI EMILE HENREYETT**
Nonpriority Creditor's Name
**621 MAJESTIC SKY DR**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**    Case number (if know) _____

---

| 4.3 76 | | | |
|---|---|---|---|

**MEAGAN BRYANT**
Nonpriority Creditor's Name
**60 N PECOS RD, APT 2080**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 77 | | | |
|---|---|---|---|

**MECHANICS BANK**
Nonpriority Creditor's Name
**2 S MAIN ST**
**MANSFIELD, OH 44902**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **A&E Auto Sales** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

| 4.3 78 | | | |
|---|---|---|---|

**MELODIE SUETWILA DAVIS**
Nonpriority Creditor's Name
**3481 ALGIERS DR, #1177**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                  Case number (if know) _____

---

| 4.3 79 | | |
|---|---|---|

**MIA VANEE BRYANT**
Nonpriority Creditor's Name
**60 N PECOS RD, APT 2080**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 80 | | |
|---|---|---|

**MICHAEL A WITHEM**
Nonpriority Creditor's Name
**3555 HORIZON CIR**
**LAS VEGAS, NV 89121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 81 | | |
|---|---|---|

**MICHAEL ANTHONY CANDOSTA**
Nonpriority Creditor's Name
**8944 SIERRA LINDA DR**
**LAS VEGAS, NV 89147**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____       $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

---

| 4.3 82 | **MICHAEL JOSUE LAINEZ** | | | **$0.00** |

Nonpriority Creditor's Name

**3651 ARVILLE ST, APT 731**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 83 | **MICHAEL LEWIS KOFF** | | | **$0.00** |

Nonpriority Creditor's Name

**321 REDSTONE ST**
**LAS VEGAS, NV 89145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 84 | **MICHAEL QUINONEZ** | | | **$0.00** |

Nonpriority Creditor's Name

**1216 PACIFIC TERRACE DR**
**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

---

| 4.3 85 | **MICHAEL TUNG BUI** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**1601 CAMBRIDGE CT**
**WEST COVINA, CA 91791**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 86 | **MICHELLE SLACK** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**22424 S ELLSWORTH LOOP RD, 1041**
**QUEEN CREEK, AZ 85142**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 87 | **MIECHKO RILEY** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**5669 RAINWOOD DR**
**NORTH LAS VEGAS, NV 89031**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**                                              Case number *(if know)*

---

**4.3 88**

**MIGUEL ANGEL ESCOBAR**
Nonpriority Creditor's Name
**3640 SOLANDRA ST**
**LAS VEGAS, NV 89147**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 89**

**MINDY MICHELLE FURLONGE-SPEARS**
Nonpriority Creditor's Name
**3008 PERISCOPE CT**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

**4.3 90**

**MIRANDA CANIELLE DAVIS**
Nonpriority Creditor's Name
**5280 TAMARUS ST, APT D**
**LAS VEGAS, NV 89119**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

---

| 4.3 91 | **MIRNA LETICIA GONZALEZ** | | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2801 REYNOLDS AVE**
**NORTH LAS VEGAS, NV 89030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.3 92 | **MOJAVE ELECTRIC** | | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**928 HANCOCK RD**
**BULLHEAD CITY, AZ 86442**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.3 93 | **MONICA LACHEAL DENNIS** | | **Last 4 digits of account number** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3586 FULL SAIL DR**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| 4.3 94 | |

**MY CLEANING AND JANITORIAL**
Nonpriority Creditor's Name
**38633 S VALLEY VIEW BLVD, #32**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| 4.3 95 | |

**MY TRUE MILES INC**
Nonpriority Creditor's Name
**2505 ANTHEM VILLAGE DR, STE E 135**
**Henderson, NV 89052**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| | |
|---|---|
| 4.3 96 | |

**MYSHADO KAJON DAVIS**
Nonpriority Creditor's Name
**5669 RAINWOOD DR**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know)

---

| 4.3 97 | **NAPA AUTO PARTS** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**4675 POLARIS AVE, STE C**
**LAS VEGAS, NV 89103-5642**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.3 98 | **Nationwide Acceptance LLC** | Last 4 digits of account number | A&E Auto | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**10255 W. Higgins Road, Suite 300**
**Des Plaines, IL 60018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    unknown

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - A&E Auto Sales**

---

| 4.3 99 | **NATIONWIDE NEVADA LLC** | Last 4 digits of account number | A&E Auto Sales | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2250 S RANCHO DR**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    various

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt - unknown if personal guaranty**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Adam Edward Mallas**                                                      Case number (if know) _____

| 4.4 00 | **NESTOR DE JESUS ORTIZ** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**4809 LINKWOOD DR**
**LAS VEGAS, NV 89110**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 01 | **NETERRI DANYELL BARNES** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**6429 CHIPPINDALE LN**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 02 | **NEVADA DEPARTMENT OF MOTOR VEHICLES** | **Last 4 digits of account number** _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**555 WRIGHT WAY**
**CARSON CITY, NV 89701-5229**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice Only**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1   **Adam Edward Mallas**                                          Case number (if know) _____

---

| 4.4 03 | **NEVADA DEPARTMENT OF TAXATION** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2550 PASEO VERDE PKWY, #1800**
**HENDERSON, NV 89074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.4 04 | **NEVADA ENERGY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6226 W SAHARA AVE**
**LAS VEGAS, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.4 05 | **NEVADA TIRE CITY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**400 N BRIDGE LN**
**LAS VEGAS, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1   __Adam Edward Mallas__                                    Case number (if know) _____

| | | | |
|---|---|---|---|

**4.4 06**

**NEVADA WEST FINANCIAL**
Nonpriority Creditor's Name
**7625 DEAN MARTIN DR**
**LAS VEGAS, NV 89139**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.4 07**

**NEXTGEAR**
Nonpriority Creditor's Name
**11799 N COLLEGE AVE**
**CARMEL, IN 46032**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

**Last 4 digits of account number**   **08AM**                    **$389,000.00**

**When was the debt incurred?**   **Various**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee of Flooring Contract for A&E Auto Sales**

---

**4.4 08**

**NICOLE MARI CALPITO CONSTANTIN**
Nonpriority Creditor's Name
**6300 W TROPICANA AVE, #105**
**LAS VEGAS, NV 89113**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                                          Case number (if know) _____

| | |
|---|---|
| **4.4 09** | |

**NIKKI HIXSON-HOMER**
Nonpriority Creditor's Name
**2280 IRON AVE**
**LAS VEGAS, NV 89109**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | |
|---|---|
| **4.4 10** | |

**NITSA ESGUERRA**
Nonpriority Creditor's Name
**6236 MANDARIN DR**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | |
|---|---|
| **4.4 11** | |

**NOE PADILLA'S AUTO GLASS**
Nonpriority Creditor's Name
**3889 LANCOMER ST**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

Debtor 1   **Adam Edward Mallas**                                          Case number (if know) _____

| 4.4 12 | **NONA DANIELLE DAILEY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**3765 LONE OAK ST**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 13 | **NORMAN ALEXANDER FAY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2136 BETTY DAVIS ST**
**LAS VEGAS, NV 89142**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 14 | **NURIA ANISA HERNANDEZ** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2338 N GREEN VALLEY PKWY,**
**#1312**
**HENDERSON, NV 89014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                      Case number (if know)

| 4.4 15 | | |
|---|---|---|

**NV ENERGY**                                          Last 4 digits of account number                                    **Unknown**
Nonpriority Creditor's Name
**P.O. BOX 98910**                                     When was the debt incurred?
**LAS VEGAS, NV 89151-0001**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Electric Services / Utilities - A&E Auto**

| 4.4 16 | | |
|---|---|---|

**NV ENERGY**                                          Last 4 digits of account number                                    **$0.00**
Nonpriority Creditor's Name
**6226 W SAHARA AVE**                                  When was the debt incurred?
**LAS VEGAS, NV 89146**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Notice only / Business debt - A&E Auto**

| 4.4 17 | | |
|---|---|---|

**O'REILLY AUTO PARTS**                                Last 4 digits of account number                                    **$0.00**
Nonpriority Creditor's Name
**233 S PATTERSON AVE**                                When was the debt incurred?
**SPRINGFIELD, MO 65802**
Number Street City State Zip Code                      **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**           ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                     Case number (if know) _____

| 4.4 18 | **OFFICE DEPOT/MAX** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6980 ARROYO CROSSING PKWY**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.4 19 | **OLYMPIC AUTO** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4568 MEMORIAL DR**
**DECATUR, GA 30032**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.4 20 | **ONE NEVADA CREDIT UNION** | Last 4 digits of account number    **A&E Auto Sales** | $0.00 |

Nonpriority Creditor's Name
**2645 S MOJAVE RD**
**LAS VEGAS, NV 89121**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt - possible personal guaranty**

---

Debtor 1    **Adam Edward Mallas**                                                                Case number *(if know)*

| 4.4 21 | ONE STOP SHIPPING | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

**ONE STOP SHIPPING**

Nonpriority Creditor's Name

**3859 S VALLEY VIEW BLVD, # 2**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.4 22 | OREGON AUTO FINANCE | | Last 4 digits of account number | A&E Auto Sales | $0.00 |
|---|---|---|---|---|---|

**OREGON AUTO FINANCE**

Nonpriority Creditor's Name

**1700 VALLEY DRIVER DR, STE 300**
**EUGENE, OR 97401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**            **A&E Auto Sales**        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt - possible personal guaranty**

---

| 4.4 23 | OSCAR ERNESTO MARTINEZ-AMEZQUI | | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|---|

**OSCAR ERNESTO MARTINEZ-AMEZQUI**

Nonpriority Creditor's Name

**3404 W WASHINGTON AVE**
**LAS VEGAS, NV 89107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Adam Edward Mallas**

Case number (if know) _____

| | |
|---|---|
| **4.4 24** | |

**OSCAR MARTINEZ-PEREZ**
Nonpriority Creditor's Name
**3404 W WASHINGTON AVE**
**LAS VEGAS, NV 89107**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

| | |
|---|---|
| **4.4 25** | |

**OSVALDO ANDRADE ZEPEDA**
Nonpriority Creditor's Name
**6716 REGGIE CIR**
**LAS VEGAS, NV 89107**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

| | |
|---|---|
| **4.4 26** | |

**PA EXPRESS**
Nonpriority Creditor's Name
**7500 COMMUNITY DR**
**CITRUS HEIGHTS, CA 95610**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____     $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Notice only / Business debt**

Debtor 1  **Adam Edward Mallas**                                          Case number *(if know)*

---

| 4.4 27 | **PABLO DEL CASTILLO** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6225 W TROPICANA AVE, APT 21**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.4 28 | **PADILLA'S AUTO GLASS** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**3889 LANCOMER ST**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

| 4.4 29 | **PASCUAL JIMENEZ-JIMENEZ** | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**4768 SAND CREEK AVE, #B**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                   Case number (if know)

| 4.4 30 | **PATRICIA LEHUA LUANA KAIMI LED** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5463 TENDER TULIP AVE**
**LAS VEGAS, NV 89139**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 31 | **PAYPAL CREDIT** | Last 4 digits of account number | 3401 | $1,040.03 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. BOX 105658**
**ATLANTA, GA 30348-5658**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.4 32 | **PEARLIE MAE NEWSOME ROBINSON** | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3809 JUANITA MAY AVE**
**NORTH LAS VEGAS, NV 89032**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

---

| 4.4 33 | **PEDRO G SANCHEZ QUIEBRAS** | | Last 4 digits of account number | | | $0.00 |

**PEDRO G SANCHEZ QUIEBRAS**
Nonpriority Creditor's Name
**3640 ALA DR, APT 2**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 34 | **PENNY HANEY** |

**PENNY HANEY**
Nonpriority Creditor's Name
**1025 E DESERT INN RD**
**LAS VEGAS, NV 89109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 35 | **PENNY STRICKLAND** |

**PENNY STRICKLAND**
Nonpriority Creditor's Name
**1820 MARATHON DR**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                             Case number (if know)

| 4.4 36 | **PETER BORCSANYI** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3397 RIDGELINE AVE**
**BULLHEAD CITY, AZ 86429**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   ■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 37 | **PETRA DE MAXIMO-ROMERO** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**4768 SAND CREEK AVE, #B**
**LAS VEGAS, NV 89103**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   ■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 38 | **PHILADELPHIA INSURANCE COMPANY** | | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**1 BALA PLAZA , STE 100**
**BALA CYNWYD, PA 19004**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only       ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                   ■ Other. Specify  **Notice only / Business debt - A&E Auto Sales**

---

Debtor 1    **Adam Edward Mallas**                                                                        Case number (if know) _____

| 4.4 39 | **PHILADELPHIA INSURED COMPANIES** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**P.O. BOX 950**
**BALA CYNWYD, PA 19004**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt - A&E Auto Sales**

---

| 4.4 40 | **PHILLIP A GORDON** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**633 TILIGHT BLUE AVE**
**NORTH LAS VEGAS, NV 89032**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 41 | **PHILLY EXPRESS GROUP LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**2522 STATE RD, UNIT D, SUITE 105**
**BENSALEM, PA 19020**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                  Case number (if know)

| 4.4 42 | **PRECISION AUTO TRANSPORT LLC** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**879 PRAIRIE GRASS DR**
**LAS VEGAS, NV 89123**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.4 43 | **PRIME ACCEPTANCE CORPORATION** | A&E Auto Sales | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**7927 HIGH POINT PKWY**
**SANDY, UT 84094**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt-possible personal guaranty**

---

| 4.4 44 | **QUALITY ACCEPTANCE** | | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**145 W 32ND ST**
**OGDEN, UT 84401-3437**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                          Case number *(if know)*

| 4.4 45 | **QUICK & FAIR TOWING** | | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**2720 E BROOKS AVE**
**NORTH LAS CITY, NV 89030**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.4 46 | **RAISING CANES** | | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**3535 W TROPICANA AVE**
**LAS VEGAS, NV 89103-5627**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.4 47 | **RANDOM I K AH-MOW** | | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

**6501 VEGAS DR, APT 2117**
**LAS VEGAS, NV 89108**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

---

| 4.4 48 | **RANSOM MEMORIAL HOSPITAL** | Last 4 digits of account number | **3678** | **$5,417.73** |

Nonpriority Creditor's Name

**P.O. BOX 460**
**OTTAWA, KS 66067-0460**

When was the debt incurred?     **03/11/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Healthcare services for Bailee R Davis**

---

| 4.4 49 | **RAYMOND HAYES** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**7428 TIMBER RUN ST**
**LAS VEGAS, NV 89149**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Notice only / Business debt**

---

| 4.4 50 | **READY LOGISTIC** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**1030 N COLORADO ST**
**GILBERT, AZ 85233**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Notice only / Business debt**

---

Debtor 1   **Adam Edward Mallas**                                             Case number (if know) _____

| 4.4 51 | **READY REFRESH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4255 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.4 52 | **REBECCA HILL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6421 RAVEN HALL ST**
**NORTH LAS VEGAS, NV 89084**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 53 | **REBECCA SANDLER** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**6112 SIERRA MIST AVE**
**LAS VEGAS, NV 89139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                              Case number (if know) _____

| 4.4 54 | **RECE LAMONT KENDRID** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**9165 W DESERT INN RD, APT 203**
**LAS VEGAS, NV 89117**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 55 | **REGINA AGNES PETERSON** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5629 CALADONIA AVE**
**LAS VEGAS, NV 89110**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 56 | **REGINA PETERSON** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5629 CALADONIA AVE**
**LAS VEGAS, NV 89110**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| | | |
|---|---|---|

**4.4 57**

**REGINALD STUART**
Nonpriority Creditor's Name
**1818 BALZAR AVE, APT 206**
**LAS VEGAS, NV 89106**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 58**

**REKIE P BASCONES**
Nonpriority Creditor's Name
**2670 S DECATUR BLVD, APT 207**
**LAS VEGAS, NV 89102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 59**

**REPUBLIC SERVICES**
Nonpriority Creditor's Name
**PO BOX 78040**
**PHOENIX, AZ 85062-8040**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Waste Management /A&E Auto**

Debtor 1  **Adam Edward Mallas**

Case number (if know)

---

<table>
<tr><td>4.4<br>60</td><td></td></tr>
</table>

**REPUBLIC SERVICES**

Nonpriority Creditor's Name

**770 E SAHARA AVE**
**LAS VEGAS, NV 89104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt - A&E Auto**

---

<table>
<tr><td>4.4<br>61</td><td></td></tr>
</table>

**REPUBLIC SERVICES #620**

Nonpriority Creditor's Name

**PO BOX 78829**
**PHOENIX, AZ 85062-8829**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt - A&E Auto**

---

<table>
<tr><td>4.4<br>62</td><td></td></tr>
</table>

**REVIEW JOURNAL**

Nonpriority Creditor's Name

**1111 W BONANZA RD**
**P.O. BOX 70**
**LAS VEGAS, NV 89125**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____              **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt - A&E Auto**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| | | |
|---|---|---|
| 4.4 63 | **REYNOLDS & REYNOLDS** | **Last 4 digits of account number** _____    $0.00 |

Nonpriority Creditor's Name
**P.O. BOX 182206**
**COLUMBUS, OH 43218**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

| | | |
|---|---|---|
| 4.4 64 | **REYNOLDS COLLECTION SERVICES** | **Last 4 digits of account number** _____    $0.00 |

Nonpriority Creditor's Name
**1 REYNOLDS WAY**
**DAYTON, OH 45430-1586**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

| | | |
|---|---|---|
| 4.4 65 | **REYNOLDS COLLECTION SERVICES** | **Last 4 digits of account number** _____    $0.00 |

Nonpriority Creditor's Name
**P.O. BOX 441**
**201 S 8TH ST**
**MARIETTA, OH 45750**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

Debtor 1    **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| **4.4 66** | |

**RHONDA LENELL CHERRY**
Nonpriority Creditor's Name
**7700 SANDRIDGE CT**
**LAS VEGAS, NV 89149**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 67** | |

**RICARDO RUIZ-HERRERA**
Nonpriority Creditor's Name
**4420 HALBERT AVE**
**LAS VEGAS, NV 89110**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 68** | |

**RICARDO'S MEXICAN RESTAURANT**
Nonpriority Creditor's Name
**RENAISSANCE CENTER WEST**
**4930 W FLAMINGO RD**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                                    Case number (if know) _____

| | | |
|---|---|---|
| 4.4 69 | **RICHARD CHARLES SLACK** | |

Nonpriority Creditor's Name
**22424 S ELLSWORTH LOOP RD, 1041**
**QUEEN CREEK, AZ 85142**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.4 70 | **RICHARD DWIGHT EISENBEIS** | |

Nonpriority Creditor's Name
**277 BOULDER LN, #6a**
**INDIAN SPRINGS, NV 89018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.4 71 | **RICHARD K CASE** | |

Nonpriority Creditor's Name
**2325 HOLLOW OAK AVE**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

<table>
<tr><td>4.4<br>72</td><td></td></tr>
</table>

**RIGHT SIZE FUNDING**

Nonpriority Creditor's Name

**7625 DEAN MARTIN DRIVE**
**LAS VEGAS, NV 89139**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **A&E Auto**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

<table>
<tr><td>4.4<br>73</td><td></td></tr>
</table>

**ROBERT E DRESDEN**

Nonpriority Creditor's Name

**3330 COAL AVE**
**JEAN, NV 89019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

<table>
<tr><td>4.4<br>74</td><td></td></tr>
</table>

**ROBERT LEE GREEN JR**

Nonpriority Creditor's Name

**9476 GRANDVIEW SPRING AVE**
**LAS VEGAS, NV 89166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                    **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.4 75 | **ROBERT THOMPSON** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**5629 CALADONIA AVE**
**LAS VEGAS, NV 89110**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Student loans

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Student loans

**At least one of the debtors and another**

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 76 | **ROCHELE LYN HOLLAND-WEINSTEIN** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**7800 BROOKFIELD COVE AVE**
**LAS VEGAS, NV 89131**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ **At least one of the debtors and another**

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 77 | **ROCIO VILLEGAS-MONROY** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**9501 W SAHARA AVE APT 1036**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ **At least one of the debtors and another**

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.4 78 | | |
|---|---|---|

**ROGER BAILEY**
Nonpriority Creditor's Name
**10233 GIBSON ISLE DR**
**LAS VEGAS, NV 89166**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 79 | | |
|---|---|---|

**RUNNERS R US, INC.**
Nonpriority Creditor's Name
**P.O. BOX 34164**
**LAS VEGAS, NV 89133-4164**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.4 80 | | |
|---|---|---|

**RUSSELL F SHAFFER**
Nonpriority Creditor's Name
**1613 INVERNESS AVE**
**LAS VEGAS, NV 89102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                Case number (if know) _____

---

**4.4 81**

**RUTHANN TURNER**
Nonpriority Creditor's Name
**2725 W WIGWAM AVE, APT 2088**
**LAS VEGAS, NV 89123**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 82**

**SAFEGUARD**
Nonpriority Creditor's Name
**8585 STEMMONS FWY, SUITE 600N**
**DALLAS, TX 75247**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

**4.4 83**

**SAHARA DODGE**
Nonpriority Creditor's Name
**5050 W SAHARA AVE**
**LAS VEGAS, NV 89146**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

| | |
|---|---|
| **4.4 84** | **SALVADOR CARLOS MACIAS PULIDO** |

Nonpriority Creditor's Name
**5353 S EASTERN AVE**
**LAS VEGAS, NV 89119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 85** | **SAMUEL GIGLIA** |

Nonpriority Creditor's Name
**6420 E TROPICANA AVE, #418**
**LAS VEGAS, NV 89122**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| **4.4 86** | **SANTANDER BANK** |

Nonpriority Creditor's Name
**P.O. BOX 961245**
**FORTH WORTH, TX 76161**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **A&E Auto Sales**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt- possible personal guaranty**

---

Debtor 1   **Adam Edward Mallas**

Case number (if know) _____

---

| 4.4 87 | |
|---|---|

**SAUL LUNA**

Nonpriority Creditor's Name

**5524 MERRIWEATHER DR**
**LAS VEGAS, NV 89113**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4 88 | |
|---|---|

**SCHOOLS FIRST FEDERAL CREDIT UNION**

Nonpriority Creditor's Name

**15542 NEWPORT AVE**
**TUSTIN, CA 92780**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____      $0.00

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| 4.4 89 | |
|---|---|

**SEARS CREDIT CARDS**

Nonpriority Creditor's Name

**P.O. BOX 78051**
**PHOENIX, AZ 85062-8051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1758**      $1,132.11

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| 4.4 90 | |

**SERVICE PAYMENT PLAN, INC**                                    Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**303 E WACKER DR, STE 230**                          When was the debt incurred? _____
**CHICAGO, IL 60601**
Number Street City State ZIp Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Notice only / Business debt**

---

| | |
|---|---|
| 4.4 91 | |

**SHALIA PATRICE KING**                               Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**5845 NUEVO LEON ST**                                When was the debt incurred? _____
**NORTH LAS VEGAS, NV 89031**
Number Street City State ZIp Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.4 92 | |

**SHAMARE NEWMAN**                                    Last 4 digits of account number _____          $0.00
Nonpriority Creditor's Name
**411 CASA DEL NORTE**                                When was the debt incurred? _____
**NORTH LAS VEGAS, NV 89031**
Number Street City State ZIp Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1   **Adam Edward Mallas**

Case number (*if know*)

---

| 4.4<br>93 | **SHAMEKA LASHI MCCLAIN** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1500 KAREN AVE, APT 341**
**LAS VEGAS, NV 89169**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4<br>94 | **SHARON BARNEY PETTAWAY** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4350 CAPPAS ST, APT 102**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.4<br>95 | **SHARON MALLORY METCALF** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1401 BOW CREEK CT**
**LAS VEGAS, NV 89128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

**4.4 96**

**SHASTINA PROSENICK**
Nonpriority Creditor's Name
**1901 N JONES BLVD, APT 2028**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 97**

**SHAUNTELYN K MCNAIR**
Nonpriority Creditor's Name
**1216 PACIFIC TERRACE DR**
**LAS VEGAS, NV 89128**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.4 98**

**SHAWN PAUAHI SANTANA**
Nonpriority Creditor's Name
**10650 CLIFF RIDGE AVE**
**LAS VEGAS, NV 89129**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Adam Edward Mallas**                                               Case number (if know) _____

| 4.4 99 | **SHAWNEISE RANAE LEWIS** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**5055 E CHARLESTON BLVD, #C213**
**LAS VEGAS, NV 89104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 00 | **SHERI ANN SHERRILL** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**10504 PRIME VIEW CT**
**LAS VEGAS, NV 89144**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 01 | **SHERRY LYNN BROWN** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**2675 S NELLIS BLVD, 1140**
**LAS VEGAS, NV 89129**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.5 02 | |
|---|---|

**SHERRY RENEE WILLIAMS-LAMB**
Nonpriority Creditor's Name
**6429 CHIPPINDALE LN**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 03 | |
|---|---|

**SHONTELLE JAZE YOUNG**
Nonpriority Creditor's Name
**1000 DUMONT BLVD, APT B253**
**LAS VEGAS, NV 89169**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 04 | |
|---|---|

**SHRED-IT**
Nonpriority Creditor's Name
**4524 LAWRENCE STREET**
**NORTH LAS VEGAS, NV 89081**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                                      Case number (if know)

---

| 4.5 05 | | |
|---|---|---|

**SILKK DNIELLE WHIPPLE**

Nonpriority Creditor's Name

**556 N EASTERN AVE, STE D**
**LAS VEGAS, NV 89101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 06 | | |
|---|---|---|

**SIN CITY WHEELS & TIRES**

Nonpriority Creditor's Name

**3040 SIMMONS STREET, SUITE 100**
**NORTH LAS VEGAS, NV 89032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business vendor**

---

| 4.5 07 | | |
|---|---|---|

**SION TRANSPORT LLC**

Nonpriority Creditor's Name

**1309 SW 154TH CT**
**MIAMI, FL 33194**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                                Case number (if know)

---

**4.5 08**

**SMOG BUSTERS**

Nonpriority Creditor's Name

**2711 E SAHARA AVE**
**LAS VEGAS, NV 89104**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

**4.5 09**

**SMOG BUSTERS**

Nonpriority Creditor's Name

**3800 W SAHARA AVE**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

**4.5 10**

**SONIA DELRIO-PELAYO**

Nonpriority Creditor's Name

**3792 ANGEL FLIGHT DR**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                           Case number *(if know)*

---

| 4.5 11 | **SOUTHERN NEVADA PRINTING** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2910 HIGHLAND DRIVE, STE K**
**LAS VEGAS, NV 89109**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Notice only / Business debt**

☐ Yes

---

| 4.5 12 | **SOUTHWEST ADMINISTRATIVE SERVICES** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**2600 WESTWOOD DR**
**LAS VEGAS, NV 89109**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Notice only / Business debt**

☐ Yes

---

| 4.5 13 | **SOUTHWEST AUTO TRANSPORT** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**16026 N 8TH STREET**
**PHOENIX, AZ 85022**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Notice only / Business debt**

☐ Yes

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

| 4.5 14 | **SOUTHWESTRE** | | **Last 4 digits of account number** _____ | **$0.00** |

**SOUTHWESTRE**
Nonpriority Creditor's Name
**2400 LOUISIANA BLVD NE**
**BLDG 4, STE 100**
**ALBUQUERQUE, NM 87110**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

| 4.5 15 | **SPARKLETTS** | | **Last 4 digits of account number** _____ | **$0.00** |

**SPARKLETTS**
Nonpriority Creditor's Name
**PO BOX 660579**
**DALLAS, TX 75266-0579**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

| 4.5 16 | **STARSHAE MARY MADSEN** | | **Last 4 digits of account number** _____ | **$0.00** |

**STARSHAE MARY MADSEN**
Nonpriority Creditor's Name
**5251 PIONEER AVE, APT 201**
**LAS VEGAS, NV 89146**
Number Street City State ZIp Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1   __Adam Edward Mallas__                                      Case number (if know) _____

| 4.5 17 | **STELLAR AUTOMOTIVE GROUP** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**4376 W RICKENBACKER WAY**
**CHANDLER, AZ 85226**

Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?                              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify   **Notice only / Business debt**

---

| 4.5 18 | **STEPHANIE ANGELICA WADSWORTH** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**3055 GARNETT CT**
**LAS VEGAS, NV 89121**

Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?                              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 19 | **STEPHANIE LENELL LOWE** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**924 MACFARLANE ST**
**LAS VEGAS, NV 89101**

Number Street City State Zlp Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?                              ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    **Adam Edward Mallas**                                                      Case number (if know) _____

| | | |
|---|---|---|
| 4.5 20 | **STEPHANIE LOUISE BEACH** | **Last 4 digits of account number** _____    **$0.00** |

Nonpriority Creditor's Name
**50 AURA DE PLANCO ST, APT 15103**
**HENDERSON, NV 89074**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.5 21 | **STEVEN KARL WILSON** | **Last 4 digits of account number** _____    **$0.00** |

Nonpriority Creditor's Name
**5370 E CRAIG RD, APT 2041**
**LAS VEGAS, NV 89115**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.5 22 | **STEVEN LAMONT COTTON** | **Last 4 digits of account number** _____    **$0.00** |

Nonpriority Creditor's Name
**1901 N JONES BLVD, APT 2028**
**LAS VEGAS, NV 89108**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                        Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.5 23 | **SYNET AMELIA HINES** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**4730 E CRAIG RD, APT 1168**
**LAS VEGAS, NV 89115**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | | | |
|---|---|---|---|
| 4.5 24 | **TABATHA A CARTER** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**3956 MAJESTIC GROVE DR**
**LAS VEGAS, NV 89115-5000**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| | | | |
|---|---|---|---|
| 4.5 25 | **TAKEISHA LASHELLE JOHNSON** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**2900 EL CAMINO AVE, #274**
**LAS VEGAS, NV 89102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Adam Edward Mallas**                                                    Case number *(if know)*

---

| 4.5 26 | **TANGANYKA J WHITING** | | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**3770 SWENSON ST, APT K201**
**LAS VEGAS, NV 89119**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 27 | **TANYA C RYANS** | | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**2227 STEWART AVE, APT 4**
**LAS VEGAS, NV 89101**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 28 | **TEISHA EVON BURKE** | | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**2881 N RANCHO DR, APT 1064**
**LAS VEGAS, NV 89130**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.5 29 | | |
|---|---|---|

**TELECHECK SERVICES, INC**
Nonpriority Creditor's Name
**P.O. BOX 60028**
**CITY OF INDUSTRY, CA 91716-0028**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.5 30 | | |
|---|---|---|

**TELEMUNDO**
Nonpriority Creditor's Name
**450 FREMONT ST**
**LAS VEGAS, NV 89101**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.5 31 | | |
|---|---|---|

**TELISHA LYNN BRICE**
Nonpriority Creditor's Name
**1555 BALZAR AVE, APT 203**
**LAS VEGAS, NV 89106**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                    $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**

Case number *(if know)*

---

| 4.5 32 | | |
|---|---|---|

**TENNELLE RENAE JOHNSON**

Nonpriority Creditor's Name

**1304 WYATT AVE**
**LAS VEGAS, NV 89106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 33 | | |
|---|---|---|

**TERESA LYNNE MORT**

Nonpriority Creditor's Name

**6420 E TROPICANA AVE, #418**
**LAS VEGAS, NV 89122**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 34 | | |
|---|---|---|

**TERESA T BUNGCAYAO**

Nonpriority Creditor's Name

**5154 S JONES BLVD, UNIT 101**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Adam Edward Mallas**                                    Case number (if know) _____

| | |
|---|---|
| 4.5 35 | **TERRIBLE HERBST CHEVRON** |

**TERRIBLE HERBST CHEVRON**
Nonpriority Creditor's Name
**4070 S ARVILLE ST**
**LAS VEGAS, NV 89103**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

| | |
|---|---|
| 4.5 36 | **TERRY EDWARDS** |

**TERRY EDWARDS**
Nonpriority Creditor's Name
**5809 REITER AVE**
**LAS VEGAS, NV 89108**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | |
|---|---|
| 4.5 37 | **TERRY L GARDNER** |

**TERRY L GARDNER**
Nonpriority Creditor's Name
**9411 SANTE FE ROSE ST**
**LAS VEGAS, NV 89123**
Number Street City State Zlp Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.5 38 | **THE HOME DEPOT** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4750 S DECATUR BLVD**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice only / Business debt**

---

| 4.5 39 | **THE TOW TRUCK COMPANY** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3975 W HACIENDA AVE**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Notice only / Business debt**

---

| 4.5 40 | **THOMAS JOSEPH BIRMINGHAM** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name
**7836 BLUE CHARM AVE**
**LAS VEGAS, NV 89149**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                      Case number *(if know)*

| 4.5 41 | **THOMAS THORTON BROWN III** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**8600 W CHARLESTON BLVD, #1176**
**LAS VEGAS, NV 89116**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| 4.5 42 | **TIAUSHANAE WILLIAMS** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**10192 S MARYLAND PKWY, #2081**
**LAS VEGAS, NV 89183**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

| 4.5 43 | **TIFFINE SHELLS** | Last 4 digits of account number | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3333 N MICHAEL WAY, APT 2115**
**LAS VEGAS, NV 89108**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

Debtor 1    **Adam Edward Mallas**

Case number (if know) _____

---

| 4.5 44 | **TITLE MAX** | | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|---|

**TITLE MAX**
Nonpriority Creditor's Name
**4700 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice only / Business debt**

---

| 4.5 45 | **TOM JONES FORD** | | | **Unknown** |
|---|---|---|---|---|

**TOM JONES FORD**
Nonpriority Creditor's Name
**2354 W HIGHWAY 85**
**BUCKEYE, AZ 85326**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice only / Business debt  - A&E Auto**

---

| 4.5 46 | **TOM JONES FORD** | | | **$0.00** |
|---|---|---|---|---|

**TOM JONES FORD**
Nonpriority Creditor's Name
**24600 W YUMA RD**
**BUCKEYE, AZ 85326**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Notice only / Business debt - A&E Auto**

---

Debtor 1  **Adam Edward Mallas**

Case number *(if know)*

---

| 4.5 47 | **TONEHSA DANYALL NEWMAN** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**5227 PORTAND CT**
**NORTH LAS VEGAS, NV 89031**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 48 | **TONYALE JONTA HILL** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**3121 W COLTON AVE**
**LAS VEGAS, NV 89108**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 49 | **TORI'ONNA KIERRA NA SHAY THOMA** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**5060 NELLIS OASIS LN, APT 2005**
**LAS VEGAS, NV 89115**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                                Case number (if know) _____

---

| 4.5 50 | **TRACY A JULES** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**500 VICENT WAY**
**LAS VEGAS, NV 89145**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 51 | **TRACY MARLENE CARRILLO** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**1055 E FLAMINGO RD, APT 217**
**LAS VEGAS, NV 89119**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 52 | **TRACY YOUNG WEBER** | | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
**4575 DEAN MARTIN DR, APT 911**
**LAS VEGAS, NV 89103**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    Adam Edward Mallas

Case number (if know) _____

| 4.5 53 | **TRON SLADE (former general manager)** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1865 Granemore**
**Las Vegas, NV 89135**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
■ At least one of the debtors and another
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes
■ Other. Specify    **Notice only - former General Manager of A&E Auto**

---

| 4.5 54 | **TRUE CAR** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**BRYAN CAVE**
**120 BROADWAY, #200**
**SANTA MONICA, CA 90401**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
■ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Notice only / Business debt**

---

| 4.5 55 | **TRUE CAR, INC** | | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DEPT LA 24198**
**PASADENA, CA 91185-4198**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ Contingent
☐ Unliquidated
■ At least one of the debtors and another
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

Is the claim subject to offset?
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                    Case number *(if know)*

<table>
<tr><td>4.5<br>56</td><td colspan="2"></td></tr>
</table>

**TYLER WINFREE**

Nonpriority Creditor's Name

**3825 CRAIG XING DR, APT 3101**
**NORTH LAS VEGAS, NV 89032**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **NOTICE ONLY / BUSINESS VENDOR**

---

<table>
<tr><td>4.5<br>57</td><td colspan="2"></td></tr>
</table>

**UNITED AUTO CREDIT**

Nonpriority Creditor's Name

**1071 CAMELBACK ST, STE 100**
**NEWPORT BEACH, CA 92660**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **A&E Auto**
**Sales**                          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only / Business debt - possible personal guaranty**

---

<table>
<tr><td>4.5<br>58</td><td colspan="2"></td></tr>
</table>

**USPS HEADQUARTERS**

Nonpriority Creditor's Name

**475 L'ENFANT PLAZA SW**
**Washington, DC 20260**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $0.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if know)*

---

| 4.5 59 | **V AUTO** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**1901 S MEYERS RD, STE 700**
**OAKBROOK TERRACE, IL**
**60181-5211**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice only / Business debt**

---

| 4.5 60 | **Valley View Industrial Investors, LLC** | Last 4 digits of account number  **View** | $240,651.00 |

Nonpriority Creditor's Name
**c/o Bendetti**
**4 Executive Circle, Suite 190**
**Irvine, CA 92614**

When was the debt incurred?    **April 29, 2016**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal guarantee of lease for Valley View location - A&E Auto Sales**

---

| 4.5 61 | **VANESSA RENEE SMITH** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**3829 PASTEL RIDGE ST**
**NORTH LAS VEGAS, NV 89032**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1    **Adam Edward Mallas**                                          Case number (if know) _____

<table>
<tr><td>4.5<br>62</td><td colspan="2"></td></tr>
</table>

**VANNRYDA TOUCH**

Nonpriority Creditor's Name

**1135 SAGE VALLEY CT**
**LAS VEGAS, NV 89110**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

<table>
<tr><td>4.5<br>63</td><td colspan="2"></td></tr>
</table>

**VEGAS CITY MOTORS**

Nonpriority Creditor's Name

**4160 S FORT APACHE RD STE B**
**LAS VEGAS, NV 89147**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

<table>
<tr><td>4.5<br>64</td><td colspan="2"></td></tr>
</table>

**VEGAS MACHINE**

Nonpriority Creditor's Name

**5038 BOND ST**
**LAS VEGAS, NV 89118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community**
**debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**            Case number (if know) _____

| 4.5 65 | **VEROS CREDIT** |
|---|---|

**A&E Auto Sales**          **Unknown**

Last 4 digits of account number _____

Nonpriority Creditor's Name

**500 N RAINBOW BLVD, STE 312**
**LAS VEGAS, NV 89107**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt - possible personal guaranty**

---

| 4.5 66 | **VETERANS CARGO** |
|---|---|

                             **$0.00**

Last 4 digits of account number _____

Nonpriority Creditor's Name

**7664 W TUMBLEWOOD DR**
**PEORIA, AZ 85382**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

| 4.5 67 | **VISTAPRINT** |
|---|---|

                             **$0.00**

Last 4 digits of account number _____

Nonpriority Creditor's Name

**95 HAYDEN AVE**
**LEXINGTON, MA 02421-7942**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                    Case number (if know)

---

| 4.5 68 | **VONAGE** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**23 MAIN STREET**
**HOLMDEL, NJ 07733**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt - A&E Auto**

---

| 4.5 69 | **WALKER TOWING** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**2396 SILVER WOLF DR**
**HENDERSON, NV 89011**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt**

---

| 4.5 70 | **WALMART HEADQUARTERS** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name
**702 SW 8TH ST**
**BENTONVILLE, AR 72716**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**                                    Case number *(if know)* _____

| 4.5 71 | **WAYNE BRYAN BLANCHARD** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**5453 S DURANGO DR, APT 1038**
**LAS VEGAS, NV 89113**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 72 | **WELLS FARGO DEALER SERVICES** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1740 BROADWAY**
**LL2**
**DENVER, CO 80274-0001**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

| 4.5 73 | **WEST EXPRESS TRANSPORTATION, LLC** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1465 E PHILADELPHIA ST**
**ONTARIO, CA 91761**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

Debtor 1  **Adam Edward Mallas**

Case number (if know) _____

| 4.5 74 | **WESTLAKE FINANCIAL SERVICES** | | **A&E Auto Sales** | |
|---|---|---|---|---|

**WESTLAKE FINANCIAL SERVICES**
Nonpriority Creditor's Name
**4751 WILSHIRE BLVD, STE 100**
**LOS ANGELES, CA 90010**
Number Street City State Zip Code

Last 4 digits of account number _____

**A&E Auto Sales**      **Unknown**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice only / Business debt- possible personal guaranty**

---

| 4.5 75 | **WHEEL HOUSE** | | | **$0.00** |
|---|---|---|---|---|

**WHEEL HOUSE**
Nonpriority Creditor's Name
**3111 S VALLEY VIEW BLVD, STE 102**
**LAS VEGAS, NV 89102**
Number Street City State Zip Code

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Notice only / Business debt**

---

| 4.5 76 | **WHITLEY ANASTACIA COX** | | | **$0.00** |
|---|---|---|---|---|

**WHITLEY ANASTACIA COX**
Nonpriority Creditor's Name
**7810 TENSHAW AVE, #204**
**LAS VEGAS, NV 89145**
Number Street City State Zip Code

Last 4 digits of account number _____      **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1     **Adam Edward Mallas**                                                                 Case number (if know) _____

---

| | | |
|---|---|---|
| 4.5 77 | | |

**WILFREDO RIVERA JR**                                    Last 4 digits of account number _____                          **$0.00**
Nonpriority Creditor's Name
**3333 N MICHAEL WAY, APT 2115**              When was the debt incurred? _____
**LAS VEGAS, NV 89108**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.5 78 | | |

**WILLIAM WAYNE HARTERY**                               Last 4 digits of account number _____                          **$0.00**
Nonpriority Creditor's Name
**8753 ARWANA PL**                                       When was the debt incurred? _____
**HENDERSON, NV 89074**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                    ■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| | | |
|---|---|---|
| 4.5 79 | | |

**Wise F&I LLC**                                         Last 4 digits of account number   **A&E Auto**                         **$0.00**
Nonpriority Creditor's Name
**1670 Fenpark Drive**                                   When was the debt incurred?   **unknown**
**Fenton, MO 63026**
Number Street City State Zip Code                       As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**             ☐ Student loans
**debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                         **Notice Only - Business Debt - gap**
☐ Yes                                                    ■ Other. Specify   **insurance**

---

Debtor 1   **Adam Edward Mallas**                                                          Case number (if know)

---

**4.5 80**

**WORLD AUTO TRANS INC**
Nonpriority Creditor's Name
**6512 MECHAM AVE**
**LAS VEGAS, NV 89107**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                             $0.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.5 81**

**WORLDWIDE EXPRESS**
Nonpriority Creditor's Name
**5000 MEADOWS RD, STE 440**
**LAKE OSWEGO, OR 97035**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                             $0.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

**4.5 82**

**WRAP CITY**
Nonpriority Creditor's Name
**3863 S VALLEY VIEW BLVD, STE 10**
**LAS VEGAS, NV 89103**
Number Street City State Zip Code
Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number                                             $0.00
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Notice only / Business debt**

---

Debtor 1    **Adam Edward Mallas**                                         Case number *(if know)* _____

---

**4.5 83**

**WYLEIA CARTER**
Nonpriority Creditor's Name
**5370 E CRAIG, APT 2279**
**LAS VEGAS, NV 89115**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

**4.5 84**

**YELP CORPORATE OFFICE**
Nonpriority Creditor's Name
**706 MISSION ST**
**SAN FRANCISCO, CA 94103**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice only / Business debt**

---

**4.5 85**

**YOLANDA BARRIOS CONTRERAS**
Nonpriority Creditor's Name
**404 LOUISVILLE DR**
**NORTH LAS VEGAS, NV 89031**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                                        **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE ONLY / BUSINESS VENDOR**

---

Debtor 1  **Adam Edward Mallas**

Case number (*if know*)

---

| 4.5 86 | **YOLANDA PONCE** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**338 SWEETSPICE ST**
**HENDERSON, NV 89014**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

| 4.5 87 | **ZMON ERIC HOLCOMB** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**6516 SUNDOWN HEIGHTS AVE**
**LAS VEGAS, NV 89130**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **NOTICE ONLY / BUSINESS VENDOR**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Commercial Collectors Inc.**
**P.O. Box 337**
**Montrose, MN 55363**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.226** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Employment Development Department**
**P.O. Box 826880- UIPCD, MIC 40**
**Sacramento, CA 94280-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.227** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **Adam E. Mallas**

---

Name and Address
**INTERNET BRANDS**
**909 N SEPULVEDA BLVD, 11TH FL**
**EL SEGUNDO, CA 90245**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.95** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**THE BENDETTI COMPANY**
**2 EXECUTIVE CIRCLE, #150**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.560** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Adam Edward Mallas**                                          Case number (if know) _____

IRVINE, CA 92614

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

**6. Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|--|--|--|--|--|------------|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 156,043.95 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 156,043.95 |

| | | | | | Total Claim |
|--|--|--|--|--|------------|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,269,014.47 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,269,014.47 |

---

**Fill in this information to identify your case:**

Debtor 1        **Adam Edward Mallas**
_____
                First Name              Middle Name                Last Name

Debtor 2
(Spouse if, filing)    _____
                First Name              Middle Name                Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA
_____

Case number    _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on _Schedule A/B:Property_ (Official Form 106 A/B).

2.    **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
      example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
      and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **HYUNDAI MOTOR FINANCE**<br>**PO BOX 660891**<br>**DALLAS, TX 75266-0891** | **lease of 2013 Hyundai Azera** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?   **-NONE-**  . Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.560**__<br>☐ Schedule G _____<br>**Valley View Industrial Investors, LLC** |
| 3.2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.37**__<br>☐ Schedule G _____<br>**Angel Vargas** |

Debtor 1  **Adam Edward Mallas**  Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.517__<br>☐ Schedule G _____<br>**STELLAR AUTOMOTIVE GROUP** |
| 3.4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.515__<br>☐ Schedule G _____<br>**SPARKLETTS** |
| 3.5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.529__<br>☐ Schedule G _____<br>**TELECHECK SERVICES, INC** |
| 3.6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.530__<br>☐ Schedule G _____<br>**TELEMUNDO** |
| 3.7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.535__<br>☐ Schedule G _____<br>**TERRIBLE HERBST CHEVRON** |
| 3.8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.539__<br>☐ Schedule G _____<br>**THE TOW TRUCK COMPANY** |
| 3.9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.407__<br>☐ Schedule G _____<br>**NEXTGEAR** |

Debtor 1   **Adam Edward Mallas**                                    Case number *(if known)* _____

▮▮▮▮▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.544**___<br>☐ Schedule G _____<br>**TITLE MAX** |
| 3.11   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.545**___<br>☐ Schedule G _____<br>**TOM JONES FORD** |
| 3.12   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.553**___<br>☐ Schedule G _____<br>**TRON SLADE (former general manager)** |
| 3.13   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.555**___<br>☐ Schedule G _____<br>**TRUE CAR, INC** |
| 3.14   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.12**___<br>☐ Schedule G _____<br>**ABS AUTO FINANCIAL** |
| 3.15   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.145**___<br>☐ Schedule G _____<br>**D & D CAR COMPANY** |
| 3.16   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.558**___<br>☐ Schedule G _____<br>**USPS HEADQUARTERS** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas** _____    Case number *(if known)* _____

| | |
|---|---|
| ███ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.45___
☐ Schedule G _____
**ARAMARK**

---

3.18  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.559___
☐ Schedule G _____
**V AUTO**

---

3.19  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.564___
☐ Schedule G _____
**VEGAS MACHINE**

---

3.20  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.136___
☐ Schedule G _____
**COX COMMUNICATION, INC**

---

3.21  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.566___
☐ Schedule G _____
**VETERANS CARGO**

---

3.22  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.567___
☐ Schedule G _____
**VISTAPRINT**

---

3.23  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
        **6440 Sky Point Drive, #140-286**
        **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.568___
☐ Schedule G _____
**VONAGE**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                     Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.569**___<br>☐ Schedule G _____<br>**WALKER TOWING** |
| 3.25  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.570**___<br>☐ Schedule G _____<br>**WALMART HEADQUARTERS** |
| 3.26  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.572**___<br>☐ Schedule G _____<br>**WELLS FARGO DEALER SERVICES** |
| 3.27  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.573**___<br>☐ Schedule G _____<br>**WEST EXPRESS TRANSPORTATION, LLC** |
| 3.28  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.575**___<br>☐ Schedule G _____<br>**WHEEL HOUSE** |
| 3.29  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.580**___<br>☐ Schedule G _____<br>**WORLD AUTO TRANS INC** |
| 3.30  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.581**___<br>☐ Schedule G _____<br>**WORLDWIDE EXPRESS** |

| Debtor 1 | **Adam Edward Mallas** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.31 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.582___<br>☐ Schedule G _____<br>**WRAP CITY** |
| 3.32 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.584___<br>☐ Schedule G _____<br>**YELP CORPORATE OFFICE** |
| 3.33 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.302___<br>☐ Schedule G _____<br>**JONATHAN NEIL & ASSOCIATES, INC** |
| 3.34 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.438___<br>☐ Schedule G _____<br>**PHILADELPHIA INSURANCE COMPANY** |
| 3.35 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.464___<br>☐ Schedule G _____<br>**REYNOLDS COLLECTION SERVICES** |
| 3.36 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**#1 TRANSMISSION SHOP AND AUTO REPAIR** |
| 3.37 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>**1ST RESPONSE AUTO** |

Debtor 1 **Adam Edward Mallas**                                          Case number *(if known)* _____

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.38 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**700 CREDIT, LLC**

---

3.39 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**777 AUTO GLASS**

---

3.40 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**A TO Z TRANSPORT LLC**

---

3.41 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**A&E AUTO SERVICE**

---

3.42 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**AAA FIRE PROTECTION CORPORATION**

---

3.43 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**AAMCO TRANSMISSION COMPLETE CAR CARE**

---

3.44 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**ABC HYUNDAI**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.45    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.11___ ☐ Schedule G _____ **ABS AUTO AUCTIONS** |
| 3.46    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.13___ ☐ Schedule G _____ **ACE TECH, INC.** |
| 3.47    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.14___ ☐ Schedule G _____ **ACTION PRINTING SERVICE** |
| 3.48    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.16___ ☐ Schedule G _____ **ADT SECURITY SERVICES** |
| 3.49    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.17___ ☐ Schedule G _____ **ADVANCE MUFFLERS & CATALYTIC CONVERTER** |
| 3.50    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.18___ ☐ Schedule G _____ **ADVANSTAFF HR** |
| 3.51    **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.19___ ☐ Schedule G _____ **AHERN RENTALS** |

Debtor 1  **Adam Edward Mallas** _____    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.52  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**ALPHA WARRANTY SERVICES**

---

3.53  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.30__
☐ Schedule G _____
**AMAZON FULFILLMENT CENTER**

---

3.54  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**ANY & ALL LOCK & KEY**

---

3.55  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.48__
☐ Schedule G _____
**ARMANDO FLORES**

---

3.56  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**ASBURY ENVIRONMENTAL SERVICES**

---

3.57  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.53__
☐ Schedule G _____
**AUDI LAS VEGAS**

---

3.58  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**AUTO CREDIT EXPRESS**

---

Debtor 1   **Adam Edward Mallas**                                      Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.59   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.55**
☐ Schedule G _____
**AUTO PEARSON TRANSPORT**

---

3.60   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.56**
☐ Schedule G _____
**AUTO TRADER**

---

3.61   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.57**
☐ Schedule G _____
**AUTO ZONE**

---

3.62   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.59**
☐ Schedule G _____
**AUTONATION NISSAN**

---

3.63   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.60**
☐ Schedule G _____
**AVIS RENT A CAR**

---

3.64   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.62**
☐ Schedule G _____
**B&R AUTO WRECKING**

---

3.65   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
       **6440 Sky Point Drive, #140-286**
       **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.65**
☐ Schedule G _____
**BARCLAYCARD**

---

Debtor 1   **Adam Edward Mallas**                                        Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.70**___<br>☐ Schedule G _____<br>**BOBBY'S MOTOR WORKS, LLC** |
| 3.67   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.83**___<br>☐ Schedule G _____<br>**BUSY BEE TIRE SHOP** |
| 3.68   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.85**___<br>☐ Schedule G _____<br>**CALIFORNIA REPUBLIC BANK AUTO**<br>**FINANCE** |
| 3.69   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.93**___<br>☐ Schedule G _____<br>**CAPITAL PREMIUM FINANCING** |
| 3.70   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.94**___<br>☐ Schedule G _____<br>**CAR KEY** |
| 3.71   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.95**___<br>☐ Schedule G _____<br>**CAR.COM INC.** |
| 3.72   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.96**___<br>☐ Schedule G _____<br>**CARDINALEWAY MAZDA** |

Debtor 1    **Adam Edward Mallas**

Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.73  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**CARFAX, INC.** |
| 3.74  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**CARGURUS, INC.** |
| 3.75  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**CARMAX AUTO FINANCE** |
| 3.76  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**CASH LOGISTIC** |
| 3.77  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>**CHAPMAN DODGE** |
| 3.78  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**CHASE AUTO FINANCE** |
| 3.79  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>**CHASE VISA** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.80 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.113**___
☐ Schedule G _____
**CHOICE MEDIA**

---

3.81 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.118**___
☐ Schedule G _____
**CHRISTOPHER MARTINEZ**

---

3.82 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.123**___
☐ Schedule G _____
**CINTAS CORPORATION #59**

---

3.83 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.124**___
☐ Schedule G _____
**CITY OF LAS VEGAS**

---

3.84 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.127**___
☐ Schedule G _____
**CLARK COUNTY BUSINESS LICENSE**

---

3.85 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.130**___
☐ Schedule G _____
**CMS OF HOLLAND, INC**

---

3.86 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.131**___
☐ Schedule G _____
**COAST HOTELS & CASINOS INC**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Adam Edward Mallas**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.87  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.133**___
☐ Schedule G _____
**COMMERCIAL EQUIPMENT REPAIR**

---

3.88  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.137**___
☐ Schedule G _____
**COX COMMUNICATIONS, INC.**

---

3.89  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.138**___
☐ Schedule G _____
**CRAIGSLIST**

---

3.90  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.140**___
☐ Schedule G _____
**CROSSCHECK, INC**

---

3.91  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.141**___
☐ Schedule G _____
**CSB TECHNOLOGIES**

---

3.92  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.146**___
☐ Schedule G _____
**DALI TRANSPORTATION**

---

3.93  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
      **6440 Sky Point Drive, #140-286**
      **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.155**___
☐ Schedule G _____
**DATASPHERE**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.94    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.159**
☐ Schedule G _____
**DEALER CAR SEARCH**

3.95    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.160**
☐ Schedule G _____
**DEALER SUPPLY COMPANY**

3.96    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.162**
☐ Schedule G _____
**DEALERTRACK**

3.97    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.163**
☐ Schedule G _____
**DEALERTRACK CENTRAL DISPATCH, INC.**

3.98    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.164**
☐ Schedule G _____
**DEALERTRACK, INC.**

3.99    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.167**
☐ Schedule G _____
**DENISE MCCULLOUGH**

3.100    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.171**
☐ Schedule G _____
**DENNIS PRECIOSO**

Debtor 1   **Adam Edward Mallas**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10<br>1   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.174___<br>☐ Schedule G _____<br>**DESERT 215 SUPERSTORE**

---

3.10<br>2   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.180___<br>☐ Schedule G _____<br>**DIAZ OIL DISTRIBUTORS**

---

3.10<br>3   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.181___<br>☐ Schedule G _____<br>**DINGMAN TRANSPORT LLC**

---

3.10<br>4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.184___<br>☐ Schedule G _____<br>**DISCOUNT TIRE COMPANY**

---

3.10<br>5   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.191___<br>☐ Schedule G _____<br>**DR. VINYL**

---

3.10<br>6   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.196___<br>☐ Schedule G _____<br>**E BIZ AUTOS**

---

3.10<br>7   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.197___<br>☐ Schedule G _____<br>**E-Z LETTERING SERVICE**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Adam Edward Mallas** _____   Case number *(if known)* _____

| | | |
|---|---|---|

☐ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.10<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.199___<br>☐ Schedule G _____<br>**EDMONDS.COM, INC.**

3.10<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.201___<br>☐ Schedule G _____<br>**EL MUNDO**

3.11<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.202___<br>☐ Schedule G _____<br>**ELEAD ONE**

3.11<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.206___<br>☐ Schedule G _____<br>**EMPYRE AUTO PARTS**

3.11<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.207___<br>☐ Schedule G _____<br>**ENEMORIO ARZATE PENALOZA**

3.11<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.209___<br>☐ Schedule G _____<br>**ENTERPRISE CAR RENTAL**

3.11<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.210___<br>☐ Schedule G _____<br>**ENTRAVISION COMMUNICATIONS CORP**

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.11<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.211**___<br>☐ Schedule G _____<br>**EQUIFAX WORKFORCE SOLUTIONS** |
| 3.11<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.218**___<br>☐ Schedule G _____<br>**EVOLUTION MOTOR SPORTS** |
| 3.11<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.219**___<br>☐ Schedule G _____<br>**FAIRWAY CHEVROLET** |
| 3.11<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.220**___<br>☐ Schedule G _____<br>**FEDEX** |
| 3.11<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.224**___<br>☐ Schedule G _____<br>**FINANCIAL GAP ADMINISTRATORS** |
| 3.12<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.225**___<br>☐ Schedule G _____<br>**FLM EXPRESS** |
| 3.12<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.226**___<br>☐ Schedule G _____<br>**FMP - Factory Motor Parts** |

Debtor 1    **Adam Edward Mallas** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.229__<br>☐ Schedule G _____<br>**FRAZER**

3.12 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.230__<br>☐ Schedule G _____<br>**FRONTIER COMMUNICATIONS**

3.12 4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.231__<br>☐ Schedule G _____<br>**FRY'S ELECTRONIC**

3.12 5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.237__<br>☐ Schedule G _____<br>**GAUDIN FORD**

3.12 6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.238__<br>☐ Schedule G _____<br>**GILA EXPRESS AUTO TRANSPORT**

3.12 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.239__<br>☐ Schedule G _____<br>**GMT DESIGNS LLC**

3.12 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.240__<br>☐ Schedule G _____<br>**GOLDFINGER GOLDFINGER**

Debtor 1    **Adam Edward Mallas**                                  Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.241__<br>☐ Schedule G _____<br>**GPS SOLUTIONS** |
| 3.13<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.242__<br>☐ Schedule G _____<br>**GUEST CONCEPTS, INC** |
| 3.13<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.243__<br>☐ Schedule G _____<br>**GUILLERMO ROJAS OCAMPO** |
| 3.13<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.244__<br>☐ Schedule G _____<br>**HARBOR FREIGHT TOOLS** |
| 3.13<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.246__<br>☐ Schedule G _____<br>**HERTZ EQUIPMENT RENTAL** |
| 3.13<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.249__<br>☐ Schedule G _____<br>**HONOR FINANCE, LLC** |
| 3.13<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.253__<br>☐ Schedule G _____<br>**IHEART RADIO** |

Debtor 1   **Adam Edward Mallas**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.254__<br>☐ Schedule G _____<br>**IN TOUCH CREDIT UNION** |
| 3.13<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.255__<br>☐ Schedule G _____<br>**INSURANCE EXPRESS** |
| 3.13<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.256__<br>☐ Schedule G _____<br>**INSURED SERVICES** |
| 3.13<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.257__<br>☐ Schedule G _____<br>**INTUIT QUICKBOOKS** |
| 3.14<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.260__<br>☐ Schedule G _____<br>**ITS** |
| 3.14<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**J & S DIESEL** |
| 3.14<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.263__<br>☐ Schedule G _____<br>**JAGUAR LAND ROVER OF LAS VEGAS** |

Debtor 1    **Adam Edward Mallas**                                              Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.275___<br>☐ Schedule G _____<br>**JB AUTO BODY PARTS** |
| 3.14<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.276___<br>☐ Schedule G _____<br>**JDT MARKETING INC** |
| 3.14<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.289___<br>☐ Schedule G _____<br>**JMD PROFESSIONAL AUTO DETAIL** |
| 3.14<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.290___<br>☐ Schedule G _____<br>**JOE TOLEFREE JR** |
| 3.14<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.294___<br>☐ Schedule G _____<br>**JOHN PRIAN** |
| 3.14<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.300___<br>☐ Schedule G _____<br>**JOHNNY DOLSTRA** |
| 3.14<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.314___<br>☐ Schedule G _____<br>**JW COMPANY** |

Debtor 1  **Adam Edward Mallas**                                             Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15 0 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.316**__
☐ Schedule G _____
**KARON LETHER**

---

3.15 1 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.320**__
☐ Schedule G _____
**KEEP ON ROLING TRANSPORTATION**

---

3.15 2 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.322**__
☐ Schedule G _____
**KEMP BROADCASTING**

---

3.15 3 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.323**__
☐ Schedule G _____
**KENSINGTON MOTOR CARS**

---

3.15 4 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.336**__
☐ Schedule G _____
**LANCE SURETY BOND ASSOCIATES, INC**

---

3.15 5 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.338**__
☐ Schedule G _____
**LAS VEGAS CONSTABLE**

---

3.15 6 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.339**__
☐ Schedule G _____
**LAS VEGAS REVIEW JOURNAL**

---

Debtor 1    **Adam Edward Mallas**                              Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15<br>7    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.340___<br>☐ Schedule G _____<br>**LAS VEGAS WHEEL WORKS**

3.15<br>8    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.345___<br>☐ Schedule G _____<br>**LEXUS OF LAS VEGAS**

3.15<br>9    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.349___<br>☐ Schedule G _____<br>**LKQ OF NEVADA**

3.16<br>0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.359___<br>☐ Schedule G _____<br>**LV AUTO CARE**

3.16<br>1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.360___<br>☐ Schedule G _____<br>**LV AUTO GROUP**

3.16<br>2    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.362___<br>☐ Schedule G _____<br>**MANHEIM - DALLAS**

3.16<br>3    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.363___<br>☐ Schedule G _____<br>**MANHEIM - FORT LAUDERDALE**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.364**___<br>☐ Schedule G _____<br>**MANHEIM - NEVADA** |
| 3.16<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.365**___<br>☐ Schedule G _____<br>**MANHEIM - RIVERSIDE** |
| 3.16<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.392**___<br>☐ Schedule G _____<br>**MOJAVE ELECTRIC** |
| 3.16<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.394**___<br>☐ Schedule G _____<br>**MY CLEANING AND JANITORIAL** |
| 3.16<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.395**___<br>☐ Schedule G _____<br>**MY TRUE MILES INC** |
| 3.16<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.397**___<br>☐ Schedule G _____<br>**NAPA AUTO PARTS** |
| 3.17<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.402**___<br>☐ Schedule G _____<br>**NEVADA DEPARTMENT OF MOTOR VEHICLES** |

Debtor 1  **Adam Edward Mallas** _____    Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.17<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.403__<br>☐ Schedule G _____<br>**NEVADA DEPARTMENT OF TAXATION** |
| 3.17<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.404__<br>☐ Schedule G _____<br>**NEVADA ENERGY** |
| 3.17<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.405__<br>☐ Schedule G _____<br>**NEVADA TIRE CITY** |
| 3.17<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.406__<br>☐ Schedule G _____<br>**NEVADA WEST FINANCIAL** |
| 3.17<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.411__<br>☐ Schedule G _____<br>**NOE PADILLA'S AUTO GLASS** |
| 3.17<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.415__<br>☐ Schedule G _____<br>**NV ENERGY** |
| 3.17<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.416__<br>☐ Schedule G _____<br>**NV ENERGY** |

Debtor 1  **Adam Edward Mallas**                                                    Case number *(if known)*  _____

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17<br>8  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.417**_____<br>☐ Schedule G _____<br>**O'REILLY AUTO PARTS**

---

3.17<br>9  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.418**_____<br>☐ Schedule G _____<br>**OFFICE DEPOT/MAX**

---

3.18<br>0  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.419**_____<br>☐ Schedule G _____<br>**OLYMPIC AUTO**

---

3.18<br>1  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.420**_____<br>☐ Schedule G _____<br>**ONE NEVADA CREDIT UNION**

---

3.18<br>2  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.421**_____<br>☐ Schedule G _____<br>**ONE STOP SHIPPING**

---

3.18<br>3  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.426**_____<br>☐ Schedule G _____<br>**PA EXPRESS**

---

3.18<br>4  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.427**_____<br>☐ Schedule G _____<br>**PABLO DEL CASTILLO**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Adam Edward Mallas**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18 5    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.428__
☐ Schedule G _____
**PADILLA'S AUTO GLASS**

---

3.18 6    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.431__
☐ Schedule G _____
**PAYPAL CREDIT**

---

3.18 7    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.436__
☐ Schedule G _____
**PETER BORCSANYI**

---

3.18 8    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.441__
☐ Schedule G _____
**PHILLY EXPRESS GROUP LLC**

---

3.18 9    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.442__
☐ Schedule G _____
**PRECISION AUTO TRANSPORT LLC**

---

3.19 0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.444__
☐ Schedule G _____
**QUALITY ACCEPTANCE**

---

3.19 1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.445__
☐ Schedule G _____
**QUICK & FAIR TOWING**

---

Debtor 1  **Adam Edward Mallas**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** |

3.19
2

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.446___
☐ Schedule G _____
**RAISING CANES**

3.19
3

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.449___
☐ Schedule G _____
**RAYMOND HAYES**

3.19
4

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.450___
☐ Schedule G _____
**READY LOGISTIC**

3.19
5

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.451___
☐ Schedule G _____
**READY REFRESH**

3.19
6

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.456___
☐ Schedule G _____
**REGINA PETERSON**

3.19
7

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.461___
☐ Schedule G _____
**REPUBLIC SERVICES #620**

3.19
8

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.462___
☐ Schedule G _____
**REVIEW JOURNAL**

Debtor 1   **Adam Edward Mallas**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19 9   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.463**___
☐ Schedule G _____
**REYNOLDS & REYNOLDS**

---

3.20 0   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.468**___
☐ Schedule G _____
**RICARDO'S MEXICAN RESTAURANT**

---

3.20 1   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.479**___
☐ Schedule G _____
**RUNNERS R US, INC.**

---

3.20 2   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.482**___
☐ Schedule G _____
**SAFEGUARD**

---

3.20 3   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.483**___
☐ Schedule G _____
**SAHARA DODGE**

---

3.20 4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.488**___
☐ Schedule G _____
**SCHOOLS FIRST FEDERAL CREDIT UNION**

---

3.20 5   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.490**___
☐ Schedule G _____
**SERVICE PAYMENT PLAN, INC**

---

| Debtor 1 | **Adam Edward Mallas** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.504**___<br>☐ Schedule G _____<br>**SHRED-IT** |
| 3.20<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.506**___<br>☐ Schedule G _____<br>**SIN CITY WHEELS & TIRES** |
| 3.20<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.507**___<br>☐ Schedule G _____<br>**SION TRANSPORT LLC** |
| 3.20<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.508**___<br>☐ Schedule G _____<br>**SMOG BUSTERS** |
| 3.21<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.511**___<br>☐ Schedule G _____<br>**SOUTHERN NEVADA PRINTING** |
| 3.21<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.512**___<br>☐ Schedule G _____<br>**SOUTHWEST ADMINISTRATIVE SERVICES** |
| 3.21<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.513**___<br>☐ Schedule G _____<br>**SOUTHWEST AUTO TRANSPORT** |

Debtor 1  **Adam Edward Mallas**                                            Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.21
3
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.514**
☐ Schedule G _____
**SOUTHWESTRE**

---

3.21
4
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.68**
☐ Schedule G _____
**BHFC FINANCIAL SERVICES**

---

3.21
5
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.121**
☐ Schedule G _____
**CIG FINANCIAL**

---

3.21
6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.139**
☐ Schedule G _____
**CREDIT ACCEPTANCE CORPORATION**

---

3.21
7
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.84**
☐ Schedule G _____
**CALIFORNIA REPUBLIC BANK AUTO**

---

3.21
8
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.194**
☐ Schedule G _____
**DRIVE IT AUTO GROUP**

---

3.21
9
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.236**
☐ Schedule G _____
**GATEWAY ONE LENDING AND FINANCE**

---

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.22<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.350**___<br>☐ Schedule G _____<br>**LOBEL FINANCIAL** |
| 3.22<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.377**___<br>☐ Schedule G _____<br>**MECHANICS BANK** |
| 3.22<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.399**___<br>☐ Schedule G _____<br>**NATIONWIDE NEVADA LLC** |
| 3.22<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.422**___<br>☐ Schedule G _____<br>**OREGON AUTO FINANCE** |
| 3.22<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.443**___<br>☐ Schedule G _____<br>**PRIME ACCEPTANCE CORPORATION** |
| 3.22<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.472**___<br>☐ Schedule G _____<br>**RIGHT SIZE FUNDING** |
| 3.22<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.557**___<br>☐ Schedule G _____<br>**UNITED AUTO CREDIT** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

| 3.22 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.565___<br>☐ Schedule G _____<br>**VEROS CREDIT** |
| 3.22 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.388___<br>☐ Schedule G _____<br>**MIGUEL ANGEL ESCOBAR** |
| 3.22 9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.412___<br>☐ Schedule G _____<br>**NONA DANIELLE DAILEY** |
| 3.23 0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.306___<br>☐ Schedule G _____<br>**JORGE PARRA-MEZA** |
| 3.23 1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.492___<br>☐ Schedule G _____<br>**SHAMARE NEWMAN** |
| 3.23 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.346___<br>☐ Schedule G _____<br>**LILLIE MARIE DAVIS-ADAMS** |
| 3.23 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.523___<br>☐ Schedule G _____<br>**SYNET AMELIA HINES** |

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.23<br>4    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.217___<br>☐ Schedule G _____<br>**EVAN MICHAEL MYNATT**

---

3.23<br>5    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.487___<br>☐ Schedule G _____<br>**SAUL LUNA**

---

3.23<br>6    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.215___<br>☐ Schedule G _____<br>**ERNESTO ALONSO RENTERIA-PEREZ**

---

3.23<br>7    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.378___<br>☐ Schedule G _____<br>**MELODIE SUETWILA DAVIS**

---

3.23<br>8    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**BRITTNY RAELYNN KAISER**

---

3.23<br>9    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.310___<br>☐ Schedule G _____<br>**JOSEPH MICHAEL LANE**

---

3.24<br>0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.375___<br>☐ Schedule G _____<br>**MAUALEI EMILE HENREYETT**

---

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.24 1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.304__ ☐ Schedule G _____ **JORDAN TAYLOR JOHNSON** |
| 3.24 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.107__ ☐ Schedule G _____ **CHANTEL KLINGER** |
| 3.24 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.371__ ☐ Schedule G _____ **MARKIE SAMUEL PRATER** |
| 3.24 4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.80__ ☐ Schedule G _____ **BRIANA MARY-RENEE BRANCH** |
| 3.24 5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.307__ ☐ Schedule G _____ **JORGE SARABIA** |
| 3.24 6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.299__ ☐ Schedule G _____ **JOHN WHITNEY JONES** |
| 3.24 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.216__ ☐ Schedule G _____ **EUMEKA DENISE THOMAS** |

Debtor 1   **Adam Edward Mallas**

Case number *(if known)*

███ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.333___<br>☐ Schedule G _____<br>**KURSTIN DIANE SULLIVAN** |
| 3.24<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.470___<br>☐ Schedule G _____<br>**RICHARD DWIGHT EISENBEIS** |
| 3.25<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.334___<br>☐ Schedule G _____<br>**KURUKULASURIYA AUSTIN PERIES** |
| 3.25<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.522___<br>☐ Schedule G _____<br>**STEVEN LAMONT COTTON** |
| 3.25<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.386___<br>☐ Schedule G _____<br>**MICHELLE SLACK** |
| 3.25<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.357___<br>☐ Schedule G _____<br>**LUIS ARMANDO AGUILAR VILLEGAS** |
| 3.25<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.475___<br>☐ Schedule G _____<br>**ROBERT THOMPSON** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)* _____

█████  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.524___<br>☐ Schedule G _____<br>**TABATHA A CARTER** |
| 3.25<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.143___<br>☐ Schedule G _____<br>**CYNTHIA DOMINGUEZ** |
| 3.25<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.128___<br>☐ Schedule G _____<br>**CLAUDIA A SARABIA RANGEL** |
| 3.25<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.122___<br>☐ Schedule G _____<br>**CINDY LORENE BROUSSARD** |
| 3.25<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.536___<br>☐ Schedule G _____<br>**TERRY EDWARDS** |
| 3.26<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.500___<br>☐ Schedule G _____<br>**SHERI ANN SHERRILL** |
| 3.26<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>**AQUANDRA WILLIAMS** |

Debtor 1   **Adam Edward Mallas**  _____        Case number *(if known)*  _____

| ▆ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.76**___<br>☐ Schedule G _____<br>**BREANA ESTELE BELANGER** |
| 3.26<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.467**___<br>☐ Schedule G _____<br>**RICARDO RUIZ-HERRERA** |
| 3.26<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.540**___<br>☐ Schedule G _____<br>**THOMAS JOSEPH BIRMINGHAM** |
| 3.26<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.455**___<br>☐ Schedule G _____<br>**REGINA AGNES PETERSON** |
| 3.26<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.481**___<br>☐ Schedule G _____<br>**RUTHANN TURNER** |
| 3.26<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.516**___<br>☐ Schedule G _____<br>**STARSHAE MARY MADSEN** |
| 3.26<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.153**___<br>☐ Schedule G _____<br>**DARRYL LORENZ** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Adam Edward Mallas**                                          Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.26<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.170**___<br>☐ Schedule G _____<br>**DENNIS DARIO PRECIOSO** |
| 3.27<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.379**___<br>☐ Schedule G _____<br>**MIA VANEE BRYANT** |
| 3.27<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.410**___<br>☐ Schedule G _____<br>**NITSA ESGUERRA** |
| 3.27<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.270**___<br>☐ Schedule G _____<br>**JANEIQUA ELIZABETH CARTER** |
| 3.27<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.157**___<br>☐ Schedule G _____<br>**DAVID CHRISTOPHER EARL** |
| 3.27<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.119**___<br>☐ Schedule G _____<br>**CHRISTOPHER TORRES** |
| 3.27<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.453**___<br>☐ Schedule G _____<br>**REBECCA SANDLER** |

| Debtor 1 | **Adam Edward Mallas** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27<br>6    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.541**<br>☐ Schedule G _____<br>**THOMAS THORTON BROWN III**

3.27<br>7    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.376**<br>☐ Schedule G _____<br>**MEAGAN BRYANT**

3.27<br>8    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.15**<br>☐ Schedule G _____<br>**ADAM DRAKE ROSLING**

3.27<br>9    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.469**<br>☐ Schedule G _____<br>**RICHARD CHARLES SLACK**

3.28<br>0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.499**<br>☐ Schedule G _____<br>**SHAWNEISE RANAE LEWIS**

3.28<br>1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.327**<br>☐ Schedule G _____<br>**KIFAH NIDHAL MARGOLIS**

3.28<br>2    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.525**<br>☐ Schedule G _____<br>**TAKEISHA LASHELLE JOHNSON**

Debtor 1   **Adam Edward Mallas** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.28 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.38**___ <br> ☐ Schedule G _____ <br> **ANGELA ELAINE GARDNER** |
| 3.28 4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.303**___ <br> ☐ Schedule G _____ <br> **JONATHAN ROMERO-DURAN** |
| 3.28 5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.315**___ <br> ☐ Schedule G _____ <br> **KAREN RAYE CECI** |
| 3.28 6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.29**___ <br> ☐ Schedule G _____ <br> **AMANDA VILLAROS** |
| 3.28 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.400**___ <br> ☐ Schedule G _____ <br> **NESTOR DE JESUS ORTIZ** |
| 3.28 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.283**___ <br> ☐ Schedule G _____ <br> **JESSE MAHMOUD ISMAIL SBAIH** |
| 3.28 9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.495**___ <br> ☐ Schedule G _____ <br> **SHARON MALLORY METCALF** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.290 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**BRANDON LEON CHAPMOND** |
| 3.291 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.353___<br>☐ Schedule G _____<br>**LOUISE MIYUKI DEPIERO** |
| 3.292 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.295___<br>☐ Schedule G _____<br>**JOHN ROBERT PENA JR** |
| 3.293 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.296___<br>☐ Schedule G _____<br>**JOHN STEVE PASHALES** |
| 3.294 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.317___<br>☐ Schedule G _____<br>**KATHERINNE ESTEFANIA FRANCO** |
| 3.295 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>**CELESTINE TURNER** |
| 3.296 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.396___<br>☐ Schedule G _____<br>**MYSHADO KAJON DAVIS** |

Debtor 1  **Adam Edward Mallas**                                     Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| | | |
|---|---|---|
| 3.29 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.212____<br>☐ Schedule G _____<br>**ERICA LEE LYNCH** |
| 3.29 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.347____<br>☐ Schedule G _____<br>**LISA CARPENTER** |
| 3.29 9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.187____<br>☐ Schedule G _____<br>**DOMINIQUE SHOREESE LEE** |
| 3.30 0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.34____<br>☐ Schedule G _____<br>**ANDREW JAMES BENJAMIN ARCHER** |
| 3.30 1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.233____<br>☐ Schedule G _____<br>**GARY JAMES BROWN JR** |
| 3.30 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.73____<br>☐ Schedule G _____<br>**BRANDEE LEE KALEIOKALANI CABAG** |
| 3.30 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.583____<br>☐ Schedule G _____<br>**WYLEIA CARTER** |

Debtor 1  **Adam Edward Mallas**                                      Case number *(if known)* _____

███   **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.30 4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.380**___<br>☐ Schedule G _____<br>**MICHAEL A WITHEM** |

3.30 4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.380**___
☐ Schedule G _____
**MICHAEL A WITHEM**

3.30 5   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.313**___
☐ Schedule G _____
**JOSHUA TATSU KEACH**

3.30 6   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.234**___
☐ Schedule G _____
**GARY STEVEN CAPONE**

3.30 7   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**APRIL TUIA**

3.30 8   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.298**___
☐ Schedule G _____
**JOHN TIMOTHY HERRERA**

3.30 9   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.189**___
☐ Schedule G _____
**DOROTHY EISENBEIS**

3.31 0   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**
☐ Schedule D, line _____
■ Schedule E/F, line ___**4.385**___
☐ Schedule G _____
**MICHAEL TUNG BUI**

Debtor 1  **Adam Edward Mallas** _____     Case number *(if known)* _____

| ██████ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.31
1
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.413**
☐ Schedule G _____
**NORMAN ALEXANDER FAY**

---

3.31
2
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.447**
☐ Schedule G _____
**RANDOM I K AH-MOW**

---

3.31
3
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.369**
☐ Schedule G _____
**MARITES CRUZADA**

---

3.31
4
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.571**
☐ Schedule G _____
**WAYNE BRYAN BLANCHARD**

---

3.31
5
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.24**
☐ Schedule G _____
**ALEXIS ROGERS**

---

3.31
6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.476**
☐ Schedule G _____
**ROCHELE LYN HOLLAND-WEINSTEIN**

---

3.31
7
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.176**
☐ Schedule G _____
**DESIRE KUU LEO NAHINAHI EVANS**

---

Debtor 1   **Adam Edward Mallas** _____   Case number *(if known)* _____

| ██ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.31 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
8    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.149___
☐ Schedule G _____
**DANIEL PETER CONFROY ALDWELL**

3.31 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
9    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.142___
☐ Schedule G _____
**CYLE JOSEPH BRISTER**

3.32 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
0    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**ANTHONY ESPINOZA**

3.32 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
1    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.519___
☐ Schedule G _____
**STEPHANIE LENELL LOWE**

3.32 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
2    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.390___
☐ Schedule G _____
**MIRANDA CANIELLE DAVIS**

3.32 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
3    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**
     **.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.332___
☐ Schedule G _____
**KIRK SPARKS**

3.32 **A&E Auto Wholesale, LLC dba A&E Auto Sal**
4    **6440 Sky Point Drive, #140-286**
     **Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.361___
☐ Schedule G _____
**MA ROSALBA RUBIO PALMOERA**

Schedule H: Your Codebtors

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.32 5  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**APRIL CHRISTINE BUTLER**

3.32 6  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.280__
☐ Schedule G _____
**JERRY BUTLER**

3.32 7  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.198__
☐ Schedule G _____
**EDITHA KOFF**

3.32 8  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.471__
☐ Schedule G _____
**RICHARD K CASE**

3.32 9  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.537__
☐ Schedule G _____
**TERRY L GARDNER**

3.33 0  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.101__
☐ Schedule G _____
**CASSANDRA LASHA MCCLAIN**

3.33 1  **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.485__
☐ Schedule G _____
**SAMUEL GIGLIA**

Debtor 1  **Adam Edward Mallas**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.33<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.288__<br>☐ Schedule G _____<br>**JILLIAN ALEXIS THOMPSON** |
| 3.33<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**ALEJANDRO GARCIA** |
| 3.33<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.193__<br>☐ Schedule G _____<br>**DRAKE ROSLING** |
| 3.33<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.480__<br>☐ Schedule G _____<br>**RUSSELL F SHAFFER** |
| 3.33<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.505__<br>☐ Schedule G _____<br>**SILKK DNIELLE WHIPPLE** |
| 3.33<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.466__<br>☐ Schedule G _____<br>**RHONDA LENELL CHERRY** |
| 3.33<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.282__<br>☐ Schedule G _____<br>**JESSE JAMES GORDON-BEST** |

---

Debtor 1    **Adam Edward Mallas** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.33
9
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.491**___
☐ Schedule G _____
**SHALIA PATRICE KING**

---

3.34
0
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.382**___
☐ Schedule G _____
**MICHAEL JOSUE LAINEZ**

---

3.34
1
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.550**___
☐ Schedule G _____
**TRACY A JULES**

---

3.34
2
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.279**___
☐ Schedule G _____
**JEROME OVERTON**

---

3.34
3
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.49**___
☐ Schedule G _____
**ARTHUR AMBANTA CATUBAY**

---

3.34
4
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.245**___
☐ Schedule G _____
**HECTOR ARTEAGA**

---

3.34
5
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.429**___
☐ Schedule G _____
**PASCUAL JIMENEZ-JIMENEZ**

---

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.34 6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.264__
☐ Schedule G _____
**JAMAR RASHAN GROVNER**

3.34 7
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.173__
☐ Schedule G _____
**DEREK MICHAEL LAWRENCE**

3.34 8
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.271__
☐ Schedule G _____
**JARED BROUSSARD**

3.34 9
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.292__
☐ Schedule G _____
**JOHN FRAZIER MCINTOSH**

3.35 0
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.182__
☐ Schedule G _____
**DIONNE APRIL TSUNETA**

3.35 1
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.510__
☐ Schedule G _____
**SONIA DELRIO-PELAYO**

3.35 2
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

☐ Schedule D, line _____
■ Schedule E/F, line __4.151__
☐ Schedule G _____
**DARBY BRAD SANDERS**

| Debtor 1 | **Adam Edward Mallas** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.35 3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.152___ ☐ Schedule G _____ **DARNELLA MARIA BIRD** |
| 3.35 4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.287___ ☐ Schedule G _____ **JESUS MENDIOLA-VALDIVIEZO** |
| 3.35 5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.273___ ☐ Schedule G _____ **JASON THOMAS VOWELL** |
| 3.35 6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.352___ ☐ Schedule G _____ **LORRYANN BULTEDAOB** |
| 3.35 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.305___ ☐ Schedule G _____ **JORGE A DELRIO** |
| 3.35 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.358___ ☐ Schedule G _____ **LURETHA ROBINSON** |
| 3.35 9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.324___ ☐ Schedule G _____ **KEVANTE MILLS** |

Debtor 1  **Adam Edward Mallas**                                      Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 0
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.144___
☐ Schedule G _____
**CYNTHIA MARIA FISHER**

---

3.36 1
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.368___
☐ Schedule G _____
**MARIA SABRINA GODINO**

---

3.36 2
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.425___
☐ Schedule G _____
**OSVALDO ANDRADE ZEPEDA**

---

3.36 3
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.329___
☐ Schedule G _____
**KIMBERLY ESTALA**

---

3.36 4
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.265___
☐ Schedule G _____
**JAMES FRANCIS KERRIGAN**

---

3.36 5
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.177___
☐ Schedule G _____
**DESTINY RAE OBRIEN**

---

3.36 6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.102___
☐ Schedule G _____
**CECILIA LEPOLO-MUASAU**

---

Debtor 1   **Adam Edward Mallas**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**COLTON JON WILLIFORD** |
| 3.36<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.493__<br>☐ Schedule G _____<br>**SHAMEKA LASHI MCCLAIN** |
| 3.36<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.293__<br>☐ Schedule G _____<br>**JOHN LEE THOMAS** |
| 3.37<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.342__<br>☐ Schedule G _____<br>**LEA NORA RENEE THOMPSON** |
| 3.37<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.543__<br>☐ Schedule G _____<br>**TIFFINE SHELLS** |
| 3.37<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**CHRISTINA NICOLE GEIGER** |
| 3.37<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**BRESHA DEANN GRAHAM** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                          Case number *(if known)*

███████  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.297___<br>☐ Schedule G _____<br>**JOHN STEVEN NELSON** |
| 3.37<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.383___<br>☐ Schedule G _____<br>**MICHAEL LEWIS KOFF** |
| 3.37<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.319___<br>☐ Schedule G _____<br>**KEELI DEANA WOODS-BEDELL** |
| 3.37<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.414___<br>☐ Schedule G _____<br>**NURIA ANISA HERNANDEZ** |
| 3.37<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.494___<br>☐ Schedule G _____<br>**SHARON BARNEY PETTAWAY** |
| 3.37<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G _____<br>**BARRY HENDERSON** |
| 3.38<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**BARRY JAY HENDERSON JR** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                     Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.38<br>1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.286**<br>☐ Schedule G _____<br>**JESSICA ANN LORENZ** |
| 3.38<br>2    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.370**<br>☐ Schedule G _____<br>**MARK GREGORY SMITH** |
| 3.38<br>3    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.214**<br>☐ Schedule G _____<br>**ERIK RICHARD CLAUSON** |
| 3.38<br>4    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.387**<br>☐ Schedule G _____<br>**MIECHKO RILEY** |
| 3.38<br>5    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.213**<br>☐ Schedule G _____<br>**ERICK ANTHONY SEWELL** |
| 3.38<br>6    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.503**<br>☐ Schedule G _____<br>**SHONTELLE JAZE YOUNG** |
| 3.38<br>7    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>       **6440 Sky Point Drive, #140-286**<br>       **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line   **4.437**<br>☐ Schedule G _____<br>**PETRA DE MAXIMO-ROMERO** |

Debtor 1  **Adam Edward Mallas**                                            Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.38<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.433__<br>☐ Schedule G _____<br>**PEDRO G SANCHEZ QUIEBRAS** |
| 3.38<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**CEDRIC DEMETRIUS HENDERSON** |
| 3.39<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.531__<br>☐ Schedule G _____<br>**TELISHA LYNN BRICE** |
| 3.39<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.474__<br>☐ Schedule G _____<br>**ROBERT LEE GREEN JR** |
| 3.39<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.577__<br>☐ Schedule G _____<br>**WILFREDO RIVERA JR** |
| 3.39<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.321__<br>☐ Schedule G _____<br>**KEIKO CUBIT** |
| 3.39<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**ANDREW JAMES EDWARDS** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.423__<br>☐ Schedule G _____<br>**OSCAR ERNESTO MARTINEZ-AMEZQUI** |
| 3.39<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.521__<br>☐ Schedule G _____<br>**STEVEN KARL WILSON** |
| 3.39<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.154__<br>☐ Schedule G _____<br>**DARYL CHASE PASSANANTE** |
| 3.39<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.381__<br>☐ Schedule G _____<br>**MICHAEL ANTHONY CANDOSTA** |
| 3.39<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.562__<br>☐ Schedule G _____<br>**VANNRYDA TOUCH** |
| 3.40<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.169__<br>☐ Schedule G _____<br>**DENNIS CASES CRUZADA** |
| 3.40<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.367__<br>☐ Schedule G _____<br>**MARIA LYNN DEVON-SHEPARD** |

Debtor 1   **Adam Edward Mallas** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.40<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.457**____<br>☐ Schedule G _____<br>**REGINALD STUART** |
| 3.40<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.126**____<br>☐ Schedule G _____<br>**CLARE BIRMINGHAM** |
| 3.40<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.166**____<br>☐ Schedule G _____<br>**DEMARCO WOODS** |
| 3.40<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.432**____<br>☐ Schedule G _____<br>**PEARLIE MAE NEWSOME ROBINSON** |
| 3.40<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.356**____<br>☐ Schedule G _____<br>**LUIS ALFREDO ROBLES** |
| 3.40<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.272**____<br>☐ Schedule G _____<br>**JARED FULLER** |
| 3.40<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.311**____<br>☐ Schedule G _____<br>**JOSEPH P DEPHILLIPS II** |

Debtor 1  **Adam Edward Mallas**

Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.40<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.268___<br>☐ Schedule G _____<br>**JAMIE CORVELL ROBERTS** |
| 3.41<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>**DAVID CASE** |
| 3.41<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.168___<br>☐ Schedule G _____<br>**DENISE ROCHELLE CHARRETT-MCCU** |
| 3.41<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.175___<br>☐ Schedule G _____<br>**DESHALLA MARIE HARRIS** |
| 3.41<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.232___<br>☐ Schedule G _____<br>**GABRIAL SALAZAR** |
| 3.41<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.549___<br>☐ Schedule G _____<br>**TORI'ONNA KIERRA NA SHAY THOMA** |
| 3.41<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.585___<br>☐ Schedule G _____<br>**YOLANDA BARRIOS CONTRERAS** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Adam Edward Mallas**                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

| | | |
|---|---|---|
| 3.41 6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.259**__<br>☐ Schedule G _____<br>**IRVIN STEPHEN GRAY** |
| 3.41 7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.120**__<br>☐ Schedule G _____<br>**CIERRA INTRIGUE GILMORE-WITHER** |
| 3.41 8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.269**__<br>☐ Schedule G _____<br>**JAMIE LYNN HAMMOND** |
| 3.41 9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.61**__<br>☐ Schedule G _____<br>**AVRIA LYNETTE HAYES** |
| 3.42 0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.267**__<br>☐ Schedule G _____<br>**JAMES WILSON STEWART DORTCH** |
| 3.42 1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.135**__<br>☐ Schedule G _____<br>**CORINTHIANS JAMES HEATH** |
| 3.42 2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal** **6440 Sky Point Drive, #140-286** **Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.109**__<br>☐ Schedule G _____<br>**CHARLES HALL III** |

Debtor 1   **Adam Edward Mallas**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**  |  *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

**3.42 3** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.337___
☐ Schedule G _____
**LARRY PORTER**

**3.42 4** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.190___
☐ Schedule G _____
**DOUGLAS CHRISOPHER TROWBRIDGE**

**3.42 5** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.520___
☐ Schedule G _____
**STEPHANIE LOUISE BEACH**

**3.42 6** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.147___
☐ Schedule G _____
**DAMAURYION TERRELL WALLS**

**3.42 7** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.330___
☐ Schedule G _____
**KIMBERLY LYNN MCCOVERY**

**3.42 8** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.208___
☐ Schedule G _____
**ENRIQUE ALBERTO PADILLA**

**3.42 9** **A&E Auto Wholesale, LLC dba A&E Auto Sal**
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131
☐ Schedule D, line _____
■ Schedule E/F, line ___4.578___
☐ Schedule G _____
**WILLIAM WAYNE HARTERY**

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.43<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.125**____<br>☐ Schedule G _____<br>**CLARA CECILIA MARIA**

3.43<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.498**____<br>☐ Schedule G _____<br>**SHAWN PAUAHI SANTANA**

3.43<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.64**____<br>☐ Schedule G _____<br>**BARBARA SIMMONS**

3.43<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.281**____<br>☐ Schedule G _____<br>**JERRY RAY VARELA**

3.43<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.496**____<br>☐ Schedule G _____<br>**SHASTINA PROSENICK**

3.43<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.341**____<br>☐ Schedule G _____<br>**LAWRENCE HYMAN EPSTEIN**

3.43<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.351**____<br>☐ Schedule G _____<br>**LORI JEAN POOLE**

Debtor 1  **Adam Edward Mallas**                                                        Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.43 7   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.501** <br> ☐ Schedule G _____ <br> **SHERRY LYNN BROWN** |
| 3.43 8   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.23** <br> ☐ Schedule G _____ <br> **ALEXIA GONZALEZ GODINEZ** |
| 3.43 9   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.335** <br> ☐ Schedule G _____ <br> **LAKEISHA MONIQUE GRAY** |
| 3.44 0   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.274** <br> ☐ Schedule G _____ <br> **JATHIYAH CLARK** |
| 3.44 1   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.79** <br> ☐ Schedule G _____ <br> **BRIAN JEFFREY BROOKS** |
| 3.44 2   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.318** <br> ☐ Schedule G _____ <br> **KATRINA ALINA GROVES** |
| 3.44 3   **A&E Auto Wholesale, LLC dba A&E Auto Sal** <br> **6440 Sky Point Drive, #140-286** <br> **Las Vegas, NV 89131** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line   **4.52** <br> ☐ Schedule G _____ <br> **ASHTON VILLIA JR** |

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.477**___<br>☐ Schedule G _____<br>**ROCIO VILLEGAS-MONROY** |
| 3.44<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.409**___<br>☐ Schedule G _____<br>**NIKKI HIXSON-HOMER** |
| 3.44<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.148**___<br>☐ Schedule G _____<br>**DAMEON VARNELL JACKSON** |
| 3.44<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.434**___<br>☐ Schedule G _____<br>**PENNY HANEY** |
| 3.44<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.71**___<br>☐ Schedule G _____<br>**BRADLEY JOHN DEGROAT** |
| 3.44<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**ASHLEY JENEEN HARPER** |
| 3.45<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line ___**4.497**___<br>☐ Schedule G _____<br>**SHAUNTELYN K MCNAIR** |

| Debtor 1 | **Adam Edward Mallas** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**BRELAND HANEY II** |
| 3.45<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.278___<br>☐ Schedule G _____<br>**JEREMY MARTIN WADSWORTH** |
| 3.45<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.222___<br>☐ Schedule G _____<br>**FELICIA JACKSON** |
| 3.45<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.547___<br>☐ Schedule G _____<br>**TONEHSA DANYALL NEWMAN** |
| 3.45<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.526___<br>☐ Schedule G _____<br>**TANGANYKA J WHITING** |
| 3.45<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.384___<br>☐ Schedule G _____<br>**MICHAEL QUINONEZ** |
| 3.45<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.534___<br>☐ Schedule G _____<br>**TERESA T BUNGCAYAO** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.45 8   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.454__
☐ Schedule G _____
**RECE LAMONT KENDRID**

3.45 9   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.527__
☐ Schedule G _____
**TANYA C RYANS**

3.46 0   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.312__
☐ Schedule G _____
**JOSHUA BUNGCAYAO**

3.46 1   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**ALYSSA SWEET**

3.46 2   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.165__
☐ Schedule G _____
**DELEANER RAJKA CALVIN**

3.46 3   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**AMBER KANANI NASARIO**

3.46 4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**ARLENE P SAMPSON**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                        Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.465 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.150__<br>☐ Schedule G _____<br>**DANIELA V MARTINEZ MELCHOR** |
| 3.466 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.117__<br>☐ Schedule G _____<br>**CHRISTOPHER ALAN BROWNWOOD JR** |
| 3.467 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**CHRISTINE MARIE CRUZ** |
| 3.468 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.186__<br>☐ Schedule G _____<br>**DIXIE ANN GASKELL** |
| 3.469 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**BARBARA ANN WHITFIELD KING** |
| 3.470 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.326__<br>☐ Schedule G _____<br>**KIERRA DESIREE PRINGLE** |
| 3.471 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.551__<br>☐ Schedule G _____<br>**TRACY MARLENE CARRILLO** |

| Debtor 1 | **Adam Edward Mallas** | | Case number *(if known)* | |

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.47<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.47**_____<br>☐ Schedule G _____<br>**ARLEY CUETO** |
| 3.47<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**<br>. | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.452**_____<br>☐ Schedule G _____<br>**REBECCA HILL** |
| 3.47<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.586**_____<br>☐ Schedule G _____<br>**YOLANDA PONCE** |
| 3.47<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.440**_____<br>☐ Schedule G _____<br>**PHILLIP A GORDON** |
| 3.47<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.424**_____<br>☐ Schedule G _____<br>**OSCAR MARTINEZ-PEREZ** |
| 3.47<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.33**_____<br>☐ Schedule G _____<br>**ANA LETICIA CRUZ** |
| 3.47<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.408**_____<br>☐ Schedule G _____<br>**NICOLE MARI CALPITO CONSTANTIN** |

Debtor 1    **Adam Edward Mallas**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.479  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.291___<br>☐ Schedule G _____<br>**JOHN C ALLEN** |
| 3.480  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.248___<br>☐ Schedule G _____<br>**HO'OLULANI EMMALENE AO'LAHIKO** |
| 3.481  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.172___<br>☐ Schedule G _____<br>**DEREK J GOYEAU** |
| 3.482  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.308___<br>☐ Schedule G _____<br>**JOSE ARMANDO AGUILAR MARTINEZ** |
| 3.483  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.372___<br>☐ Schedule G _____<br>**MARQUITA RE BARNETT** |
| 3.484  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.309___<br>☐ Schedule G _____<br>**JOSEPH DEWITT WELCH ESQ** |
| 3.485  **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.262___<br>☐ Schedule G _____<br>**J T IGLESIA** |

Debtor 1  **Adam Edward Mallas**                                    Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.48
6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.389___
☐ Schedule G _____
**MINDY MICHELLE FURLONGE-SPEARS**

---

3.48
7
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.484___
☐ Schedule G _____
**SALVADOR CARLOS MACIAS PULIDO**

---

3.48
8
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.204___
☐ Schedule G _____
**ELLY T MANIFFA**

---

3.48
9
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**AJAY GERALD DAYAL**

---

3.49
0
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.533___
☐ Schedule G _____
**TERESA LYNNE MORT**

---

3.49
1
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.81___
☐ Schedule G _____
**BRITTANICA CHUNTAY BRANCH**

---

3.49
2
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.179___
☐ Schedule G _____
**DIANA BARRIE-IOFFE**

---

Debtor 1   **Adam Edward Mallas** _____   Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.49
3
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.518**___
☐ Schedule G _____
**STEPHANIE ANGELICA WADSWORTH**

---

3.49
4
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.266**___
☐ Schedule G _____
**JAMES URI SAYLES**

---

3.49
5
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.587**___
☐ Schedule G _____
**ZMON ERIC HOLCOMB**

---

3.49
6
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.277**___
☐ Schedule G _____
**JEFFREY MARTIN**

---

3.49
7
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**ANTOINE CLIFFON HALL**

---

3.49
8
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.532**___
☐ Schedule G _____
**TENNELLE RENAE JOHNSON**

---

3.49
9
**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**CLEVELAND D MITCHELL**

---

Debtor 1  **Adam Edward Mallas**                    Case number *(if known)*

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.50<br>0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.435___
☐ Schedule G _____
**PENNY STRICKLAND**

---

3.50<br>1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.478___
☐ Schedule G _____
**ROGER BAILEY**

---

3.50<br>2    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.195___
☐ Schedule G _____
**DYANTA B JONES**

---

3.50<br>3    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.548___
☐ Schedule G _____
**TONYALE JONTA HILL**

---

3.50<br>4    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.430___
☐ Schedule G _____
**PATRICIA LEHUA LUANA KAIMI LED**

---

3.50<br>5    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.235___
☐ Schedule G _____
**GARY THOMAS**

---

3.50<br>6    **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.178___
☐ Schedule G _____
**DEVIN CREIGHTON BAILEY**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas**                                        Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.50<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>**BRANSON SANTANA** |
| 3.50<br>8 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.285___<br>☐ Schedule G _____<br>**JESSICA ADRIANNA PEREZ** |
| 3.50<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.528___<br>☐ Schedule G _____<br>**TEISHA EVON BURKE** |
| 3.51<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.258___<br>☐ Schedule G _____<br>**IRMA PADILLA** |
| 3.51<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.252___<br>☐ Schedule G _____<br>**IDA GORDON** |
| 3.51<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**ALFRED SEEI TUIA** |
| 3.51<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.502___<br>☐ Schedule G _____<br>**SHERRY RENEE WILLIAMS-LAMB** |

Debtor 1   **Adam Edward Mallas**                                Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.51<br>4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.373___<br>☐ Schedule G _____<br>**MARVIN DOMINGUEZ**

---

3.51<br>5   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>**CONSTANT F YOUNG**

---

3.51<br>6   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.158___<br>☐ Schedule G _____<br>**DAVID FISHER**

---

3.51<br>7   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.391___<br>☐ Schedule G _____<br>**MIRNA LETICIA GONZALEZ**

---

3.51<br>8   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**BRADLEY WEINSTEIN**

---

3.51<br>9   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.325___<br>☐ Schedule G _____<br>**KEVIN KENNETH HOMER**

---

3.52<br>0   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**ANDREW MICHAEL MERIDA**

---

Debtor 1  **Adam Edward Mallas**                                          Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.52<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.250__<br>☐ Schedule G _____<br>**HUGO OLIVARES PONCE** |
|---|---|---|
| 3.52<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.247__<br>☐ Schedule G _____<br>**HILDA M MOYA** |
| 3.52<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.401__<br>☐ Schedule G _____<br>**NETERRI DANYELL BARNES** |
| 3.52<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.328__<br>☐ Schedule G _____<br>**KIMBERLY ANN KEITH** |
| 3.52<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.374__<br>☐ Schedule G _____<br>**MATHEW DRESDEN** |
| 3.52<br>6 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.458__<br>☐ Schedule G _____<br>**REKIE P BASCONES** |
| 3.52<br>7 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**CAMEO CHERIE STANCLIFF** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 8    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.576____<br>☐ Schedule G _____<br>**WHITLEY ANASTACIA COX** |
| 3.52 9    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.366____<br>☐ Schedule G _____<br>**MARGARET BELCNER EDWARDS** |
| 3.53 0    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.355____<br>☐ Schedule G _____<br>**LUIS ALFO GUTIERREZ-GUTIERREZ** |
| 3.53 1    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.331____<br>☐ Schedule G _____<br>**KIMBERLY NICOLE WALLACE** |
| 3.53 2    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.103____<br>☐ Schedule G _____<br>**CECILIA LUNA** |
| 3.53 3    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.393____<br>☐ Schedule G _____<br>**MONICA LACHEAL DENNIS** |
| 3.53 4    **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.69____<br>☐ Schedule G _____<br>**BIANCA ECHOLE SANDERS** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                          Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.535 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**CHRISTINE M WHITE** |
| 3.536 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**ALEXANDER ANATOLY IOFFE** |
| 3.537 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.556__<br>☐ Schedule G _____<br>**TYLER WINFREE** |
| 3.538 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.284__<br>☐ Schedule G _____<br>**JESSEE TOUCH** |
| 3.539 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.552__<br>☐ Schedule G _____<br>**TRACY YOUNG WEBER** |
| 3.540 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.188__<br>☐ Schedule G _____<br>**DORIS JUANITA EARL** |
| 3.541 **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**AMANDA AGUILAR** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  **Adam Edward Mallas** _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.54
2

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.542**___
☐ Schedule G _____
**TIAUSHANAE WILLIAMS**

---

3.54
3

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.87**___
☐ Schedule G _____
**CAMILLE ANN-MARIE MANYAN**

---

3.54
4

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.561**___
☐ Schedule G _____
**VANESSA RENEE SMITH**

---

3.54
5

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.344**___
☐ Schedule G _____
**LEO GAMBOA**

---

3.54
6

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**AUTOBYTEL**

---

3.54
7

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.106**___
☐ Schedule G _____
**CENTRAL DISPATCH**

---

3.54
8

**A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.161**___
☐ Schedule G _____
**DEALER TRACK**

---

Debtor 1   **Adam Edward Mallas**                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.54<br>9 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.183__<br>☐ Schedule G _____<br>**DIRECTV** |
| 3.55<br>0 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.200__<br>☐ Schedule G _____<br>**EDMUNDS** |
| 3.55<br>1 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.203__<br>☐ Schedule G _____<br>**ELEAD1ONE** |
| 3.55<br>2 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.223__<br>☐ Schedule G _____<br>**FES PROTECTION PLAN** |
| 3.55<br>3 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.301__<br>☐ Schedule G _____<br>**JONATHAN NEIL & ASSOCIATES** |
| 3.55<br>4 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.348__<br>☐ Schedule G _____<br>**LISTING ALL CARS** |
| 3.55<br>5 | **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>**6440 Sky Point Drive, #140-286**<br>**Las Vegas, NV 89131** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.192__<br>☐ Schedule G _____<br>**DR. VINYL** |

Debtor 1   **Adam Edward Mallas** _____   Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.55<br>6   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.439___<br>☐ Schedule G _____<br>**PHILADELPHIA INSURED COMPANIES**

3.55<br>7   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.460___<br>☐ Schedule G _____<br>**REPUBLIC SERVICES**

3.55<br>8   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.465___<br>☐ Schedule G _____<br>**REYNOLDS COLLECTION SERVICES**

3.55<br>9   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.486___<br>☐ Schedule G _____<br>**SANTANDER BANK**

3.56<br>0   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.509___<br>☐ Schedule G _____<br>**SMOG BUSTERS**

3.56<br>1   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.546___<br>☐ Schedule G _____<br>**TOM JONES FORD**

3.56<br>2   **A&E Auto Wholesale, LLC dba A&E Auto Sal**<br>6440 Sky Point Drive, #140-286<br>Las Vegas, NV 89131

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.554___<br>☐ Schedule G _____<br>**TRUE CAR**

Debtor 1   **Adam Edward Mallas**                                          Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.56 3   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.459**__
☐ Schedule G _____
**REPUBLIC SERVICES**

3.56 4   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.398**__
☐ Schedule G _____
**Nationwide Acceptance LLC**

3.56 5   **A&E Auto Wholesale, LLC dba A&E Auto Sal**
**6440 Sky Point Drive, #140-286**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.579**__
☐ Schedule G _____
**Wise F&I LLC**

3.56 6   **Bailee Davis**
**7510 Brookwood Ave**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.221**__
☐ Schedule G _____
**FEDLOAN SERVICING**

3.56 7   **Brooklyn Davis**
**7510 Brookwood Ave**
**Las Vegas, NV 89131**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.221**__
☐ Schedule G _____
**FEDLOAN SERVICING**

3.56 8   **Tron Slade**
**38781 S. Valley View Blvd. Suite 1**
**Las Vegas, NV 89103**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.1**__
☐ Schedule G _____
**NEVADA DEPARTMENT OF TAXATION**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number<br>(If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Owner | Account Manager |
| Employer's name | | | CZARNOWSKI DISPLAY SERVICE |
| Employer's address | | | 4150 INDUSTRIAL CENTER DR, STE 650<br>NORTH LAS VEGAS, NV 89030 |
| How long employed there? | | | 1 year, 2 months |

### Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 5,416.67 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income.  Add line 2 + line 3. | 4. | $ 0.00 | $ 5,416.67 |

Debtor 1  **Adam Edward Mallas**                                          Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** .......................................................................... | 4. | $        0.00 | $      5,416.67 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $        0.00 | $        889.16 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $        0.00 | $        0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $        0.00 | $        0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $        0.00 | $        0.00 |
| 5e. | **Insurance** | 5e. | $        0.00 | $        38.22 |
| 5f. | **Domestic support obligations** | 5f. | $        0.00 | $        0.00 |
| 5g. | **Union dues** | 5g. | $        0.00 | $        0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $        0.00 | + $        0.00 |

| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $        0.00 | $        927.38 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $        0.00 | $      4,489.29 |

8. **List all other income regularly received:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $        0.00 | $        0.00 |
| 8b. | **Interest and dividends** | 8b. | $        0.00 | $        0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $        0.00 | $        0.00 |
| 8d. | **Unemployment compensation** | 8d. | $        0.00 | $        0.00 |
| 8e. | **Social Security** | 8e. | $        0.00 | $        0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $        0.00 | $        0.00 |
| 8g. | **Pension or retirement income** | 8g. | $        0.00 | $        0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $        0.00 | + $        0.00 |

| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $        0.00 | $        0.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $        0.00 | + | $      4,489.29 | = | $      4,489.29 |
|---|---|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                    11. + $        0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies          12. $      4,489.29

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:

> Debtor was employed until November 1, 2016, when he left his job to operate A&E Auto Sales as he thought the business was doing well.  Debtor eventually learned that A&E was mismanaged by general manager, and business has since closed. Debtor has received an employment offer and intends to be employed shortly, which will increase his income.

Fill in this information to identify your case:

Debtor 1     **Adam Edward Mallas**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.    **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.    **Do you have dependents?**     ☐ No

Do not list Debtor 1 and     ■ Yes.   Fill out this information for
Debtor 2.                                         each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Spouse** | | ☐ No ■ Yes |
| **Son** | 9 | ☐ No ■ Yes |
| **Daughter** | 12 | ☐ No ■ Yes |
| **Stepdaughter** | 19 | ☐ No ■ Yes |
| **Stepdaughter** | 22 | ☐ No ■ Yes |

3.    **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4.    The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 2,048.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a.  $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ | 100.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.    Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 0.00 |

Debtor 1   **Adam Edward Mallas**                                    Case number (if known)

| Debtor 1 | **Adam Edward Mallas** | | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **145.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **62.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **85.00** |
| | 6d. | Other. Specify:  **Cell phone** | 6d. $ | **365.00** |
| | | **Satellite TV (DIRECTV)** | $ | **145.00** |
| | | **Trash** | $ | **19.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **700.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **200.00** |
| 10. | **Personal care products and services** | | 10. $ | **250.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **300.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **355.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |
| | | | | |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. if you add lines 4 through 21. | | $ | **5,374.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **5,374.00** |
| | | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | **4,489.29** |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | **5,374.00** |
| | | | | |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | **-884.71** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

Debtor 1    **Adam Edward Mallas**
_____
First Name         Middle Name              Last Name

Debtor 2
(Spouse if, filing)  _____
First Name         Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Adam Edward Mallas**_____          X  _____
   **Adam Edward Mallas**                                Signature of Debtor 2
   Signature of Debtor 1

   Date  **April 27, 2017**_____              Date  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $13,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                    Case number (*if known*) _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips  ■ Operating a business | $128,482.00 | ☐ Wages, commissions, bonuses, tips  ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips  ■ Operating a business | $97,566.00 | ☐ Wages, commissions, bonuses, tips  ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Adam Edward Mallas**                                      Case number *(if known)* _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person  Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Official Form 107            **Statement of Financial Affairs for Individuals Filing for Bankruptcy**            page 3

Debtor 1  **Adam Edward Mallas**                                      Case number *(if known)*

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Faith Lutheran Community Church** | **$100 monthly** | **monthly** | **$2,400.00** |

## Part 6:  List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:  List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **JOHNSON & GUBLER, P.C.**<br>**LAKES BUSINESS PARK**<br>**8831 W SAHARA AVE**<br>**LAS VEGAS, NV 89117** | | **03/23/2017** | **$3,835.00** |
| **JOHNSON & GUBLER, P.C.**<br>**LAKES BUSINESS PARK**<br>**8831 W SAHARA AVE**<br>**LAS VEGAS, NV 89117** | | **4/26/2017** | **$5,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Adam Edward Mallas**                                                    Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Adam Edward Mallas**                                                Case number *(if known)*

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN. <br><br>Dates business existed |
|---|---|---|
| **A&E AUTO WHOLESALE LLC<br>7510 BROOKWOOD AVE<br>LAS VEGAS, NV 89131** | **AUTOMOBILE SALES (business closed April 2017)**<br><br>**JOHNNY DOLSTRA** | EIN:      **81-1144816**<br><br>From-To   **01/19/2016 - Current** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1     **Adam Edward Mallas**
_____

Case number (*if known*)  _____

---

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

---

**Part 12:**  **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Adam Edward Mallas**
_____

**Adam Edward Mallas**
**Signature of Debtor 1**

**Signature of Debtor 2**
_____

Date    **April 27, 2017**
_____

Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adam Edward Mallas** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AMERICA FIRST CREDIT UNION** <br><br> Description of property securing debt: **2004 Nordic boat and trailer Heat Value obtained from NADAguides.com** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor(s) will continue to make regular monthly payments** | ☐ No <br><br> ■ Yes |
| Creditor's name: **BANK OF AMERICA** <br><br> Description of property securing debt: **7510 BROOKWOOD AVENUE LAS VEGAS, NV 89131  Clark County Current Value is an estimate from zillow.com.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br> **Debtor will continue regular monthly payments** | ☐ No <br><br> ■ Yes |
| Creditor's name: **HYUNDAI MOTOR FINANCE** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a | ■ No <br><br> ☐ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

| Debtor 1 | **Adam Edward Mallas** | | Case number (*if known*) | |

| Description of property securing debt: | **2013 Hyundai Azera 31277 miles current value is estimated - vehicle is leased** | *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br>**Debtor(s) will continue to make regular monthly payments** |

### Part 2:  List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

### Part 3:  Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Adam Edward Mallas**                              X _____

**Adam Edward Mallas**                                          Signature of Debtor 2
Signature of Debtor 1

Date     **April 27, 2017**                                    Date _____

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re __Adam Edward Mallas__                                          Case No. _____
                                     Debtor(s)                        Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................  $ _____8,500.00

    Prior to the filing of this statement I have received ..........................  $ _____0.00

    Balance Due ...............................................................................  $ _____8,500.00

2.  $__335.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with creditorsexemption planning; negotiations with trustee, preparation and filing of reaffirmation
        agreements and applications as needed.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
        any other adversary proceeding, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance
        of liens on household goods, representation regarding objections to exemptions.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__April 27, 2017__                                    __/s/ Matthew L. Johnson__
*Date*                                                **Matthew L. Johnson 6004**
                                                      *Signature of Attorney*
                                                      **JOHNSON & GUBLER, P.C.**
                                                      **LAKES BUSINESS PARK**
                                                      **8831 W SAHARA AVE**
                                                      **LAS VEGAS, NV 89117-5865**
                                                      **(702) 471-0065   Fax: (702) 471-0075**
                                                      **mjohnson@mjohnsonlaw.com**
                                                      *Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **Adam Edward Mallas**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **April 27, 2017**

**/s/ Adam Edward Mallas**

**Adam Edward Mallas**
Signature of Debtor

Adam Edward Mallas
7510 BROOKWOOD AVENUE
LAS VEGAS, NV 89131

Matthew L. Johnson
JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865

#1 TRANSMISSION SHOP AND AUTO REPAIR
3855 S VALLEY VIEW BLVD
LAS VEGAS, NV 89103

1ST RESPONSE AUTO
4215 BERTSOS DRIVE
LAS VEGAS, NV 89103

700 CREDIT, LLC
27777 FRANKLIN RD STE 1850
SOUTHFIELD, MI 48034

777 AUTO GLASS
600 BOND STREET
ELIZABETH, NJ 07206

A TO Z TRANSPORT LLC
16821 W MAGNOLIA ST
GOODYEAR, AZ 85338

A&E AUTO SERVICE
3871 S VALLEY VIEW BLVD STE 1
LAS VEGAS, NV 89103

A&E Auto Wholesale, LLC dba A&E Auto Sal
6440 Sky Point Drive, #140-286
Las Vegas, NV 89131

AAA FIRE PROTECTION CORPORATION
P.O. BOX 43334
LAS VEGAS, NV 89116-1334

AAMCO TRANSMISSION COMPLETE CAR CARE
23121 ORANGE AVE STE F
LAKE FOREST, CA 92630

ABC HYUNDAI
6825 S REDWOOD ST
LAS VEGAS, NV 89118

ABS AUTO AUCTIONS
341 CORPORATE TERRACE
CORONA, CA 92879

```
ABS AUTO FINANCIAL
Acct No A&E
341 CORPORATE TERRACE
CORONA, CA 92879

ACE TECH, INC.
261 WELCH AVE
UNION SPRINGS, AL 36089

ACTION PRINTING SERVICE
4855 W DESERT INN RD STE 103
LAS VEGAS, NV 89102

ADAM DRAKE ROSLING
5890 RIVER ROAD NORTH
KEIZER, OR 97303

ADT SECURITY SERVICES
P.O. BOX 371878
PITTSBURGH, PA 15250-7878

ADVANCE MUFFLERS & CATALYTIC CONVERTER
7035 W SAHARA AVE STE 200
LAS VEGAS, NV 89117

ADVANSTAFF HR
8925 W RUSSELL RD STE 100
LAS VEGAS, NV 89148

AHERN RENTALS
5915 DEAN MARTIN DR
LAS VEGAS, NV 89118

AJAY GERALD DAYAL
3659 BUFFLE HEAD ST
LAS VEGAS, NV 89122

ALEJANDRO GARCIA
8440 WESTCLIFF DR, APT 2125
LAS VEGAS, NV 89145

ALEXANDER ANATOLY IOFFE
3218 CAMBRIDGE HOLLOWS CT
LAS VEGAS, NV 89135

ALEXIA GONZALEZ GODINEZ
2137 E SAINT LOUIS AVE
LAS VEGAS, NV 89104

ALEXIS ROGERS
3708 STEINBECK DR
LAS VEGAS, NV 89115
```

ALFRED SEEI TUIA
4485 PENNWOOD AVE, APT 134
LAS VEGAS, NV 89103

ALPHA WARRANTY SERVICES
P.O. BOX 580
RIVERTON, UT 84065

ALYSSA SWEET
2388 VALISSA ST
HENDERSON, NV 89044

AMANDA AGUILAR
7001 W CHARLESTON BLVD, #2010
LAS VEGAS, NV 89117

AMANDA VILLAROS
1308 WINTERGREEN DR
LAS VEGAS, NV 89128

AMAZON FULFILLMENT CENTER
410 TERRY AVE N
SEATTLE, WA 98109

AMBER KANANI NASARIO
9501 W SAHARA AVE, APT 1222
LAS VEGAS, NV 89117

AMERICA FIRST CREDIT UNION
Acct No xxxx6530
P.O. BOX 9199
OGDEN, UT 84409

AMERICA FIRST CREDIT UNION
Acct No xxxx-xxxx-xxxx-5303
P.O. BOX 9199
OGDEN, UT 84409

ANA LETICIA CRUZ
2801 REYNOLDS AVE
NORTH LAS VEGAS, NV 89030

ANDREW JAMES BENJAMIN ARCHER
5050 TAMARUS ST, APT 220
LAS VEGAS, NV 89119

ANDREW JAMES EDWARDS
3603 PENEDOS DR
LAS VEGAS, NV 89147

ANDREW MICHAEL MERIDA
3512 CASA ALOT AVE
NORTH LAS VEGAS, NV 89031

Angel Vargas
Acct No 4085 Blue Diamond Road
8333 North Saphire Drive
Saint George, UT 84770

ANGELA ELAINE GARDNER
5318 SPRING CANYON ST
NORTH LAS VEGAS, NV 89081

ANTHONY ESPINOZA
8000 SPRING MOUNTAIN RD, #2124
LAS VEGAS, NV 89117

ANTOINE CLIFFON HALL
5113 LOST CANYON DR
NORTH LAS VEGAS, NV 89031

ANY & ALL LOCK & KEY
5230 ITHACA AVE
LAS VEGAS, NV 89122

APRIL CHRISTINE BUTLER
1904 SPANGLE DR
LAS VEGAS, NV 89108

APRIL TUIA
4485 PENNWOOD AVE, APT 134
LAS VEGAS, NV 89103

AQUANDRA WILLIAMS
4181 BEECH FAMILY ST
LAS VEGAS, NV 89115

ARAMARK
P.O. BOX 101179
PASADENA, CA 91189-1179

ARLENE P SAMPSON
7855 DEER SPRINGS WAY, APT 1009
LAS VEGAS, NV 89131

ARLEY CUETO
7348 QUEEN PALM DR
LAS VEGAS, NV 89128

ARMANDO FLORES
4911 W VEGAS DR
LAS VEGAS, NV 89108

ARTHUR AMBANTA CATUBAY
3204 CRYSTAL POOL DR
LAS VEGAS, NV 89117

ASBURY ENVIRONMENTAL SERVICES
P.O. BOX 843021
LOS ANGELES, CA 90084-3021

ASHLEY JENEEN HARPER
6033 DRAFT HORSE DR
NORTH LAS VEGAS, NV 89081

ASHTON VILLIA JR
1581 FOXGLOVE DR
LAS VEGAS, NV 89142

AUDI LAS VEGAS
6335 W SAHARA AVE
LAS VEGAS, NV 89146

AUTO CREDIT EXPRESS
DEPT LA 24583
PASADENA, CA 91185

AUTO PEARSON TRANSPORT
1126 E RODEO RD
WILLIAMS, AZ 86046

AUTO TRADER
3003 SUMMIT BLVD NE STE 200
ATLANTA, GA 30319

AUTO ZONE
3455 S DECATUR BLVD
LAS VEGAS, NV 89102

AUTOBYTEL
18872 MACARTHUR BLVD, #200
IRVINE, CA 92612

AUTONATION NISSAN
5800 W SAHARA AVE
LAS VEGAS, NV 89146

AVIS RENT A CAR
3400 E SKY HARBOR BLVD
PHOENIX, AZ 85034

AVRIA LYNETTE HAYES
3505 LACEBARK PINE ST
LAS VEGAS, NV 89129

B&R AUTO WRECKING
P.O. BOX 640
CORVALLIS, OR 97339

Bailee Davis
7510 Brookwood Ave
Las Vegas, NV 89131

BANK OF AMERICA
Acct No xxxxx0417
P.O. BOX 650070
DALLAS, TX 75265-0070

BARBARA ANN WHITFIELD KING
3260 FOUNTAIN FALLS WAY, #2184
NORTH LAS VEGAS, NV 89032

BARBARA SIMMONS
28620 PACIFIC HWY, APT F67
FEDERAL WAY, WA 98003

BARCLAYCARD
2280 CORPORATE CIR
HENDERSON, NV 89074

BARRY HENDERSON
5005 LOSEE RD, #2089
NORTH LAS VEGAS, NV 89081

BARRY JAY HENDERSON JR
5005 LOSEE RD, #2089
NORTH LAS VEGAS, NV 89081

BHFC FINANCIAL SERVICES
Acct No A&E Auto Sales
7017 N 56TH AVE
GLENDALE, AZ 85301

BIANCA ECHOLE SANDERS
6760 DIAMOND CARE DR
LAS VEGAS, NV 89122

BOBBY'S MOTOR WORKS, LLC
3863 S VALLEY VIEW BLVD STE 21
LAS VEGAS, NV 89103

BRADLEY JOHN DEGROAT
4300 N LAMONT ST, APT 271
LAS VEGAS, NV 89115

BRADLEY WEINSTEIN
7800 BROOKFIELD COVE AVE
LAS VEGAS, NV 89131

BRANDEE LEE KALEIOKALANI CABAG
4760 E CHARLESTON BLVD, #6
LAS VEGAS, NV 89104

BRANDON LEON CHAPMOND
9999 W KATIE AVE, UNIT 1355
LAS VEGAS, NV 89147

BRANSON SANTANA
10650 CLIFF RIDGE AVE
LAS VEGAS, NV 89129

BREANA ESTELE BELANGER
4801 E TROPICANA, APT 22
LAS VEGAS, NV 89120

BRELAND HANEY II
1025 E DESERT INN RD
LAS VEGAS, NV 89109

BRESHA DEANN GRAHAM
4022 SILVER DOLLAR AVE, APT 201
LAS VEGAS, NV 89102

BRIAN JEFFREY BROOKS
3751 S NELLIS BLVD, UNIT 132
LAS VEGAS, NV 89121

BRIANA MARY-RENEE BRANCH
5005 LOSEE RD, #2089
NORTH LAS VEGAS, NV 89081

BRITTANICA CHUNTAY BRANCH
154 FRAPUCCINO AVE
NORTH LAS VEGAS, NV 89084

BRITTNY RAELYNN KAISER
1308 WINTERGREEN DR
LAS VEGAS, NV 89128

Brooklyn Davis
7510 Brookwood Ave
Las Vegas, NV 89131

BUSY BEE TIRE SHOP
3890 SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

CALIFORNIA REPUBLIC BANK AUTO
Acct No A&E Auto Sales
18400 VON KARMAN AVE, STE 1100
IRVINE, CA 92612

CALIFORNIA REPUBLIC BANK AUTO FINANCE
2500 PASEO VERDE PKWY, STE 100
HENDERSON, NV 89074

CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT INFORMATION GROUP, MIC: 29
P.O. BOX 942879
SACRAMENTO, CA 94279-0029

CAMEO CHERIE STANCLIFF
1676 DUARTE DR
HENDERSON, NV 89014

CAMILLE ANN-MARIE MANYAN
3150 S NELLIS BLVD, APT 1170
LAS VEGAS, NV 89121

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-1349
PO BOX 60599
CITY OF INDUSTRY, CA 91766-0599

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-0756
PO BOX 60599
CITY OF INDUSTRY, CA 91766-0599

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-0310
PO BOX 60599
CITY OF INDUSTRY, CA 91766-0599

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-9823
PO BOX 60599
CITY OF INDUSTRY, CA 91766-0599

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-6674
PO BOX 60599
CITY OF INDUSTRY, CA 91766-0599

CAPITAL PREMIUM FINANCING
12235 S 800 E
DRAPER, UT 84020

CAR KEY
5840 W CRAIG RD, STE 120-123
LAS VEGAS, NV 89130

CAR.COM INC.
DEPT LA 24583
PASADENA, CA 91185-4583

CARDINALEWAY MAZDA
6950 W SAHARA AVE
LAS VEGAS, NV 89117

CARFAX, INC.
16630 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CARGURUS, INC.
2 CANAL PARK, 4TH FLOOR
CAMBRIDGE, MA 02141

CARMAX AUTO FINANCE
12800 TUCKAHOE CREEK PKWY
RICHMOND, VA 23238

CASH LOGISTIC
22218 RAMONA AVE
APPLE VALLEY, CA 92307

CASSANDRA LASHA MCCLAIN
82 DOW JONES ST, APT 2
HENDERSON, NV 89074

CECILIA LEPOLO-MUASAU
5113 LOST CANYON DR
NORTH LAS VEGAS, NV 89031

CECILIA LUNA
5524 MERRIWEATHER DR
LAS VEGAS, NV 89113

CEDRIC DEMETRIUS HENDERSON
1750 KAREN AVE, APT 336
LAS VEGAS, NV 89169

CELESTINE TURNER
4300 N LAMONT ST, #202
LAS VEGAS, NV 89115

CENTRAL DISPATCH
26387 NETWORK PLACE
CHICAGO, IL 60673

CHANTEL KLINGER
1921 ALPINE FALLS CT
Las Vegas, NV 89134

CHAPMAN DODGE
3175 E SAHARA AVE
LAS VEGAS, NV 89104

CHARLES HALL III
951 LAS PALMAS ENTRADA AVE, 1021
HENDERSON, NV 89012

CHASE AUTO FINANCE
14800 FRYE RD
FORT WORTH, TX 76155

CHASE CARD SERVICES
Acct No xxxx-xxxx-xxxx-8842
P.O. BOX 94014
PALATINE, IL 60094-4014

CHASE VISA
6001 SPRING MOUNTAIN RD
LAS VEGAS, NV 89146

CHOICE MEDIA
11805 INTERSTATE 27
AMARILLO, TX 79119

CHRISTINA NICOLE GEIGER
367 KEATING ST
HENDERSON, NV 89074

CHRISTINE M WHITE
4446 ELK POINT CIR
LAS VEGAS, NV 89147

CHRISTINE MARIE CRUZ
4545 PENNWOOD AVE, APT 139
LAS VEGAS, NV 89102

CHRISTOPHER ALAN BROWNWOOD JR
2184 N MICHAEL WAY
LAS VEGAS, NV 89108

CHRISTOPHER MARTINEZ


CHRISTOPHER TORRES
2137 E SAINT LOUIS AVE
LAS VEGAS, NV 89104

CIERRA INTRIGUE GILMORE-WITHER
1212 N JONES BLVD, APT A
LAS VEGAS, NV 89108

CIG FINANCIAL
Acct No A&E Auto Sales
6 EXECUTIVE CIRCLE
IRVINE, CA 92614

CINDY LORENE BROUSSARD
2205 DEMETRIUS AVE
LAS VEGAS, NV 89101

CINTAS CORPORATION #59
P.O. BOX 29059
PHOENIX, AZ 85038

CITY OF LAS VEGAS
P.O. BOX 748031
LOS ANGELES, CA 90074-8031

CLARA CECILIA MARIA
5419 W TROPICANA AVE, APT 909
LAS VEGAS, NV 89103

CLARE BIRMINGHAM
7836 BLUE CHARM AVE
LAS VEGAS, NV 89149

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY BUSINESS LICENSE
500 S GRAND CENTRAL PKWY, 3RD FL
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLAUDIA A SARABIA RANGEL
1050 WHITNEY RANCH DR, #1313
HENDERSON, NV 89014

CLEVELAND D MITCHELL
1808 PRESTON ST, APT C
NORTH LAS VEGAS, NV 89030

CMS OF HOLLAND, INC
P.O. BOX 819
HOLLAND, OH 43528

COAST HOTELS & CASINOS INC
4000 W FLAMINGO RD
LAS VEGAS, NV 89103

COLTON JON WILLIFORD
4860 CONTENTO DIR
NORTH LAS VEGAS, NV 89031

Commercial Collectors Inc.
P.O. Box 337
Montrose, MN 55363

COMMERCIAL EQUIPMENT REPAIR
2109 N DECATUR BLVD
LAS VEGAS, NV 89108

CONSTANT F YOUNG
3940 SCOTT ROGINSON BLVD, #1111
NORTH LAS VEGAS, NV 89032

CORINTHIANS JAMES HEATH
4212 LENTIL CT
LAS VEGAS, NV 89129

COX COMMUNICATION, INC
PO BOX 53262
PHOENIX, AZ 85072-3262

COX COMMUNICATIONS, INC.
Acct No A&E Auto Sales
6205-B PEACHTREE DUNWOODY RD NE
ATLANTA, GA 30328

CRAIGSLIST
1381 9TH AVE
SAN FRANCISCO, CA 94122

CREDIT ACCEPTANCE CORPORATION
Acct No A&E Auto Sales
2460 PASEO VERDE PKWY, STE 110
HENDERSON, NV 89074

CROSSCHECK, INC
P.O. BOX 6008
PETALUMA, CA 94955-6008

CSB TECHNOLOGIES
14260 GARDEN RD
POWAY, CA 92064

CYLE JOSEPH BRISTER
250 E FLAMINGO, APT 235
LAS VEGAS, NV 89169

CYNTHIA DOMINGUEZ
6311 FELICITAS AVE
LAS VEGAS, NV 89122

CYNTHIA MARIA FISHER
325 N GIBSON RD
HENDERSON, NV 89014

D & D CAR COMPANY
Acct No A&E Auto
2018 E BROOKWOOD CT
PHOENIX, AZ 85048

DALI TRANSPORTATION
129 FOSTER LANE
PALM COAST, FL 32164

DAMAURYION TERRELL WALLS
10192 S MARYLAND PKWY, #2081
LAS VEGAS, NV 89183

DAMEON VARNELL JACKSON
3326 HILLSIDE GARDEN DR
LAS VEGAS, NV 89135

DANIEL PETER CONFROY ALDWELL
999 S LAS VEGAS BLVD, #2805
LAS VEGAS, NV 89118

DANIELA V MARTINEZ MELCHOR
9901 W SAHARA AVE, APT 2038
LAS VEGAS, NV 89117

DARBY BRAD SANDERS
98 S MARTIN LUTHER KING, #194
LAS VEGAS, NV 89106

DARNELLA MARIA BIRD
3900 DALECREST DR, APT 1020
LAS VEGAS, NV 89129

DARRYL LORENZ
1020 E DESERT INN RD, APT 1104
LAS VEGAS, NV 89109

DARYL CHASE PASSANANTE
501 E LAKE MEAD PKWY, APT 1117
HENDERSON, NV 89015

DATASPHERE
3350 161ST AVE SE
BELLEVUE, WA 98008

DAVID CASE
2325 HOLLOW OAK AVE
NORTH LAS VEGAS, NV 89031

DAVID CHRISTOPHER EARL
5816 POST MOUNTAIN ST
NORTH LAS VEGAS, NV 89031

DAVID FISHER
325 N GIBSON RD
HENDERSON, NV 89014

DEALER CAR SEARCH
12912 SHELBYVILLE RD
LOUISVILLE, KY 40243

DEALER SUPPLY COMPANY
9613 PONDEROSA SKYE CT
LAS VEGAS, NV 89166

DEALER TRACK
1111 MARCUS AVE, SUITE M04
LAKE SUCCESS, NY 11042

DEALERTRACK
2110 LOS FELIZ ST, UNIT 2004
LAS VEGAS, NV 89156-8016

DEALERTRACK CENTRAL DISPATCH, INC.
26387 NETWORK PLACE
CHICAGO, IL 60673

DEALERTRACK, INC.
P.O. BOX 6129
NEW YORK, NY 10249-6129

DELEANER RAJKA CALVIN
2201 E SAINT LOUIS AVE
LAS VEGAS, NV 89104

DEMARCO WOODS
500 VINCENT WAY
LAS VEGAS, NV 89145

DENISE MCCULLOUGH
6573 WOODSWORTH AVE
LAS VEGAS, NV 89108

DENISE ROCHELLE CHARRETT-MCCU
6573 WOODSWORTH AVE
LAS VEGAS, NV 89108

DENNIS CASES CRUZADA
4050 PACIFIC HARBORS DR, #115
LAS VEGAS, NV 89121

DENNIS DARIO PRECIOSO
2 RED RAIL LN
LADERA RANCH, CA 92694

DENNIS PRECIOSO
2 RED RAIL LN
LADERA RANCH, CA 92694

Department of Taxation
1550 E. College Parkway,
Capital Complex
Carson City, NV 89710

Department of Taxation
Grant Sawyer Office Building
555 E. Washington Ave, Suite 1300
Las Vegas, NV 89101

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0030

DEPT OF EMPLOYMENT TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY, NV 89701-4772

DEREK J GOYEAU
10612 PRIMROSE ARBOR AVE
LAS VEGAS, NV 89144

DEREK MICHAEL LAWRENCE
9745 GREEN TETON DR
LAS VEGAS, NV 89166

DESERT 215 SUPERSTORE
8030 RAFAEL RIVERA WAY
LAS VEGAS, NV 89113

DESHALLA MARIE HARRIS
1108 PLANTATION CT, APT B
LAS VEGAS, NV 89117

DESIRE KUU LEO NAHINAHI EVANS
3500 BROADWAY AVE
NORTH LAS VEGAS, NV 89030

DESTINY RAE OBRIEN
1333 HILLSWAY DR
LAS VEGAS, NV 89110

DEVIN CREIGHTON BAILEY
9650 ENSWORTH ST, APT 213
LAS VEGAS, NV 89123

DIANA BARRIE-IOFFE
3218 CAMBRIDGE HOLLOWS CT
LAS VEGAS, NV 89135

DIAZ OIL DISTRIBUTORS
1931 SILVER CREST CT
NORTH LAS VEGAS, NV 89031

DINGMAN TRANSPORT LLC
117 CENTER POINT RD
ELKLAND, MO 65644

DIONNE APRIL TSUNETA
1505 BREEZE CANYON DR
LAS VEGAS, NV 89117

DIRECTV
2230 E IMPERIAL HWY
EL SEGUNDO, CA 90245

DISCOUNT TIRE COMPANY
24350 N 20TH DR
BLDG C, STE 134
PHOENIX, AZ 85085

DISCOVER
Acct No xxxx-xxxx-xxxx-6795
P.O. BOX 51908
LOS ANGELES, CA 90051-6208

DIXIE ANN GASKELL
1996 GRANEMORE ST
LAS VEGAS, NV 89135

DOMINIQUE SHOREESE LEE
3825 CRAIG XING DR, APT 3101
NORTH LAS VEGAS, NV 89032

DORIS JUANITA EARL
1100 MADISON AVE
LAS VEGAS, NV 89106

DOROTHY EISENBEIS
277 BOULD LN, #6A
INDIAN SPRINGS, NV 89018

DOUGLAS CHRISOPHER TROWBRIDGE
7051 SOMERA WAY
LAS VEGAS, NV 89113

DR. VINYL
4613 EL CAMINO CABOS DR
LAS VEGAS, NV 89147

DR. VINYL
1350 SE HAMBLEN RD
LEES SUMMIT, MO 64081

DRAKE ROSLING
5890 RIVER RD N
KEIZER, OR 97307

DRIVE IT AUTO GROUP
Acct No A&E Auto Sales
2475 N TUSTIN ST
ORANGE, CA 92865

DYANTA B JONES
7950 FLAMINGO RD, UNIT 2119
LAS VEGAS, NV 89147

E BIZ AUTOS
P.O. BOX 841706
DALLAS, TX 75284-1706

E-Z LETTERING SERVICE
723 OHMS WAY
COSTA MESA, CA 92627

EDITHA KOFF
321 REDSTONE ST
LAS VEGAS, NV 89145

EDMONDS.COM, INC.
P.O. BOX 783531
PHILADELPHIA, PA 19178-3531

EDMUNDS
2401 COLORADO AVE
SANTA MONICA, CA 90404

EL MUNDO
760 N EASTERN AVE STE 110
LAS VEGAS, NV 89101

ELEAD ONE
P.O. BOX 2585
VALDOSTA, GA 31604

ELEAD1ONE
4001 COLEMAN ROAD
NORTH VALDOSTA, GA 31602

ELLY T MANIFFA
6725 BLUEBELL GARDEN ST
LAS VEGAS, NV 89149

EMERG ROOM PHYSICIANS SOUTH
Acct No ERP22999
P.O. BOX 8145
FORTH WORTH, TX 76124-0145

Employment Development Department
Acct No Adam E. Mallas
P.O. Box 826880- UIPCD, MIC 40
Sacramento, CA 94280-0001

EMPYRE AUTO PARTS
2041 W STONEHURST DR
RIALTO, CA 92377

ENEMORIO ARZATE PENALOZA
2117 BASSLER ST, APT B
NORTH LAS VEGAS, NV 89030

ENRIQUE ALBERTO PADILLA
5809 EXPEDITION WAY
PALMDALE, CA 93552

ENTERPRISE CAR RENTAL
5120 S DECATUR BLVD, STE 104
LAS VEGAS, NV 89118

ENTRAVISION COMMUNICATIONS CORP
500 PILOT RD, STE D
LAS VEGAS, NV 89119

EQUIFAX WORKFORCE SOLUTIONS
11432 LACKLAND RD
SAINT LOUIS, MO 63146

ERICA LEE LYNCH
4255 W VIKING RD, APT 818
LAS VEGAS, NV 89103

ERICK ANTHONY SEWELL
7075 W GOWAN RD, #1105
LAS VEGAS, NV 89129

ERIK RICHARD CLAUSON
4 HOGENMILLER CIR
LAS VEGAS, NV 89115

ERNESTO ALONSO RENTERIA-PEREZ
610 W 6TH ST
WINNEMUCCA, NV 89445

EUMEKA DENISE THOMAS
3675 CAMBRIDGE ST, APT 224
LAS VEGAS, NV 89169

EVAN MICHAEL MYNATT
2388 VALISSA ST
HENDERSON, NV 89044

EVOLUTION MOTOR SPORTS
3859 S VALLEY VIEW BLVD, UNIT 27
LAS VEGAS, NV 89103

FAIRWAY CHEVROLET
3100 E SAHARA AVE
LAS VEGAS, NV 89104

FEDEX
P.O. BOX 7221
PASADENA, CA 91109

FEDLOAN SERVICING
Acct No xxxxxx3785
P.O. BOX 530210
ATLANTA, GA 30353-0210

FELICIA JACKSON
3326 HILLSIDE GARDEN DR
LAS VEGAS, NV 89135

FES PROTECTION PLAN
P.O. BOX 417
FARMINGTON, MI 48332

FINANCIAL GAP ADMINISTRATORS
1670 FENPARK DR
FENTON, MO 63026

FLM EXPRESS
190 TROTTERS RDG
CAMILLUS, NY 13031

FMP - Factory Motor Parts
1380 CORPORATE CENTER CURVE, STE 200
SAINT PAUL, MN 55121

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

FRANCIS R VIVACQUA
7027 SHADOW CREST DR
LAS VEGAS, NV 89119

FRAZER
6196 US HWY 11
P.O. BOX 569
CANTON, NY 13617

FRONTIER COMMUNICATIONS
P.O. BOX 5157
Cincinnati, OH 45274-0001

FRY'S ELECTRONIC
6845 S LAS VEGAS BLVD
LAS VEGAS, NV 89119

GABRIAL SALAZAR
4809 LINKWOOD DR
LAS VEGAS, NV 89110

GARY JAMES BROWN JR
5625 GRANVILLE LAKE ST
NORTH LAS VEGAS, NV 89031

GARY STEVEN CAPONE
3715 LOYOLA ST
NORTH LAS VEGAS, NV 89030

GARY THOMAS
1750 KAREN AVE, APT 66
LAS VEGAS, NV 89169

GATEWAY ONE LENDING AND FINANCE
Acct No A&E Auto Sales
160 N RIVERVIEW DR, STE 100
ANAHEIM, CA 92808

GAUDIN FORD
6625 ROY HORN WAY
LAS VEGAS, NV 89118

GILA EXPRESS AUTO TRANSPORT
945 E PINA STREET
GILA BEND, AZ 85337

GMT DESIGNS LLC
5012 SCHUSTER ST
LAS VEGAS, NV 89118

GOLDFINGER GOLDFINGER
920 SIERRA VISTA DR, APT A8
LAS VEGAS, NV 89169

GPS SOLUTIONS
1320 PEARL STREET, STE 310
BOULDER, CO 80302

GUEST CONCEPTS, INC
3203 E WARM SPRINGS RD, #100
LAS VEGAS, NV 89120

GUILLERMO ROJAS OCAMPO
10151 DORRELL LN, UNIT 1053
LAS VEGAS, NV 89166-1029

HARBOR FREIGHT TOOLS
4740 S DECATUR BLVD
LAS VEGAS, NV 89103

HECTOR ARTEAGA
7065 DE PAZ WAY
LAS VEGAS, NV 89113

HERTZ EQUIPMENT RENTAL
4555 WYNN ROAD
LAS VEGAS, NV 89103

HILDA M MOYA
5250 ITHACA AVE
LAS VEGAS, NV 89122

HO'OLULANI EMMALENE AO'LAHIKO
9745 GRAND TETON DR, APT 1046
LAS VEGAS, NV 89166

HONOR FINANCE, LLC
Acct No A&E Auto Sales
2451 S BUFFALO DR, #130
LAS VEGAS, NV 89117

HUGO OLIVARES PONCE
338 SWEETSPICE ST
HENDERSON, NV 89014

HYUNDAI MOTOR FINANCE
Acct No xxxxxx3108
PO BOX 660891
DALLAS, TX 75266-0891

HYUNDAI MOTOR FINANCE
Acct No xxxxxx2229
PO BOX 660891
DALLAS, TX 75266-0891

HYUNDAI MOTOR FINANCE
PO BOX 660891
DALLAS, TX 75266-0891

IDA GORDON
633 TWILIGHT BLUE AVE
NORTH LAS VEGAS, NV 89032

IHEART RADIO
32 AVENUE OF AMERICAS
NEW YORK, NY 10013

IN TOUCH CREDIT UNION
Acct No A&E Auto Sales
P.O. BOX 250169
PLANO, TX 75025-0169

INSURANCE EXPRESS
3035 E TROPICANA AVE
LAS VEGAS, NV 89121

INSURED SERVICES
2600 WESTWOOD DRIVE
LAS VEGAS, NV 89109

```
INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
ATTN: BANKRUPTCY UNIT
110 N CITY PKWY STE 100
LAS VEGAS, NV 89106-6085

INTERNET BRANDS
909 N SEPULVEDA BLVD, 11TH FL
EL SEGUNDO, CA 90245

INTUIT QUICKBOOKS
2700 COAST AVE
MOUNTAIN VIEW, CA 94043

IRMA PADILLA
5809 EXPEDITION WAY
PALMDALE, CA 93552

IRVIN STEPHEN GRAY
1000 AMERICAN PACIFIC DR, #1821
HENDERSON, NV 89074

ITS
7251 W. LAKE MEAD BLVD, STE 300
LAS VEGAS, NV 89128

J & S DIESEL
5155 DEAN MARTIN DR
LAS VEGAS, NV 89118

J T IGLESIA
6421 RAVEN HALL ST
NORTH LAS VEGAS, NV 89084

JAGUAR LAND ROVER OF LAS VEGAS
5255 W SAHARA AVE
LAS VEGAS, NV 89146

JAMAR RASHAN GROVNER
4437 DOVER STRAIGHT ST, UNIT 303
LAS VEGAS, NV 89115

JAMES FRANCIS KERRIGAN
5568 MONCINNA ST
LAS VEGAS, NV 89118

JAMES URI SAYLES
1225 GOLD AVE
LAS VEGAS, NV 89106
```

JAMES WILSON STEWART DORTCH
6760 DIAMOND CARE DR
LAS VEGAS, NV 89122

JAMIE CORVELL ROBERTS
517 PRINCESS AVE
NORTH LAS VEGAS, NV 89030

JAMIE LYNN HAMMOND
8020 LAS VEGAS BLVD, #41
LAS VEGAS, NV 89123

JANEIQUA ELIZABETH CARTER
3913 GOLDFIELD ST
NORTH LAS VEGAS, NV 89032

JARED BROUSSARD
2205 DEMETRIUS AVE
LAS VEGAS, NV 89101

JARED FULLER
7700 SANDRIDGE CT
LAS VEGAS, NV 89149

JASON THOMAS VOWELL
340 N COUNTRY LANE DRI, APT 29
SAINT GEORGE, UT 84770

JATHIYAH CLARK
5568 MONCINNA ST
LAS VEGAS, NV 89118

JB AUTO BODY PARTS
1735 N NELLIS BLVD
LAS VEGAS, NV 89115

JDT MARKETING INC
31 APPLE BLOSSOM LANE
PATCHOGUE, NY 11772

JEFFREY MARTIN
7604 CORVINA AVE
LAS VEGAS, NV 89113

JEREMY MARTIN WADSWORTH
3055 GARNETT CT
LAS VEGAS, NV 89121

JEROME OVERTON
1709 STEMBOAT DR
HENDERSON, NV 89014

JERRY BUTLER
1904 SPANGLE DR
LAS VEGAS, NV 89108

JERRY RAY VARELA
4300 N LAMONT ST, #202
LAS VEGAS, NV 89115

JESSE JAMES GORDON-BEST
6234 NAHA PORT AVE
LAS VEGAS, NV 89110

JESSE MAHMOUD ISMAIL SBAIH
178 INVERARAY
HENDERSON, NV 89074

JESSEE TOUCH
1135 SAGE VALLEY LN
LAS VEGAS, NV 89110

JESSICA ADRIANNA PEREZ
5600 E RUSSELL RD, UNIT 311
LAS VEGAS, NV 89122

JESSICA ANN LORENZ
1020 E DESERT INN RD, APT 1104
LAS VEGAS, NV 89109

JESUS MENDIOLA-VALDIVIEZO
920 ROCKVIEW DR, UNIT 202
LAS VEGAS, NV 89128

JILLIAN ALEXIS THOMPSON
3232 OCEAN SPRAY CT
NORTH LAS VEGAS, NV 89031

JMD PROFESSIONAL AUTO DETAIL
1651 AMERICAN PACIFIC DR
HENDERSON, NV 89074

JOE TOLEFREE JR
2708 CORNCOB CACTUS CT
LAS VEGAS, NV 89106

JOHN C ALLEN
12930 GROVER AVE
LAS VEGAS, NV 89129

JOHN FRAZIER MCINTOSH
5196 HEDDELL CT, APT D
LAS VEGAS, NV 89118

JOHN LEE THOMAS
4332 SILVER DOLLAR AVE, #6
LAS VEGAS, NV 89103

JOHN PRIAN
2105 W DATE DREEK RD
WICKENBURG, AZ 85390

JOHN ROBERT PENA JR
609 WEALDSTON CT
LAS VEGAS, NV 89178

JOHN STEVE PASHALES
2330 TEDESCA DR
HENDERSON, NV 89052

JOHN STEVEN NELSON
3808 COUNTRY LIGHTS ST
LAS VEGAS, NV 89129

JOHN TIMOTHY HERRERA
1438 SILVER FALLS AVE
LAS VEGAS, NV 89123

JOHN WHITNEY JONES
1101 DUMONT BLVD, APT 120
LAS VEGAS, NV 89169

JOHNNY DOLSTRA
3437 SEQUOIA COURT
PERRIS, CA 92570

JONATHAN NEIL & ASSOCIATES
18321 VENTURA BLVD, #1000
TARZANA, CA 91356

JONATHAN NEIL & ASSOCIATES, INC
71 W MAIN ST, STE 304
FREEHOLD, NJ 07728

JONATHAN ROMERO-DURAN
5084 NEWPORT COVE DR, UNIT B
LAS VEGAS, NV 89119

JORDAN TAYLOR JOHNSON
981 WHITNEY RANCH DR, APT 1125
HENDERSON, NV 89014

JORGE A DELRIO
3792 ANGEL FLIGHT DR
LAS VEGAS, NV 89115

JORGE PARRA-MEZA
3500 BROADWAY AVE
NORTH LAS VEGAS, NV 89030

JORGE SARABIA
1050 WHITNEY RANCH DR, #1313
HENDERSON, NV 89014

JOSE ARMANDO AGUILAR MARTINEZ
9501 W SAHARA AVE, APT 1036
LAS VEGAS, NV 89117

JOSEPH DEWITT WELCH ESQ
1405 S NELLIS BLVD, APT 1104
LAS VEGAS, NV 89104

JOSEPH MICHAEL LANE
811 E BRIDGER AVE, APT 248
LAS VEGAS, NV 89101

JOSEPH P DEPHILLIPS II
720 TWILIGHT BLUE AVE
NORTH LAS VEGAS, NV 89032

JOSHUA BUNGCAYAO
5154 S JONES BLVD, UNIT 101
LAS VEGAS, NV 89118

JOSHUA TATSU KEACH
924 WILSON CLIFFS RD
LAS VEGAS, NV 89128

JW COMPANY
819 W MAIN STREET
ZANESVILLE, OH 43701

KAREN RAYE CECI
661 INDIAN CORN AVE
HENDERSON, NV 89015

KARON LETHER
8816 SPINNING WHEEL AVE
LAS VEAGS, NV 89143

KATHERINNE ESTEFANIA FRANCO
2602 RIM PACIFIC CIR
LAS VEGAS, NV 89146

KATRINA ALINA GROVES
1547 SUNRISE CIR
BOULDER CITY, NV 89005

KEELI DEANA WOODS-BEDELL
3640 LAS VEGAS BLVD N
LAS VEGAS, NV 89115

KEEP ON ROLING TRANSPORTATION
4055 TUSCAN SHORES DRIVE
MISSOURI CITY, TX 77459

KEIKO CUBIT
200 MISSION LAGUNA LN, APT 102
LAS VEGAS, NV 89107

KEMP BROADCASTING
3999 S LAS VEAGS BLVD, STE K
LAS VEGAS, NV 89119

KENSINGTON MOTOR CARS
3062 SHERIDAN ST
LAS VEGAS, NV 89102

KEVANTE MILLS
16 FRAD AVE
NORTH LAS VEGAS, NV 89031

KEVIN KENNETH HOMER
2280 IRON AVE
SANDY VALLEY, NV 89019

KIERRA DESIREE PRINGLE
4200 S VALLEY VIEW, APT 1102
LAS VEGAS, NV 89103

KIFAH NIDHAL MARGOLIS
1826 VACCARO PL
HENDERSON, NV 89074

KIMBERLY ANN KEITH
3955 SWENSON ST, APT 369
LAS VEGAS, NV 89119

KIMBERLY ESTALA
7027 SHADOW CREST DR
LAS VEGAS, NV 89119

KIMBERLY LYNN MCCOVERY
5850 SKY POINT DR, APT 2068
LAS VEGAS, NV 89130

KIMBERLY NICOLE WALLACE
3762 ROYAL CREST ST, APT 9
LAS VEGAS, NV 89119

KIRK SPARKS
10741 CATHER AVE
LAS VEGAS, NV 89166

KURSTIN DIANE SULLIVAN
9100 W FLAMINGO RD, UNIT 1149
LAS VEGAS, NV 89147

KURUKULASURIYA AUSTIN PERIES
6304 SESPE ST
LAS VEGAS, NV 89108

LAKEISHA MONIQUE GRAY
1750 KAREN AVE, APT 66
LAS VEGAS, NV 89169

LANCE SURETY BOND ASSOCIATES, INC
4387 W SWAMP RD # 287
DOYLESTOWN, PA 18902-1039

LARRY PORTER
4975 DUNEVILLE ST, APT 235
LAS VEGAS, NV 89118

LAS VEGAS CONSTABLE
301 E CLARK AVE, STE 100
LAS VEGAS, NV 89101

LAS VEGAS REVIEW JOURNAL
111 W BONANZA RD
P.O. BOX 70
LAS VEGAS, NV 89125

LAS VEGAS WHEEL WORKS
10620 SOUTHERN HIGHLAND PKWY
# 110-390
LAS VEGAS, NV 89141

LAWRENCE HYMAN EPSTEIN
3645 METTER ST
LAS VEGAS, NV 89129

LEA NORA RENEE THOMPSON
10741 CATHER AVE
LAS VEGAS, NV 89166

LENDING CLUB
Acct No xxxx3384
71 STEVENSON ST, STE 300
SAN FRANCISCO, CA 94105

LEO GAMBOA
2424 ELLIS ST, APT A
NORTH LAS VEGAS, NV 89030

LEXUS OF LAS VEGAS
6600 W SAHARA AVE
LAS VEGAS, NV 89146

LILLIE MARIE DAVIS-ADAMS
8060 TWAIN HARTE ST
LAS VEGAS, NV 89139

LISA CARPENTER
1818 BALZAR AVE, APT 206
LAS VEGAS, NV 89106

LISTING ALL CARS
SHELBYVILLE RD
LOUISVILLE, KY 40243

LKQ OF NEVADA
3370 E LONE MOUNTAIN RD
NORTH LAS VEGAS, NV 89081

LOBEL FINANCIAL
Acct No A&E Auto Sales
777 N RAINBOW BLVD, STE 175
LAS VEGAS, NV 89107

LORI JEAN POOLE
2753 STRUAN AVE
HENDERSON, NV 89044

LORRYANN BULTEDAOB
8101 W FLAMINGO, APT 1106
LAS VEGAS, NV 89147

LOUISE MIYUKI DEPIERO
1037 WARSAW AVE
HENDERSON, NV 89015

LOWE'S
Acct No xxxx-xxxx-xx-8684
P.O. BOX 530914
ATLANTA, GA 30353-0914

LUIS ALFO GUTIERREZ-GUTIERREZ
505 PALMHURST DR
LAS VEGAS, NV 89145

LUIS ALFREDO ROBLES
2504 BUCKTHORN CIR
LAS VEGAS, NV 89108

LUIS ARMANDO AGUILAR VILLEGAS
7001 W CHARLESTON BLVD, #2010
LAS VEGAS, NV 89117

LURETHA ROBINSON
517 PRINCESS AVE
NORTH LAS VEGAS, NV 89030

LV AUTO CARE
3111 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

LV AUTO GROUP
2201 N COMMERCE ST
NORTH LAS VEGAS, NV 89030

MA ROSALBA RUBIO PALMOERA
4536 PRINCE CARY CT
LAS VEGAS, NV 89110

MANHEIM - DALLAS
5333 KIEST BLVD
DALLAS, TX 75236

```
MANHEIM - FORT LAUDERDALE
5353 S STATE ROAD 7
DAVIE, FL 33314-6403

MANHEIM - NEVADA
6600 AUCTION LANE
LAS VEGAS, NV 89165

MANHEIM - RIVERSIDE
6446 FREMONT ST
RIVERSIDE, CA 92504-1437

MARGARET BELCNER EDWARDS
5809 REITER AVE
LAS VEGAS, NV 89108

MARIA LYNN DEVON-SHEPARD
522 RELIANCE AVE
HENDERSON, NV 89002

MARIA SABRINA GODINO
3320 BEACH PORT DR
LAS VEGAS, NV 89117

MARITES CRUZADA
4050 PACIFIC HARBORS DR, #115
LAS VEGAS, NV 89121

MARK GREGORY SMITH
2240 TIMBER ROSE
LAS VEGAS, NV 89134

MARKIE SAMUEL PRATER
709 MILLER AVE
NORTH LAS VEGAS, NV 89030

MARQUITA RE BARNETT
4701 LAWRENCE ST, UNIT 2168
NORTH LAS VEGAS, NV 89081

MARVIN DOMINGUEZ
6311 FELICITAS AVE
LAS VEGAS, NV 89122

MATHEW DRESDEN
3330 COAL AVE
SANDY VALLEY, NV 89019

MAUALEI EMILE HENREYETT
621 MAJESTIC SKY DR
NORTH LAS VEGAS, NV 89031

MEAGAN BRYANT
60 N PECOS RD, APT 2080
LAS VEGAS, NV 89101
```

MECHANICS BANK
Acct No A&E Auto Sales
2 S MAIN ST
MANSFIELD, OH 44902

MELODIE SUETWILA DAVIS
3481 ALGIERS DR, #1177
LAS VEGAS, NV 89115

MIA VANEE BRYANT
60 N PECOS RD, APT 2080
LAS VEGAS, NV 89101

MICHAEL A WITHEM
3555 HORIZON CIR
LAS VEGAS, NV 89121

MICHAEL ANTHONY CANDOSTA
8944 SIERRA LINDA DR
LAS VEGAS, NV 89147

MICHAEL JOSUE LAINEZ
3651 ARVILLE ST, APT 731
LAS VEGAS, NV 89103

MICHAEL LEWIS KOFF
321 REDSTONE ST
LAS VEGAS, NV 89145

MICHAEL QUINONEZ
1216 PACIFIC TERRACE DR
LAS VEGAS, NV 89128

MICHAEL TUNG BUI
1601 CAMBRIDGE CT
WEST COVINA, CA 91791

MICHELLE SLACK
22424 S ELLSWORTH LOOP RD, 1041
QUEEN CREEK, AZ 85142

MIECHKO RILEY
5669 RAINWOOD DR
NORTH LAS VEGAS, NV 89031

MIGUEL ANGEL ESCOBAR
3640 SOLANDRA ST
LAS VEGAS, NV 89147

MINDY MICHELLE FURLONGE-SPEARS
3008 PERISCOPE CT
LAS VEGAS, NV 89117

MIRANDA CANIELLE DAVIS
5280 TAMARUS ST, APT D
LAS VEGAS, NV 89119

MIRNA LETICIA GONZALEZ
2801 REYNOLDS AVE
NORTH LAS VEGAS, NV 89030

MOJAVE ELECTRIC
928 HANCOCK RD
BULLHEAD CITY, AZ 86442

MONICA LACHEAL DENNIS
3586 FULL SAIL DR
LAS VEGAS, NV 89115

MY CLEANING AND JANITORIAL
38633 S VALLEY VIEW BLVD, #32
LAS VEGAS, NV 89103

MY TRUE MILES INC
2505 ANTHEM VILLAGE DR, STE E 135
Henderson, NV 89052

MYSHADO KAJON DAVIS
5669 RAINWOOD DR
NORTH LAS VEGAS, NV 89031

NAPA AUTO PARTS
4675 POLARIS AVE, STE C
LAS VEGAS, NV 89103-5642

Nationwide Acceptance LLC
Acct No A&E Auto
10255 W. Higgins Road, Suite 300
Des Plaines, IL 60018

NATIONWIDE NEVADA LLC
Acct No A&E Auto Sales
2250 S RANCHO DR
LAS VEGAS, NV 89102

NESTOR DE JESUS ORTIZ
4809 LINKWOOD DR
LAS VEGAS, NV 89110

NETERRI DANYELL BARNES
6429 CHIPPINDALE LN
LAS VEGAS, NV 89108

NEVADA DEPARTMENT OF MOTOR VEHICLES
555 WRIGHT WAY
CARSON CITY, NV 89701-5229

```
NEVADA DEPARTMENT OF TAXATION
Acct No xxxxxxxxx6-001
1550 COLLEGE PKWY STE 115
CARSON CITY, NV 89706

NEVADA DEPARTMENT OF TAXATION
2550 PASEO VERDE PKWY, #1800
HENDERSON, NV 89074

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVE STE 1300
LAS VEGAS, NV 89101-1046

NEVADA ENERGY
6226 W SAHARA AVE
LAS VEGAS, NV 89146

NEVADA TIRE CITY
400 N BRIDGE LN
LAS VEGAS, NV 89102

NEVADA WEST FINANCIAL
7625 DEAN MARTIN DR
LAS VEGAS, NV 89139

NEXTGEAR
Acct No xxxx08AM
11799 N COLLEGE AVE
CARMEL, IN 46032

NICOLE MARI CALPITO CONSTANTIN
6300 W TROPICANA AVE, #105
LAS VEGAS, NV 89113

NIKKI HIXSON-HOMER
2280 IRON AVE
LAS VEGAS, NV 89109

NITSA ESGUERRA
6236 MANDARIN DR
LAS VEGAS, NV 89108

NOE PADILLA'S AUTO GLASS
3889 LANCOMER ST
LAS VEGAS, NV 89115

NONA DANIELLE DAILEY
3765 LONE OAK ST
LAS VEGAS, NV 89115

NORMAN ALEXANDER FAY
2136 BETTY DAVIS ST
LAS VEGAS, NV 89142
```

NURIA ANISA HERNANDEZ
2338 N GREEN VALLEY PKWY, #1312
HENDERSON, NV 89014

NV ENERGY
P.O. BOX 98910
LAS VEGAS, NV 89151-0001

NV ENERGY
6226 W SAHARA AVE
LAS VEGAS, NV 89146

O'REILLY AUTO PARTS
233 S PATTERSON AVE
SPRINGFIELD, MO 65802

OFFICE DEPOT/MAX
6980 ARROYO CROSSING PKWY
LAS VEGAS, NV 89101

OLYMPIC AUTO
4568 MEMORIAL DR
DECATUR, GA 30032

ONE NEVADA CREDIT UNION
Acct No A&E Auto Sales
2645 S MOJAVE RD
LAS VEGAS, NV 89121

ONE STOP SHIPPING
3859 S VALLEY VIEW BLVD, # 2
LAS VEGAS, NV 89102

OREGON AUTO FINANCE
Acct No A&E Auto Sales
1700 VALLEY DRIVER DR, STE 300
EUGENE, OR 97401

OSCAR ERNESTO MARTINEZ-AMEZQUI
3404 W WASHINGTON AVE
LAS VEGAS, NV 89107

OSCAR MARTINEZ-PEREZ
3404 W WASHINGTON AVE
LAS VEGAS, NV 89107

OSVALDO ANDRADE ZEPEDA
6716 REGGIE CIR
LAS VEGAS, NV 89107

PA EXPRESS
7500 COMMUNITY DR
CITRUS HEIGHTS, CA 95610

PABLO DEL CASTILLO
6225 W TROPICANA AVE, APT 21
LAS VEGAS, NV 89103

PADILLA'S AUTO GLASS
3889 LANCOMER ST
LAS VEGAS, NV 89115

PASCUAL JIMENEZ-JIMENEZ
4768 SAND CREEK AVE, #B
LAS VEGAS, NV 89103

PATRICIA LEHUA LUANA KAIMI LED
5463 TENDER TULIP AVE
LAS VEGAS, NV 89139

PAYPAL CREDIT
Acct No xxxx-xxxx-xxxx-3401
P.O. BOX 105658
ATLANTA, GA 30348-5658

PEARLIE MAE NEWSOME ROBINSON
3809 JUANITA MAY AVE
NORTH LAS VEGAS, NV 89032

PEDRO G SANCHEZ QUIEBRAS
3640 ALA DR, APT 2
LAS VEGAS, NV 89103

PENNY HANEY
1025 E DESERT INN RD
LAS VEGAS, NV 89109

PENNY STRICKLAND
1820 MARATHON DR
LAS VEGAS, NV 89108

PETER BORCSANYI
3397 RIDGELINE AVE
BULLHEAD CITY, AZ 86429

PETRA DE MAXIMO-ROMERO
4768 SAND CREEK AVE, #B
LAS VEGAS, NV 89103

PHILADELPHIA INSURANCE COMPANY
1 BALA PLAZA , STE 100
BALA CYNWYD, PA 19004

PHILADELPHIA INSURED COMPANIES
P.O. BOX 950
BALA CYNWYD, PA 19004

PHILLIP A GORDON
633 TILIGHT BLUE AVE
NORTH LAS VEGAS, NV 89032

PHILLY EXPRESS GROUP LLC
2522 STATE RD, UNIT D, SUITE 105
BENSALEM, PA 19020

PRECISION AUTO TRANSPORT LLC
879 PRAIRIE GRASS DR
LAS VEGAS, NV 89123

PRIME ACCEPTANCE CORPORATION
Acct No A&E Auto Sales
7927 HIGH POINT PKWY
SANDY, UT 84094

QUALITY ACCEPTANCE
145 W 32ND ST
OGDEN, UT 84401-3437

QUICK & FAIR TOWING
2720 E BROOKS AVE
NORTH LAS VEGAS, NV 89030

RAISING CANES
3535 W TROPICANA AVE
LAS VEGAS, NV 89103-5627

RANDOM I K AH-MOW
6501 VEGAS DR, APT 2117
LAS VEGAS, NV 89108

RANSOM MEMORIAL HOSPITAL
Acct No K03678
P.O. BOX 460
OTTAWA, KS 66067-0460

RAYMOND HAYES
7428 TIMBER RUN ST
LAS VEGAS, NV 89149

READY LOGISTIC
1030 N COLORADO ST
GILBERT, AZ 85233

READY REFRESH
4255 S VALLEY VIEW BLVD
LAS VEGAS, NV 89103

REBECCA HILL
6421 RAVEN HALL ST
NORTH LAS VEGAS, NV 89084

REBECCA SANDLER
6112 SIERRA MIST AVE
LAS VEGAS, NV 89139

RECE LAMONT KENDRID
9165 W DESERT INN RD, APT 203
LAS VEGAS, NV 89117

REGINA AGNES PETERSON
5629 CALADONIA AVE
LAS VEGAS, NV 89110

REGINA PETERSON
5629 CALADONIA AVE
LAS VEGAS, NV 89110

REGINALD STUART
1818 BALZAR AVE, APT 206
LAS VEGAS, NV 89106

REKIE P BASCONES
2670 S DECATUR BLVD, APT 207
LAS VEGAS, NV 89102

REPUBLIC SERVICES
PO BOX 78040
PHOENIX, AZ 85062-8040

REPUBLIC SERVICES
770 E SAHARA AVE
LAS VEGAS, NV 89104

REPUBLIC SERVICES #620
PO BOX 78829
PHOENIX, AZ 85062-8829

REVIEW JOURNAL
1111 W BONANZA RD
P.O. BOX 70
LAS VEGAS, NV 89125

REYNOLDS & REYNOLDS
P.O. BOX 182206
COLUMBUS, OH 43218

REYNOLDS COLLECTION SERVICES
1 REYNOLDS WAY
DAYTON, OH 45430-1586

REYNOLDS COLLECTION SERVICES
P.O. BOX 441
201 S 8TH ST
MARIETTA, OH 45750

RHONDA LENELL CHERRY
7700 SANDRIDGE CT
LAS VEGAS, NV 89149

RICARDO RUIZ-HERRERA
4420 HALBERT AVE
LAS VEGAS, NV 89110

RICARDO'S MEXICAN RESTAURANT
RENAISSANCE CENTER WEST
4930 W FLAMINGO RD
LAS VEGAS, NV 89103

RICHARD CHARLES SLACK
22424 S ELLSWORTH LOOP RD, 1041
QUEEN CREEK, AZ 85142

RICHARD DWIGHT EISENBEIS
277 BOULDER LN, #6a
INDIAN SPRINGS, NV 89018

RICHARD K CASE
2325 HOLLOW OAK AVE
NORTH LAS VEGAS, NV 89031

RIGHT SIZE FUNDING
Acct No A&E Auto
7625 DEAN MARTIN DRIVE
LAS VEGAS, NV 89139

ROBERT E DRESDEN
3330 COAL AVE
JEAN, NV 89019

ROBERT LEE GREEN JR
9476 GRANDVIEW SPRING AVE
LAS VEGAS, NV 89166

ROBERT THOMPSON
5629 CALADONIA AVE
LAS VEGAS, NV 89110

ROCHELE LYN HOLLAND-WEINSTEIN
7800 BROOKFIELD COVE AVE
LAS VEGAS, NV 89131

ROCIO VILLEGAS-MONROY
9501 W SAHARA AVE APT 1036
LAS VEGAS, NV 89117

ROGER BAILEY
10233 GIBSON ISLE DR
LAS VEGAS, NV 89166

RUNNERS R US, INC.
P.O. BOX 34164
LAS VEGAS, NV 89133-4164

RUSSELL F SHAFFER
1613 INVERNESS AVE
LAS VEGAS, NV 89102

RUTHANN TURNER
2725 W WIGWAM AVE, APT 2088
LAS VEGAS, NV 89123

SAFEGUARD
8585 STEMMONS FWY, SUITE 600N
DALLAS, TX 75247

SAHARA DODGE
5050 W SAHARA AVE
LAS VEGAS, NV 89146

SALVADOR CARLOS MACIAS PULIDO
5353 S EASTERN AVE
LAS VEGAS, NV 89119

SAMUEL GIGLIA
6420 E TROPICANA AVE, #418
LAS VEGAS, NV 89122

SANTANDER BANK
P.O. BOX 961245
FORTH WORTH, TX 76161

SAUL LUNA
5524 MERRIWEATHER DR
LAS VEGAS, NV 89113

SCHOOLS FIRST FEDERAL CREDIT UNION
15542 NEWPORT AVE
TUSTIN, CA 92780

SEARS CREDIT CARDS
Acct No xxxx-xxxx-xxxx-1758
P.O. BOX 78051
PHOENIX, AZ 85062-8051

SERVICE PAYMENT PLAN, INC
303 E WACKER DR, STE 230
CHICAGO, IL 60601

SHALIA PATRICE KING
5845 NUEVO LEON ST
NORTH LAS VEGAS, NV 89031

SHAMARE NEWMAN
411 CASA DEL NORTE
NORTH LAS VEGAS, NV 89031

SHAMEKA LASHI MCCLAIN
1500 KAREN AVE, APT 341
LAS VEGAS, NV 89169

SHARON BARNEY PETTAWAY
4350 CAPPAS ST, APT 102
LAS VEGAS, NV 89115

SHARON MALLORY METCALF
1401 BOW CREEK CT
LAS VEGAS, NV 89128

SHASTINA PROSENICK
1901 N JONES BLVD, APT 2028
LAS VEGAS, NV 89108

SHAUNTELYN K MCNAIR
1216 PACIFIC TERRACE DR
LAS VEGAS, NV 89128

SHAWN PAUAHI SANTANA
10650 CLIFF RIDGE AVE
LAS VEGAS, NV 89129

SHAWNEISE RANAE LEWIS
5055 E CHARLESTON BLVD, #C213
LAS VEGAS, NV 89104

SHERI ANN SHERRILL
10504 PRIME VIEW CT
LAS VEGAS, NV 89144

SHERRY LYNN BROWN
2675 S NELLIS BLVD, 1140
LAS VEGAS, NV 89129

SHERRY RENEE WILLIAMS-LAMB
6429 CHIPPINDALE LN
LAS VEGAS, NV 89108

SHONTELLE JAZE YOUNG
1000 DUMONT BLVD, APT B253
LAS VEGAS, NV 89169

SHRED-IT
4524 LAWRENCE STREET
NORTH LAS VEGAS, NV 89081

SILKK DNIELLE WHIPPLE
556 N EASTERN AVE, STE D
LAS VEGAS, NV 89101

SIN CITY WHEELS & TIRES
3040 SIMMONS STREET, SUITE 100
NORTH LAS VEGAS, NV 89032

SION TRANSPORT LLC
1309 SW 154TH CT
MIAMI, FL 33194

SMOG BUSTERS
2711 E SAHARA AVE
LAS VEGAS, NV 89104

SMOG BUSTERS
3800 W SAHARA AVE
LAS VEGAS, NV 89102

SONIA DELRIO-PELAYO
3792 ANGEL FLIGHT DR
LAS VEGAS, NV 89115

SOUTHERN NEVADA PRINTING
2910 HIGHLAND DRIVE, STE K
LAS VEGAS, NV 89109

SOUTHWEST ADMINISTRATIVE SERVICES
2600 WESTWOOD DR
LAS VEGAS, NV 89109

SOUTHWEST AUTO TRANSPORT
16026 N 8TH STREET
PHOENIX, AZ 85022

SOUTHWESTRE
2400 LOUISIANA BLVD NE
BLDG 4, STE 100
ALBUQUERQUE, NM 87110

SPARKLETTS
PO BOX 660579
DALLAS, TX 75266-0579

STARSHAE MARY MADSEN
5251 PIONEER AVE, APT 201
LAS VEGAS, NV 89146

STATE OF NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89701-5229

STATE OF NV EMPLOYMENT SECURITY
2800 E SAINT LOUIS AVE
LAS VEGAS, NV 89104-4267

STELLAR AUTOMOTIVE GROUP
4376 W RICKENBACKER WAY
CHANDLER, AZ 85226

STEPHANIE ANGELICA WADSWORTH
3055 GARNETT CT
LAS VEGAS, NV 89121

STEPHANIE LENELL LOWE
924 MACFARLANE ST
LAS VEGAS, NV 89101

STEPHANIE LOUISE BEACH
50 AURA DE PLANCO ST, APT 15103
HENDERSON, NV 89074

STEVEN KARL WILSON
5370 E CRAIG RD, APT 2041
LAS VEGAS, NV 89115

STEVEN LAMONT COTTON
1901 N JONES BLVD, APT 2028
LAS VEGAS, NV 89108

SYNET AMELIA HINES
4730 E CRAIG RD, APT 1168
LAS VEGAS, NV 89115

TABATHA A CARTER
3956 MAJESTIC GROVE DR
LAS VEGAS, NV 89115-5000

TAKEISHA LASHELLE JOHNSON
2900 EL CAMINO AVE, #274
LAS VEGAS, NV 89102

TANGANYKA J WHITING
3770 SWENSON ST, APT K201
LAS VEGAS, NV 89119

TANYA C RYANS
2227 STEWART AVE, APT 4
LAS VEGAS, NV 89101

TEISHA EVON BURKE
2881 N RANCHO DR, APT 1064
LAS VEGAS, NV 89130

TELECHECK SERVICES, INC
P.O. BOX 60028
CITY OF INDUSTRY, CA 91716-0028

TELEMUNDO
450 FREMONT ST
LAS VEGAS, NV 89101

TELISHA LYNN BRICE
1555 BALZAR AVE, APT 203
LAS VEGAS, NV 89106

TENNELLE RENAE JOHNSON
1304 WYATT AVE
LAS VEGAS, NV 89106

TERESA LYNNE MORT
6420 E TROPICANA AVE, #418
LAS VEGAS, NV 89122

TERESA T BUNGCAYAO
5154 S JONES BLVD, UNIT 101
LAS VEGAS, NV 89118

TERRIBLE HERBST CHEVRON
4070 S ARVILLE ST
LAS VEGAS, NV 89103

TERRY EDWARDS
5809 REITER AVE
LAS VEGAS, NV 89108

TERRY L GARDNER
9411 SANTE FE ROSE ST
LAS VEGAS, NV 89123

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
ROOM 556
101 E 15TH ST
AUSTIN, TX 78778-0001

THE BENDETTI COMPANY
Acct No xxxx-xxxx x. xxxxxx View
2 EXECUTIVE CIRCLE, #150
IRVINE, CA 92614

THE HOME DEPOT
4750 S DECATUR BLVD
LAS VEGAS, NV 89103

THE TOW TRUCK COMPANY
3975 W HACIENDA AVE
LAS VEGAS, NV 89118

THOMAS JOSEPH BIRMINGHAM
7836 BLUE CHARM AVE
LAS VEGAS, NV 89149

THOMAS THORTON BROWN III
8600 W CHARLESTON BLVD, #1176
LAS VEGAS, NV 89116

TIAUSHANAE WILLIAMS
10192 S MARYLAND PKWY, #2081
LAS VEGAS, NV 89183

TIFFINE SHELLS
3333 N MICHAEL WAY, APT 2115
LAS VEGAS, NV 89108

TITLE MAX
4700 SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

TOM JONES FORD
2354 W HIGHWAY 85
BUCKEYE, AZ 85326

TOM JONES FORD
24600 W YUMA RD
BUCKEYE, AZ 85326

TONEHSA DANYALL NEWMAN
5227 PORTAND CT
NORTH LAS VEGAS, NV 89031

TONYALE JONTA HILL
3121 W COLTON AVE
LAS VEGAS, NV 89108

TORI'ONNA KIERRA NA SHAY THOMA
5060 NELLIS OASIS LN, APT 2005
LAS VEGAS, NV 89115

TRACY A JULES
500 VICENT WAY
LAS VEGAS, NV 89145

TRACY MARLENE CARRILLO
1055 E FLAMINGO RD, APT 217
LAS VEGAS, NV 89119

TRACY YOUNG WEBER
4575 DEAN MARTIN DR, APT 911
LAS VEGAS, NV 89103

Tron Slade
38781 S. Valley View Blvd. Suite 1
Las Vegas, NV 89103

TRON SLADE (former general manager)
1865 Granemore
Las Vegas, NV 89135

```
TRUE CAR
BRYAN CAVE
120 BROADWAY, #200
SANTA MONICA, CA 90401

TRUE CAR, INC
DEPT LA 24198
PASADENA, CA 91185-4198

TYLER WINFREE
3825 CRAIG XING DR, APT 3101
NORTH LAS VEGAS, NV 89032

UNITED AUTO CREDIT
Acct No A&E Auto Sales
1071 CAMELBACK ST, STE 100
NEWPORT BEACH, CA 92660

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD S, STE 4300
LAS VEGAS, NV 89101-5803

USPS HEADQUARTERS
475 L'ENFANT PLAZA SW
Washington, DC 20260

V AUTO
1901 S MEYERS RD, STE 700
OAKBROOK TERRACE, IL 60181-5211

Valley View Industrial Investors, LLC
Acct No xxxx-xxxx x. xxxxxx View
c/o Bendetti
4 Executive Circle, Suite 190
Irvine, CA 92614

VANESSA RENEE SMITH
3829 PASTEL RIDGE ST
NORTH LAS VEGAS, NV 89032

VANNRYDA TOUCH
1135 SAGE VALLEY CT
LAS VEGAS, NV 89110

VEGAS CITY MOTORS
4160 S FORT APACHE RD STE B
LAS VEGAS, NV 89147

VEGAS MACHINE
5038 BOND ST
LAS VEGAS, NV 89118
```

VEROS CREDIT
Acct No A&E Auto Sales
500 N RAINBOW BLVD, STE 312
LAS VEGAS, NV 89107

VETERANS CARGO
7664 W TUMBLEWOOD DR
PEORIA, AZ 85382

VISTAPRINT
95 HAYDEN AVE
LEXINGTON, MA 02421-7942

VONAGE
23 MAIN STREET
HOLMDEL, NJ 07733

WALKER TOWING
2396 SILVER WOLF DR
HENDERSON, NV 89011

WALMART HEADQUARTERS
702 SW 8TH ST
BENTONVILLE, AR 72716

WAYNE BRYAN BLANCHARD
5453 S DURANGO DR, APT 1038
LAS VEGAS, NV 89113

WELLS FARGO DEALER SERVICES
1740 BROADWAY
LL2
DENVER, CO 80274-0001

WEST EXPRESS TRANSPORTATION, LLC
1465 E PHILADELPHIA ST
ONTARIO, CA 91761

WESTLAKE FINANCIAL SERVICES
Acct No A&E Auto Sales
4751 WILSHIRE BLVD, STE 100
LOS ANGELES, CA 90010

WHEEL HOUSE
3111 S VALLEY VIEW BLVD, STE 102
LAS VEGAS, NV 89102

WHITLEY ANASTACIA COX
7810 TENSHAW AVE, #204
LAS VEGAS, NV 89145

WILFREDO RIVERA JR
3333 N MICHAEL WAY, APT 2115
LAS VEGAS, NV 89108

WILLIAM WAYNE HARTERY
8753 ARWANA PL
HENDERSON, NV 89074

Wise F&I LLC
Acct No A&E Auto
1670 Fenpark Drive
Fenton, MO 63026

WORLD AUTO TRANS INC
6512 MECHAM AVE
LAS VEGAS, NV 89107

WORLDWIDE EXPRESS
5000 MEADOWS RD, STE 440
LAKE OSWEGO, OR 97035

WRAP CITY
3863 S VALLEY VIEW BLVD, STE 10
LAS VEGAS, NV 89103

WYLEIA CARTER
5370 E CRAIG, APT 2279
LAS VEGAS, NV 89115

YELP CORPORATE OFFICE
706 MISSION ST
SAN FRANCISCO, CA 94103

YOLANDA BARRIOS CONTRERAS
404 LOUISVILLE DR
NORTH LAS VEGAS, NV 89031

YOLANDA PONCE
338 SWEETSPICE ST
HENDERSON, NV 89014

ZMON ERIC HOLCOMB
6516 SUNDOWN HEIGHTS AVE
LAS VEGAS, NV 89130